UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
JAKEEM MOYE, B.B., a minor by BUTCH MURRAY, his grandfather, KHEVIN BEAUBRUN and DESMOND DENT, JR.,

                             Plaintiffs,

                        -against-

LONGWOOD CENTRAL SCHOOL DISTRICT, SCOTT REESE and EDWARD HEINRICHS,

                             Defendants.
------------------------------------------------------------------------------X

**Declaration in Support of Defendant-Edward Heinrichs' Motion for Summary Judgment**

Civ. No.: 21-cv-04329

       Cristina A. Soller declares as follows pursuant to 17 U.S.C. § 1746:

       1.     I am an attorney admitted to practice with this Court and am a partner in the law firm of Morris Duffy Alonso Faley & Pitcoff, counsel to the Defendant, EDWARD HEINRICHS, in the above-captioned matter.

       2.     I make this declaration in order to place before this Court certain materials in support of the above-referenced Defendant's motion for summary judgment pursuant to Fed. R. Civ. P. 56.

       3.     Exhibit A is Plaintiff's Amended Complaint.

       4.     Exhibit B is the transcript of Edward Heinrichs.

       5.     Exhibit C is the Monkey See Monkey Do Slides from the 2019 Slideshow.

       6.     Exhibit D is a Compilation of Monkey Do Slides from Previous Slideshows.

7. Exhibit E is the deposition transcript of Jamal Walcott.

8. Exhibit F is the depositions transcript of Scott Reese.

9. Exhibit G is the deposition transcript of Scott Schuster.

10. Exhibit H is the deposition transcript of Gina Iannotti.

11. Exhibit I is the deposition transcript of Desmond Dent.

12. Exhibit J is the deposition transcript of Gy'Kye Murray.

13. Exhibit K is the deposition transcript of Jahkeem Moye.

14. Exhibit L is the deposition transcript of Khevin Beabrun.

15. Exhibit M are additional slides from the 2019 Slideshow.

16. Exhibit N is the Field Trip Justification Memo.

17. Each of the foregoing documents is a complete and accurate copy of what it purports to be.

Dated: September 4, 2024
New York, New York

MORRIS DUFFY ALONSO FALEY & PITCOFF

By: ___/s/ Cristina A. Soller_____
CRISTINA A. SOLLER
Attorney for Defendant
EDWARD HEINRICHS
Office and Post Office Address
101 Greenwich Street, 22nd Floor
New York, New York 10006
Tel: (212) 766-1888
Fax: (212) 766-3252

*cc: all parties via ECF*