# EXHIBIT B



**In the Matter Of:**

MOYE, et al vs LONGWOOD CENTRAL SCHOOL DISTRICT, et al.

---

**EDWARD HEINRICHS**

*May 05, 2023*

---



# ACRS

## Accurate Court Reporting Services, Inc.
### www.accuratecorp.com
### 631-331-3753

Edward Heinrichs 05/05/2023

COPY

```
 2   UNITED STATES DISTRICT COURT

     EASTERN DISTRICT OF NEW YORK 2:2021-cv-04329

 3   ------------------------------------------------X

 4   JAKEEM MOYE, B.B., a minor by BUTCH MURRAY, his
     grandfather, KHEVIN BEAUBRUN and DESMOND DENT, JR.,
 5
                              Plaintiffs,
 6              -against-

 7   LONGWOOD CENTRAL SCHOOL DISTRICT, SCOTT REESE
     and EDWARD HEINRICHS,
 8

 9                            Defendants.

10   ------------------------------------------------X

11                            Held Remotely via Zoom

12                            May 5, 2023

13                            10:00 a.m.

14              DEPOSITION of EDWARD HEINRICHS, one

15      of the Defendants in the above-entitled action,

16      held remotely via Zoom videoconferencing

17      equipment at the above time and place, taken

18      before Sindee J. Baum, a Shorthand Reporter and

19      Notary Public of the State of New York,

20      pursuant to the Federal Rules of Civil

21      Procedure and stipulations between Counsel.

22

23

24

25           ACCURATE COURT REPORTING SERVICE, INC.
        866-388-2277    info@accuratecorp.com    631-331-3753
```

Edward Heinrichs 05/05/2023                                                                    Pages 2..5

**Page 2**

```
1              EDWARD HEINRICHS
2  A P P E A R A N C E S :
3  (All appearing via Zoom)
4  LAW OFFICE OF JOHN RAY, ESQ.
        Attorney for Plaintiffs
5        122 North Country Road
         P.O. Box 5440
6        Miller Place, New York 11764
7  BY:  JOHN RAY, ESQ.
         Info@johnraylaw.com
8
9  SOKOLOFF STERN, LLP.
        Attorneys for Defendants Longwood Central
10          School District and Scott Reese
        179 Westbury Avenue
11      Carle Place, New York 11514
12  BY:  CHELSEA WEISBORD, ESQ.
          Cweisbord@sokoloffstern.com
13
    MORRIS DUFFY ALONSO FALEY & PITCOFF
14      Attorneys for Defendant, Edward Heinrichs
            101 Greenwich Street, 22nd Floor
15      New York, New York 10006
16  BY:  CRISTINA SOLLER, ESQ.
          Csoller@mdafny.com
17
18  A L S O     P R E S E N T :
19  LATISHA MOYE
20  KHEVIN BEAUBRUN
21  SUSANNE KLATT (assistant to Mr. Ray)
22
23
24
25
```

**Page 3**

```
1              EDWARD HEINRICHS
2       F E D E R A L   S T I P U L A T I O N S
3              IT IS HEREBY STIPULATED AND AGREED,
4       by and among counsel for the respective
5       parties hereto, that the filing, sealing
6       and certification of the within deposition
7       shall be and the same are hereby waived;
8              IT IS FURTHER STIPULATED AND AGREED
9       that all objections, except as to form of
10      the question, shall be reserved to the
11      time of the trial;
12             IT IS FURTHER STIPULATED AND AGREED
13      that the within deposition may be signed
14      before any Notary Public with the same
15      force and effect as if signed and sworn to
16      before the Court.
17              *       *       *       *
18
19
20
21
22
23
24
25
```

**Page 4**

```
1              EDWARD HEINRICHS
2              (WHEREUPON, a document entitled
3       Bronx Zoo Packet, consisting of numerous
4       pages, was premarked as Plaintiffs'
5       Exhibit 13, for identification, as of this
6       date.)
7              (WHEREUPON, a document entitled
8       Diversity Training Class Certificate of
9       Completion, was premarked as Plaintiffs'
10      Exhibit 14, for identification, as of this
11      date.)
12             (WHEREUPON, a document consisting
13      of various emails was premarked as
14      Plaintiffs' Exhibit 15, for
15      identification, as of this date.)
16             (WHEREUPON, a document, memo dated
17      9/20/18, was premarked as Plaintiffs'
18      Exhibit 16, for identification, as of this
19      date.)
20             (WHEREUPON, a document, letter
21      dated 1/7/2020, from Richard Kollar
22      to Edward Heinrichs, was premarked
23      as Plaintiffs' Exhibit 17, for
24      identification, as of this date.)
25             (WHEREUPON, a document, letter
```

**Page 5**

```
1              EDWARD HEINRICHS
2       dated 1/7/2020, from Michael Lonergan to
3       Edward Heinrichs, was premarked as
4       Plaintiffs' Exhibit 18, for
5       identification, as of this date.)
6              (WHEREUPON, a document, photo of
7       sign in classroom,  was premarked as
8       Plaintiffs' Exhibit 19, for
9       identification, as of this date.)
10             (WHEREUPON, documents, various
11      photographs entitled Monkey Do, was
12      premarked as Plaintiffs' Exhibit 20, for
13      identification, as of this date.)
14             (WHEREUPON, a document, various
15      Facebook pages, was premarked as
16      Plaintiffs' Exhibit 21, for
17      identification, as of this date.)
18  E D W A R D    H E I N R I C H S, one of the
19      Defendants herein, after having first been duly
20      sworn by the Notary Public, was examined and
21      testified as follows:
22             COURT REPORTER:  Please state your
23      full name for the record.
24             THE WITNESS:  Edward Heinrichs.
25             COURT REPORTER:  What is your
```

*Accurate Court Reporting Service, Inc. 631-331-3753*

Page 6

```
 1              EDWARD HEINRICHS
 2      current address?
 3          THE WITNESS:  21 Middle Island
 4      Boulevard, Middle Island, New York 11953.
 5          MS. SOLLER:  Before we start, I
 6      know that some of the plaintiffs, and I
 7      believe, one of the plaintiff's mothers is
 8      here today.  I just want to make sure
 9      everyone's aware that it's not permitted
10      to record any portion of the proceeding,
11      whether it be on the cell phone, computer
12      or anything else.
13          So I just want to make that clear
14      before we get started.  Thank you.
15  EXAMINATION BY
16  MR. RAY:
17          MR. RAY:  Good morning, Mr.
18      Heinrichs.
19          THE WITNESS:  Good morning.
20          MR. RAY:  I'm John Ray, the lawyer
21      for the plaintiffs in this case.
22          I'm going to be asking you
23      questions.  So just some of the basic
24      ground rules are that, please, always
25      verbally answer a question.  If you shake
```

Page 7

```
 1              EDWARD HEINRICHS
 2      your head or make a noise, it doesn't make
 3      it properly to the record.
 4          So, you know, Uh-huh might be yes,
 5      but you have to say yes.
 6          THE WITNESS:  Understood.
 7          MR. RAY:  And if you have any
 8      difficulty with any of my questions, in
 9      any way, just please let me know that, and
10      I'll try to accommodate you, if I can.
11          THE WITNESS:  Thank you.
12  Q      Have you ever testified before --
13  A      No.
14  Q      (Continuing) -- in any meeting?  Have you
15  ever served on a jury in a trial or in a case?
16  A      No.
17  Q      Have you ever been involved in a legal
18  proceeding prior to this one?
19  A      None.
20  Q      And how old are you?
21  A      I'm 54.
22  Q      What's your date of birth?
23  A      1969.
24          MS. SOLLER:  Just the year on the
25      record, please.
```

Page 8

```
 1              EDWARD HEINRICHS
 2          MR. RAY:  Yeah.  That's fine.
 3          MS. SOLLER:  Thank you.
 4          MR. RAY:  Just note the whole
 5      thing, and we'll eliminate that part.
 6          MS. SOLLER:  Thank you.
 7  Q      Mr. Heinrichs, what do you do for a living
 8  now?
 9  A      I'm a high school science teacher.
10  Q      And what particular science do you teach?
11  A      This year, I teach advanced zoology and AP
12  biology.
13  Q      And that's in Longwood?
14  A      Yes, sir.
15  Q      And do you have any other employment
16  besides that?
17  A      None.
18  Q      Just take you back to your education.  Can
19  you tell me your highest degree of education?
20  A      I have a masters degree plus 75 credits.
21  Q      What's your masters degree in?
22  A      Secondary education.
23  Q      Any particular focus?
24  A      My major is in biology.
25  Q      Where did that come from, that degree?
```

Page 9

```
 1              EDWARD HEINRICHS
 2  A      I have my undergraduate degree from Utica
 3  College of Syracuse University.  My masters degree
 4  is from Stony Brook University.
 5  Q      And when you went to Syracuse in your
 6  undergrad experience, what was your major?  Biology?
 7  A      Biology, yes, sir.
 8  Q      And when did you come out of Syracuse?
 9  When did you graduate?
10  A      1991.
11  Q      And when did you obtain your masters at
12  Stony Brook?
13  A      I don't recall the year.  I think it was
14  five.  I did it over the course of five years.
15  Q      Ending, approximately, when?
16  A      '96 -- 1996, approximately.
17  Q      And do you have any postgraduate work that
18  you've done in academic work -- academic courses
19  you've taken?
20  A      I have 75 credits through various
21  universities, online courses, for pay increases
22  through the school district.
23  Q      And those 75 credits, how do they come
24  about?  From taking a course?
25  A      Yes.  If I enroll in a course, whether on
```

Page 10

EDWARD HEINRICHS

1
2  campus at Stony Brook or online courses, there used
3  to be video courses, the school districts allow us
4  to obtain extra credits to advance our salary.
5      Q    Did you ever take any courses, in that
6  regard, in the 75 credits, that is, that you've
7  taken, did you ever take any courses dealing with
8  bias or discrimination?
9      A    Not in those 75 credits.  No, sir.
10     Q    Did you ever take any courses dealing with
11 bias or discrimination in any of your undergrad or
12 graduate program?
13     A    Not while in college, no.
14     Q    Have you ever taken any kind of training,
15 whatsoever, in discrimination, bias and the like?
16     A    Yes, sir.  I had -- I was requested by
17 Longwood Central School District to take a
18 sensitivity training course following this
19 procedure.
20     Q    When was that, that you took that course?
21     A    I took the course in August of 2020.
22     Q    Prior to having taken that course, did you
23 ever have any other such similar course?
24     A    Other than the standard courses for
25 obtaining a teacher's certification, which includes

Page 11

EDWARD HEINRICHS

1
2  some of that, it's not a full course regarding that
3  subject.
4      Q    Can you explain that further?  What do you
5  mean which includes that, but that isn't the
6  subject?
7      A    To obtain a minor in education to get your
8  teacher's certificate, there are several classes
9  that are required so that the person is familiar
10 with any and all matters that could be used in a
11 classroom.
12     Q    In that regard, is there training in those
13 courses, in particular, regarding racial
14 discrimination?
15     A    I don't recall.
16     Q    Is there anything in those courses you've
17 told us about or any courses you've taken dealing
18 with bigotry?
19     A    The sensitivity training that I just
20 finished in August did cover some of that material.
21     Q    Other that the one you just took in
22 August, I really meant to ask?
23     A    Not that I recall.  We're going 25, almost
24 30 years ago.
25     Q    Other than that course that you were

Page 12

EDWARD HEINRICHS

1
2  required to take in August of 2020, in your time at
3  the school district in Longwood, did Longwood ever
4  give you any training, whatsoever, in racial
5  discrimination?
6      A    We have trainings in common planning
7  meetings and superintendent conferences that does
8  touch on that matter, yes.
9      Q    Touch on what, do you mean?
10     A    Instruct us.
11     Q    Well, when you -- the phrase "Touch on"
12 appears to mean something light.
13     A    No, it's a full -- sometimes -- the
14 sometimes the superintendent's conference could be
15 an hour, two hours of training.
16     Q    Do you recall any particular training in
17 that regard?
18     A    Specific dates, no.  I do remember some
19 training videos, some training via a speaker.  But I
20 can't tell you what date they were.
21     Q    Can you tell me the speaker?
22     A    The name?  No.
23     Q    Male or female?
24     A    Almost mostly male.
25     Q    So more than one speaker?

Page 13

EDWARD HEINRICHS

1
2      A    Given over the course of my career, yes.
3      Q    And how many speakers would you estimate
4  that discussed racial discrimination?
5      A    If I was to ballpark a number, I'd say
6  between five and ten.
7      Q    And how many hours would you say -- since
8  you could ballpark that figure, how many hours would
9  you say were devoted by those five to ten people to
10 the discussion of racial discrimination?
11     A    Throughout my entire career?
12     Q    Yes.
13     A    Easily ten.
14     Q    And did you have any -- with regard to the
15 speakers that you mentioned and the videos that you
16 mentioned in the training you received in school in
17 Longwood, how many, if any, speakers addressed
18 bigotry?
19     A    I don't recall.
20     Q    Did any of them?
21     A    I'm sure they have.
22     Q    Do you remember anything that was said by
23 any of them regarding bigotry?
24     A    Verbatim, no, sir.
25     Q    In sum and substance, can you tell us

Edward Heinrichs 05/05/2023

---

**Page 14**

EDWARD HEINRICHS

2  that?

3     A     They described what bigotry is.  They
4  would give examples of what could be considered
5  bigotry.

6     Q     Anything else?

7     A     Not that I recall.

8     Q     And when they told you what bigotry was,
9  what did they tell you it was?

10     A     A general dislike towards a group or any
11  individual type of person.  Treating them
12  differently or something like that.

13     Q     And what sort of groups were mentioned in
14  that regard?

15     A     Races, religions, genders.

16     Q     Anything else?

17     A     No, sir.

18     Q     Were you ever given any training regarding
19  -- hold on a second, something popped up here.

20             Were you given any training in school in
21  Longwood regarding misogyny?

22     A     I don't understand the word.

23     Q     Do you know what misogyny is?

24     A     No, sir.

25     Q     You've never heard that word?

---

**Page 15**

EDWARD HEINRICHS

2     A     No, sir.

3     Q     Did you ever hear the word "Misogynistic"?

4     A     No, sir.

5     Q     Have you ever been given any training in
6  Longwood regarding bias against women for sexual
7  reasons?

8     A     We have received trainings every year for
9  sexual misconduct.

10     Q     Okay.

11     A     Those are required by the district,
12  yearly.

13     Q     Were you ever given any training regarding
14  the expression of violence?

15     A     Violence prevention, yes.

16             MS. SOLLER:  We're talking about
17         just at Longwood, still, right?

18             MR. RAY:  Good question.  Yes,
19         we're talking about Longwood.

20     Q     Would your answer be the same?

21     A     Yes.

22     Q     And regarding violence, were you ever
23  given any training in the discouragement of the use
24  of firearms?

25     A     Firearms?  No, not specifically firearms.

---

**Page 16**

EDWARD HEINRICHS

2     Q     In your time in school -- when you went to
3  school, as well as at Longwood, when you were
4  receiving this training that you told us about, were
5  you given any training in the production of media,
6  such as, films, videos, slide shows and the like?

7     A     I have some training in the use of the
8  technologies available at Longwood.

9     Q     And what kind of -- can you describe that
10  training?

11     A     We use Smart Board trainings.  We use
12  PowerPoint.  We use Word.  Any of the Google
13  platforms.  Any new computer technology that is made
14  available to us at the school, they typically do a
15  training session on how to use it.

16     Q     By the way, I'm sorry.  I forgot to ask
17  this.

18             Is there anybody with you in the room
19  where you are?

20     A     No, sir.

21     Q     Where are you?  Are you at home?

22     A     I'm at home.

23     Q     Is there anybody nearby to you in another
24  room within hearing distance of you?

25     A     There's no one in the house.

---

**Page 17**

EDWARD HEINRICHS

2     Q     Were you given training, specifically, in
3  production of slide shows?

4     A     Yes.  PowerPoint, Google slides.

5     Q     Who gave you that instruction or training?

6     A     Typically, our AV department.

7     Q     Now, were you given any training with
8  respect to the conducting of field trips -- training
9  by the school at Longwood?

10     A     Not that I recall.

11     Q     Prior to January of 2020, what courses did
12  you teach at Longwood?

13     A     In my career, I've taught in the special
14  ed department as a teacher's assistant.  I have
15  taught -- we -- it's ELL, which is an English
16  Learner New Language learning.  I've taught
17  intensive biology for remedial students.  I have
18  taught Regents Biology.  I have taught AP Biology,
19  which is college level.

20             I've spent, approximately, 13 years in the
21  SIT Program, which is a collaborative inclusion
22  program.

23     Q     What does that mean, collaborative
24  inclusion?

25     A     Fifty percent of the students would be

---

Page 18

EDWARD HEINRICHS

1  special ed, and fifty percent would be regular ed.
2  I have taught various levels of electives, which is
3  a one-semester course, such as, advanced zoology.  I
4  taught in the late afternoon program or the LAP
5  Program for students no longer in the mainstream
6  education program.
7         That's what I got, as far as, remembering
8  the different courses and levels that I've taught at
9  Longwood.
10     Q     Just a little background of you, as well.
11 Do you have a family?
12     A     Yes, I do.
13     Q     Married?
14     A     Yes.
15     Q     Children?
16     A     Yes.
17     Q     Ages?
18     A     26, 22.
19     Q     What religion are you?
20     A     I'm Lutheran.
21     Q     I'm just curious about -- I don't know if
22 you gave us your home address or not.
23           Did you do that?  I forgot.
24     A     Yes, I did.

Page 19

EDWARD HEINRICHS

1      Q     Where is that?  Do you mind telling me?
2      A     21 Middle Island Boulevard, Middle Island,
3  New York.
4      Q     Is that located in or around the area in
5  Yaphank known as German Town?
6      A     No.  We're -- Middle Island is two towns
7  away from Yaphank.
8      Q     Where did you grow up?
9      A     Next door.
10     Q     Next door to your house where you live?
11     A     Correct.
12     Q     So you went to Longwood?
13     A     Yes, I did.
14     Q     In Longwood, is there a mixed racial
15 student population?
16     A     Yes, there is.
17     Q     Do you have a rough idea of what
18 percentage of Caucasian people?  Asian people?
19 African-American people?
20           MS. SOLLER:  Currently?
21           MR. RAY:  Yeah, let's start with
22           currently, sure.
23     A     I wouldn't know percentages, sir.
24     Q     Do you have a rough idea of them from your

Page 20

EDWARD HEINRICHS

1  class work?
2      A     I would say we're approaching 50/50 -- 50
3  percent.
4      Q     Fifty percent of what?
5      A     Caucasian.
6      Q     And what's the other 50 percent?
7      A     Black, African-American.
8      Q     Is there an Asian population?
9      A     There is.  It's much smaller than the
10 others.  We have a growing Latin community.
11     Q     And what would you say the Latin community
12 is in terms of the percentage, like, the percentage
13 you just gave us?
14     A     Between five and ten percent, shrinking
15 the other two percentages by equal amounts.
16     Q     When you attended Longwood, were the
17 percentages the same, when you attended as a
18 student?
19     A     Yeah, probably close.
20     Q     So from the time you attended Longwood --
21 got to be some time ago -- until now, the
22 percentages, more or less, roughly remained the same
23 in terms of race?
24     A     In my memory, yes.

Page 21

EDWARD HEINRICHS

1      Q     Are any members of your family of
2  African-American descent?
3      A     No, sir.
4      Q     Are any members of your family of Latin
5  descent?
6      A     No, sir.
7      Q     Asian descent?
8      A     No, sir.
9      Q     In your courses that you've taught at
10 Longwood that you told us about, other than in the
11 advanced zoology class, did you ever conduct field
12 trips?
13     A     Yes, sir.
14     Q     For what classes and for what purpose?
15     A     The AP Biology class goes to Brookhaven
16 National Lab to do gel electro freezes and genetic
17 engineering.
18     Q     Any others?
19     A     No, sir.
20     Q     When did you first begin teaching advanced
21 zoology?
22     A     Oh, probably, 20 years now.
23     Q     Did you ever teach any other course in
24 zoology that was not advanced?

Page 22

EDWARD HEINRICHS

1
2      A    Longwood only has the one zoology course.
3      Q    When you began teaching the advanced
4  zoology class -- withdrawn.
5           What kind of student composes the advanced
6  zoology class?  By that I mean, what are their ages,
7  what are the school year they're in?  How can you
8  describe them?
9      A    The advanced zoology course is an elective
10 half-year course.  Students are required by New York
11 State to take three years of science, two lab
12 courses, which, typically, would be earth science
13 and Regents Biology.  And a third year of science
14 could be a third lab course, such as, chemistry or
15 two electives.
16          So the students can choose which level of
17 science course that they take, either continue on
18 with the regents course or two electives which are
19 non-regent's courses.  Typically, it's 11th or 12th
20 Grade for the zoology program.
21     Q    Are they, the kids who take that course,
22 advanced zoology, typically students who are
23 academically advanced, gifted or just ordinary
24 students or something else?
25          MS. SOLLER:  Note my objection to

Page 23

EDWARD HEINRICHS

1
2          the form.
3               But you can answer.
4      A    Typically, they are average students.
5      Q    And typically, also, can you describe the
6  racial composition of the students in advanced
7  zoology?
8      A    Similar to that of the Longwood community.
9      Q    By the way, are you trained, in any way,
10 in comedy?
11     A    No, sir.
12     Q    Do you have -- have you ever performed in
13 a club or some other venue as a comedian?
14     A    No, sir.
15     Q    Do you consider yourself a comedian?
16          MS. SOLLER:  Just note my
17          objection.
18     A    No.
19     Q    Sorry.  I didn't hear the answer.
20     A    No.
21          MS. SOLLER:  You can answer.
22          Sorry.
23     A    No.
24     Q    And just so you know, Mr. Heinrichs, if I
25 ask you a question and there's an objection by any

Page 24

EDWARD HEINRICHS

1
2  lawyer, you still have to answer the question,
3  unless you're directed not to.
4          Okay?
5      A    Okay.
6      Q    Now, when you first designed -- withdrawn.
7  Did you design a field trip 20 years ago when you
8  began working in or teaching the advanced zoology
9  class?
10     A    When we started going to the Bronx Zoo as
11 a field trip.
12     Q    When was that?
13     A    Approximately, 20 years ago when I started
14 teaching advanced zoology.
15     Q    So the very first time you taught advanced
16 zoology, you took a trip to the Bronx Zoo?
17     A    I did not create the course.  The course
18 was in existence prior to me beginning work.  And,
19 yes, they went to the Bronx Zoo then, as well.
20     Q    Just prior to your teaching that course,
21 who taught it?
22     A    I believe it would be Mr. Hennington.
23     Q    Do you know Mr. Hennington's first name?
24     A    William.
25     Q    Does he still teach there?

Page 25

EDWARD HEINRICHS

1
2      A    No.  He's retired.
3      Q    Do you know where he is?
4          MS. SOLLER:  Where he lives, you
5          mean?
6          MR. RAY:  Yeah.  Where he abides.
7          Where he lives.  Where he goes.
8      A    No, I do not.
9      Q    Do you know when he retired?
10     A    Ten, 15 years ago.
11     Q    And did he conduct a field trip?
12     A    Yes.
13     Q    Did he make a slide show of the field
14 trip?
15     A    He was not very computer savvy.
16     Q    So with that observation in mind, the
17 answer would be no, he did not make a slide show of
18 the field trip?
19     A    No.
20     Q    No, he did not?
21     A    No, he did not.
22     Q    So the slide show of the Bronx Zoo field
23 trip was your invention; is that true?
24     A    Correct.
25     Q    And up until you made that slide show, had

Page 26

EDWARD HEINRICHS

2  you made slide shows for any other of your classes
3  which you taught at Longwood?
4       A    Yes.
5       Q    What other ones had you made?
6       A    The AP Biology trip to the Brookhaven
7  National Lab.
8       Q    Any others?
9       A    Slide shows for the seniors during the
10 senior banquet, as a class advisor.
11      Q    What's the senior banquet?
12      A    As a class advisor, I'm in charge of
13 running the class events, such as, proms, senior
14 trip.  And one of the events is a senior banquet,
15 which is where the students are awarded their
16 trophies -- best hair, best personality.
17           And typically, at the end of that event,
18 called the senior banquet, there would be a senior
19 slide show where the students put pictures or submit
20 pictures of their entire high school career
21 set to music.  Typically, it's in March.
22      Q    And you coordinate that slide show?
23      A    During my senior years, yes.
24      Q    And that comes from student pictures that
25 students submitted; is that accurate?

Page 27

EDWARD HEINRICHS

2       A    Correct.
3       Q    And these slide shows from the AP Biology
4  trip to Brookhaven Lab, you created that slide show,
5  as well?
6       A    Yes.
7       Q    Does that still exist?
8       A    No.
9       Q    When did it disappear or become not
10 existent?
11      A    Typically, after the school year, when I'm
12 cleaning files.
13      Q    Do you have any record, at all, related to
14 that slide show from the Brookhaven Lab that you
15 made?
16           MS. SOLLER:  Are we referring to a
17           specific year?  Because I'm assuming there
18           might be more than one or is there just
19           one?
20      A    There would be --
21      Q    You can answer the question.
22      A    There were a couple that were produced,
23 none of which I have copies of.
24      Q    In any of those slide shows that you no
25 longer have copies of, did you produce videos or

Page 28

EDWARD HEINRICHS

2  slide shows depicting students as animals, in any
3  way?
4       A    No.
5       Q    Did any of those slide shows depict
6  students in a way that ridiculed them?
7                MS. SOLLER:  Just note my
8           objection.
9                MS. WEISBORD:  Objection to form,
10          as well.
11               MS. SOLLER:  You can answer.
12      A    No.
13      Q    In the Brookhaven Lab slide show that
14 you've produced, was there any slide or series of
15 slides that ridiculed religion?
16               MS. SOLLER:  Note my objection.
17          You can answer.
18      A    No.
19      Q    When you first produced the slide --
20 withdrawn.
21           When you first created the slide show
22 concept for the trip to the Bronx Zoo, did you have
23 any source that you referred to as to how to create
24 slide shows?
25      A    I'm not sure what you're asking.

Page 29

EDWARD HEINRICHS

2       Q    Well, did you refer to any training
3  manuals, any books, any videos, yourself, in
4  determining how to produce the slide show which you
5  did produce?
6       A    I referred to the training I got on
7  Microsoft PowerPoint, as far as, how to insert
8  pictures and texts.
9       Q    So other than the technical way that you
10 just described, did you refer to any documents,
11 books, treatises or anything, at all, that dealt
12 with the subject matter of the slide show that you
13 were going to produce?
14      A    No.
15      Q    And starting 20 years ago with advanced
16 zoology and the trip to the Bronx Zoo, when did that
17 trip take place?
18      A    At what time of the year?  It's a
19 one-semester course.  There would be two trips to
20 the Bronx Zoo each year.  One in the Fall semester.
21 One in the Spring semester.  Typically, we try to
22 run them in November and, maybe, March.
23      Q    And you say typically in November and
24 March.
25           But you used the word we.  Who's we?

Edward Heinrichs 05/05/2023    Pages 30..33

Page 30

EDWARD HEINRICHS

2  A    Well, there are multiple teachers that
3  teach advanced zoology.
4  Q    So was there someone besides yourself who
5  participated in the creation of the slide show for
6  the Bronx Zoo 20 years ago?
7  A    I've been making the slide shows.
8  Q    From the time you began to make the slide
9  shows until your last slide show, was there any
10  other teacher that was involved in the production of
11  the slide show?
12  A    No.
13  Q    Was there any person involved in the
14  production of the slide show besides yourself?
15  A    Not in production, no.
16  Q    So when you first determined to create the
17  slide show, what was your purpose?
18  A    I like to remind the students of a
19  pleasant educational experience and a memory of the
20  course.
21  Q    Was there any educational value in that?
22  A    Yes.  We remind and reestablish all of the
23  information that they learned during the course of
24  the class.
25           MR. RAY:  Could you read that back

Page 31

EDWARD HEINRICHS

2  for me, please?
3           (WHEREUPON, the stenographer read
4  back the last answer.)
5  Q    So the slide show was conceived by you to,
6  essentially, educate the students; is that correct?
7  A    To remind them of the lessons that we
8  learned in the classroom.
9  Q    And that's an educational function, right?
10  A    Yes.
11  Q    Was there any other purpose, besides
12  educational, that you conceived of for these slide
13  shows?
14  A    I like to believe that the students had a
15  good time, fun time, in their high school
16  experience, that school isn't always boring.
17  Q    I understand that.  But I think I asked
18  you more specifically, was there any other purpose
19  of these slide shows, besides the educational
20  purpose you described to us?
21           MS. SOLLER:  And the other purpose
22        that he mentioned prior to that, right?
23        There were --
24           MR. RAY:  I'm sorry?
25           MS. SOLLER:  There were two part to

Page 32

EDWARD HEINRICHS

2  the answer.
3           So you mean other than what he
4  already testified to about reminding the
5  students about the pleasant experience and
6  the educational portion.
7           MR. RAY:  No, no, no, no.  Counsel,
8  please don't coach the witness.
9           MS. SOLLER:  I'm not.  Your
10  question --
11           MR. RAY:  Don't interrupt me,
12  either, please.  I was speaking, and then
13  when I'm done, you can speak.  That's how
14  it's done.
15           MS. SOLLER:  I want to clarify.
16           MR. RAY:  I don't need you to
17  clarify while I'm talking, first of all.
18  Okay?  Then you can clarify when I'm done.
19  All right?
20           But please don't make speaking
21  objections.  It's against the rules, and
22  you know it.
23           MS. SOLLER:  I know that.
24           MR. RAY:  Right.  So don't do that.
25  All right?  And don't give him answers to

Page 33

EDWARD HEINRICHS

2  questions that I didn't ask.
3           MS. SOLLER:  That's not --
4           MR. RAY:  Can you read back my
5  question, please?
6           (WHEREUPON, the stenographer read
7  back the last question.)
8  Q    Please answer that.
9  A    As I stated earlier, it's a reminder of a
10  pleasant experience.
11  Q    Now, when you created the slide show
12  starting 20 years ago and coming forward, did you
13  have any plan in mind in creating them or did you,
14  kind of, create them ad hoc or something else?
15           MS. SOLLER:  Note my objection to
16        form.
17           You can answer.
18  A    Typically, the slide shows don't change
19  much.  I take the pictures of students out and
20  replace them with the current students.  Some of
21  these slides are repeats throughout the years, if
22  that answers your question.
23  Q    Well, was that your plan to make a slide
24  show where you would keep certain slides from year
25  to year and take others out; fair to say?

*Accurate Court Reporting Service, Inc. 631-331-3753*

Page 34

EDWARD HEINRICHS

2  A    Yes, that's fair.

3  Q    Did you conceive of any other approach to
4  the creation of the slide show, other than what you
5  just told me?

6  A    No.  Not that I'm aware of.

7       MS. SOLLER:  John, when the time is
8       right, can we just take a quick restroom
9       break?

10      MR. RAY:  Right now is fine.

11      (WHEREUPON, a recess was taken at
12      10:49 a.m., after which the following
13      transpired:)

14  CONTINUED EXAMINATION

15  BY MR. RAY:

16  Q    Mr. Heinrichs, remember you told me about
17  the training that you received that some of the
18  people who were training you with respect to racial
19  issues gave examples.

20      Do you remember the examples they gave?

21  A    No.

22  Q    Did you receive -- did anybody ever go
23  into --in the training that you received, did any of
24  the trainers ever go into any issues involving
25  same-sex matters?

Page 35

EDWARD HEINRICHS

2  A    Not that I'm aware of.

3  Q    And did you ever receive any training or
4  take courses in or portions of courses in the
5  separation of church and state?

6  A    Not that I recall.

7  Q    In the time that you took these field
8  trips with the students in the school, of course you
9  had to have the school's prior approval of the field
10  trips; am I right?

11  A    Correct.

12  Q    How would you obtain that?

13  A    There's a field trip request form that I
14  have to have submitted, signed by my department
15  chairman, then the building principal, and then the
16  central administration.

17  Q    It has a form you had to fill out?

18  A    Yes, it's a form.

19  Q    Would you have to provide a justification
20  to the school administrators for your trip to the
21  Bronx Zoo in writing?

22  A    Yes, sir.

23  Q    Justification had to have been in writing,
24  true?

25  A    Yes.  A part of the form has justification

Page 36

EDWARD HEINRICHS

2  on it.

3  Q    When you say it's part of the form, was
4  the form actually a preprinted thing that had words
5  on it already or you had to type up something?

6  A    It's a general form with words, field trip
7  request form, through the district where I would
8  fill in the date, the location, what class is going,
9  who the chaperones would be, and also
10  justification for the trip.

11  Q    And was the justification for the trip
12  produced in a separate document or right on the
13  document?

14  A    It is on the document.  There was one year
15  that they requested an additional justification for
16  field trips.

17  Q    What year was that?

18  A    I don't recall the year, sir.

19  Q    2018?

20  A    Could be.

21  Q    The forms that you're talking about, do
22  you keep records of those forms?

23  A    Typically, not.

24  Q    Did you ever?

25  A    I have.  I think I have one that was used

Page 37

EDWARD HEINRICHS

2  as an example for future forms in filling out.

3  Q    And what year was that produced?

4  A    I don't recall the year that was on that
5  form.

6  Q    You still have that?

7  A    If I do, it would be at school.

8  Q    Have you ever -- has anybody from the
9  school ever asked you to produce that document in
10  relation to this litigation?

11  A    I don't recall if I have that year's form.
12  I'd have to look.

13  Q    But have you been requested by anybody in
14  the district to produce that form in relation to
15  this litigation?

16  A    Not that I recall.

17  Q    Have you been asked by anyone from the
18  district to produce any documentation?

19  A    I was asked by the district to provide any
20  information that I had when they requested
21  something.

22  Q    When you say any information, was there a
23  request for documents in that respect?

24  A    I was asked to provide a copy of the slide
25  show, I believe, for you, sir.

Page 38

EDWARD HEINRICHS

1
2     Q     Other than the slide show for me.
3     A     Not that I'm aware of.
4     Q     Well, here's what I'm going to ask you to
5  do.  I'm going to ask you to go back and search your
6  records, including in school, for any documentation,
7  including the one you mentioned to us, the form that
8  you think you had.
9          And if you have any such documentation
10 related to the field trips, I would ask you to
11 produce them, please.  And we'll make a formal
12 request for that in writing.
13         MS. SOLLER:  Thank you.
14 (DOCUMENT REQUEST)
15    A     I'll just make a note of what you're
16 asking me to look for.
17         You're asking for the field trip request
18 form for that year.
19    Q     Any documentation, at all, any dealing
20 with the field trip to the Bronx Zoo that you have
21 in your possession, either in school or out of
22 school, I'm going to ask you to produce.  Okay?
23    A     Very good.
24               COURT REPORTER:  Can I ask you to
25         pause for one second, please?

Page 39

EDWARD HEINRICHS

1
2               MR. RAY:  Sure.
3               (WHEREUPON, a recess was taken at
4         11:01 a.m., after which the following
5         transpired:)
6  CONTINUED EXAMINATION
7  BY MR. RAY:
8     Q     I'm going to ask you to take a look at
9  what we have as Exhibit 16 that was marked for
10 identification.  We've premarked our exhibits, for
11 the most part, and I've provided these potential
12 exhibits to both counsels this morning.
13         And we're going to try now to put them up
14 on the screen so that Mr. Heinrichs can refer to
15 them, as well.
16         And I'm looking at Exhibit 16.  Mr.
17 Heinrichs, back with you.  You see the screen?
18    A     Yes, sir, I can.
19    Q     Exhibit 16 for identification.  Thank you.
20    A     Yes.
21    Q     Do you recognize that document?
22    A     Yes, sir.
23    Q     And what is it?
24    A     It's the justification for the field trip
25 to the Bronx Zoo.

Page 40

EDWARD HEINRICHS

1
2     Q     And dated September 20, 2018; right?
3     A     Correct.
4     Q     That would refer to the Fall trip that you
5  mentioned, that would have been taken in 2018;
6  right?
7     A     Correct.
8     Q     Did you prepare this document?
9     A     Yes.
10    Q     Did you provide this document to the
11 school in relation to this litigation?
12    A     I don't recall.
13    Q     What was your purpose in preparing this
14 document?
15    A     Occasionally, the district will ask for
16 justification to approve or disapprove a field trip
17 due to cost of busing.
18    Q     Is that why this was prepared, this 16?
19    A     Most likely, yes.
20    Q     Can you read it first, and let me know
21 when you're ready?
22         We'll scroll it when you need it to be
23 done.  Read it to yourself.  Don't read it out loud,
24 please.
25    A     Yes.

Page 41

EDWARD HEINRICHS

1
2     Q     Did you write that paragraph?
3     A     It looks familiar, yes.
4     Q     Did you write it?
5     A     Yes.
6     Q     And who's Mr. A. Grasso?
7     A     Mr. Grasso was the other teacher that was
8  teaching advanced zoology.
9     Q     Did he have anything to do with preparing
10 the slide show?
11    A     No.
12    Q     Did he prepare a slide show for his
13 classes?
14    A     They used the same slide show as mine.
15    Q     Which you provided to Mr. Grasso; true?
16    A     Correct.
17    Q     And Mr. Schuster, who is that?
18    A     He was the principal, at that time.
19    Q     Now, in the body of what you wrote, taking
20 you down to the fifth line where it says, quote, "We
21 compare and contrast the anatomical structures seen
22 in all phyla of animals," unquote.
23         That was the purpose of the trip?
24    A     One of, yes.
25    Q     And you go on -- after, you say that --

Page 42

```
1                    EDWARD HEINRICHS
2  you say that, "The Bronx Zoo is going to provide
3  students an opportunity to observe structures you
4  dissected earlier," right?
5       A    Correct.
6       Q    That was a purpose, as well, right?
7       A    Correct.
8       Q    And then another purpose was that --
9  withdrawn.
10           Yeah, another purpose was to compose a
11 research paper discussing one animal not discussed
12 in detail in class; is that accurate?
13      A    Correct.
14      Q    And it was to enable students to use the
15 zoo experience to collect data to complete the
16 assessment; true?
17      A    Correct.
18      Q    And the students were required to complete
19 a lab assignment, and that's in capital L and
20 capital A, while touring the zoo.
21           What was that?
22      A    I provide the students a lab packet, lab
23 assignment, where they have to learn something about
24 the Bronx Zoo in its history.  And then they have to
25 visit at least five different locations collecting
```

Page 43

```
1                    EDWARD HEINRICHS
2  information to answer questions in the lab packet.
3       Q    And anywhere in this presentation that you
4  made, rather, justification that you wrote, is there
5  anything that indicates that they would be a slide
6  show?
7       A    No.
8       Q    Is there anything in here that would
9  indicate that you were going to try to produce a
10 slide show to remind students of a pleasant
11 experience?
12      A    No.
13      Q    But when you wrote this, you had already
14 done slide shows for quite a few years before that
15 regarding the Bronx Zoo trip; am I correct?
16      A    Yes.
17      Q    And you left out that you would be
18 producing a slide show as part of this field trip
19 experience when you wrote this justification; is
20 that true?
21           MS. SOLLER:  Just note my
22           objection.
23           You can answer.
24      A    It wasn't relevant.
25      Q    What do you mean by that?
```

Page 44

```
1                    EDWARD HEINRICHS
2       A    The justification is to justify the class
3  going to the Bronx Zoo.
4       Q    So how is a slide show not relevant to the
5  students going to the Bronx Zoo?
6       A    The slide show is a memory of to be used
7  in the class, not on the trip.
8       Q    Right.  And the assessment would not have
9  been done on the trip either, the final assessment;
10 am I correct?
11      A    Correct.
12      Q    And the completion of a lab assignment was
13 to be done not on the trip, as well, correct?
14      A    No.  The lab assignment is done while at
15 the zoo.
16      Q    Oh, they actually fill it out while at the
17 zoo?
18      A    Correct.
19      Q    So when you designed this justification,
20 can we agree that the slide show was designed or
21 should have been designed -- let me withdraw that.
22           Can we agree that the slide show was to
23 have been designed for an educational purpose;
24 right?
25      A    One of the reasons for the slide show is
```

Page 45

```
1                    EDWARD HEINRICHS
2  educational.  And the other is to remind them of a
3  pleasant experience.
4       Q    So why didn't you mention the slide show,
5  if it has an educational purpose, in the
6  justification for the trip?
7       A    Because they're two different identities.
8       Q    What do you mean by that?
9       A    The field trip -- the form for the field
10 trip justification is designed to tell the district
11 or explain to the district why we are going to the
12 zoo.  And the slide show reminds the students of the
13 experience.
14      Q    I understand that.  But my question was a
15 little different.
16           Why didn't you include the slide show in
17 your explanation of a justification for the field
18 trip when the slide show had an educational purpose?
19           MS. SOLLER:  Just note my
20           objection.
21           You can answer.
22      A    I don't know the answer to your question.
23      Q    Is that because you avoided putting in the
24 slide show into this form describing justification,
25 because you didn't want the school to know you were
```

Page 46

EDWARD HEINRICHS
1
2  doing a slide show?
3         MS. SOLLER:  Note my objection.
4         You can answer.
5    A   No, sir.
6    Q   What was the educational purpose of the
7  slide show?
8    A   I'm sorry.  You were garbled.  I didn't
9  hear you.
10   Q   That's okay.
11       What was the educational purpose of the
12 slide show?
13   A   To reinforce ideas or reinforce
14 information that we learned about the animals in
15 class where the students could see it firsthand.
16   Q   Bear with me a second.
17       MR. RAY:  Could you read back the
18       answer, please?
19       (WHEREUPON, the stenographer read
20       back the last answer.)
21   Q   So the slide show would always contain
22 reinforcement of ideas that the students learned
23 about the animals; is that true?
24   A   I'm confused with your word ideas.  It's
25 to remind them of the animals and see the anatomical

Page 47

EDWARD HEINRICHS
1
2  differences between the creatures that we learned
3  about.
4    Q   Well, you're the one that used the word
5  "Ideas."  That's why I used it.  So what did you
6  mean by ideas?
7    A   In the course, such as advanced zoology,
8  we learn about different animals and their
9  anatomical structures, similarities, differences.
10 To show them a picture on a computer is good.  But
11 seeing the animal in first -- in real life is
12 better, which is why we go to the zoo.
13       Some of my students have never been to the
14 Bronx Zoo before.
15   Q   And -- withdrawn.
16       So your purpose in the slide show, the
17 educational purpose that you've told us about, would
18 have included learning about anatomical structure
19 and the differences in animals; is that true?
20   A   Yes.
21   Q   And was there an intent to compare animals
22 with humans and their anatomical structure; is that
23 correct?
24   A   No.
25   Q   Were there other purposes?

Page 48

EDWARD HEINRICHS
1
2    A   No.
3    Q   When you produced the photos that became
4  the slide show or slide shows, were they
5  accompanied, the slides, by any texts that were
6  educational in nature?
7    A   Some of the slides in the show do label
8  the animal by identifying it.
9    Q   Any other educational texts that
10 accompanied the slides that were educational in
11 nature?
12   A   Not that I recall.
13   Q   And the texts that were created, were they
14 created to remind the students of what they had
15 learned, the texts that accompanied the slides?
16   A   Often the text that's on the slide is to
17 remind them of the fun.
18   Q   Often.  But I didn't ask you that.  I
19 asked you if any of the texts that accompanied the
20 slides, were they there for an educational purpose?
21   A   As stated, the identification of an animal
22 would be educational.
23   Q   Any other part of the texts that
24 accompanied slides that were educational, besides
25 identifying an animal?

Page 49

EDWARD HEINRICHS
1
2    A   Not that I recall.
3    Q   And how many slides ordinarily would
4  accompany the slide show?
5    A   There could be anywhere over 100 slides in
6  a typical slide show.
7    Q   Of those over 100 slides, the only slides
8  that had texts that were educational in purpose
9  identified an animal, from your testimony; am I
10 right?
11       MS. SOLLER:  Just note my
12       objection.  Sorry.
13       You can answer.
14   A   Some of the text is a way to remind them
15 of a lessen we learned.
16   Q   What lesson?
17   A   Some of the -- some of the slides show
18 concepts that we learned in class, as far as, animal
19 behaviors.
20   Q   But in over 100 slides that constituted
21 the slide show, how many of the texts -- you can
22 estimate -- how many of the texts dealt with
23 learning about anatomy and behavior -- the text that
24 accompanied the slides?
25   A   I'd say, approximately, ten.

Page 50

EDWARD HEINRICHS

1
2    Q    Now, how many of the slides that you
3  produced for the slide shows provided the students a
4  chance to observe structure within a living specimen
5  and compare them to a preserved specimen that you
6  dissected?
7    A    The students dissect six different
8  creatures, themselves.  It would be fair for me to
9  say that there were, at least, that many slides of
10 animals that they saw in the zoo that they would
11 have dissected.
12   Q    What were they, those animals?
13   A    The students dissect earthworm, frog,
14 crayfish, grasshopper --
15   Q    Slower.  Earthworm, frog.
16   A    Crayfish.
17   Q    Crayfish.
18   A    Grasshopper.
19   Q    Right.
20   A    A snake, a pigeon.  Those are the animals
21 that the students dissect.
22        MS. WEISBORD:  Sorry.  What was the
23        last animal?
24        THE WITNESS:  A pigeon, a bird.
25   Q    What was the bird?

Page 51

EDWARD HEINRICHS

1
2    A    A pigeon.
3    Q    Oh, that's the pigeon.
4    A    That's the pigeon.
5    Q    And --
6    A    As a demonstration, I dissect a deer head,
7  so we can see a mammal brain.
8    Q    So you're saying that the students at the
9  Bronx Zoo observed an earthworm?
10   A    They probably did not see an earthworm.
11   Q    A frog?
12   A    Absolutely.
13   Q    A crayfish?
14   A    Yes.
15   Q    A grasshopper?
16   A    Yes.  Insects.
17   Q    A snake?
18   A    Yes.
19   Q    And a pigeon?
20   A    Birds, yes.
21   Q    And of all the slides that you would
22 produce for the slide show, did they contain those
23 creatures?
24   A    I would believe so, yes.
25   Q    You would?  Did they contain an earthworm?

Page 52

EDWARD HEINRICHS

1
2    A    No, sir.
3    Q    Did they contain a frog?
4    A    Yes.
5    Q    Did they contain a crayfish?
6    A    I don't recall.
7    Q    A grasshopper?
8    A    Insects, yes.
9    Q    A grasshopper?
10   A    Not that I recall.
11   Q    A snake?
12   A    Yes.
13   Q    And a pigeon?
14   A    Not a pigeon.  A bird.
15   Q    A deer head?
16   A    Deer, yes.
17        COURT REPORTER:  Can I just ask one
18        thing?  I'm noticing someone's iPhone on
19        here now without a name identifying.
20        MR. RYAN:  Not us.
21        COURT REPORTER:  Whoever has the
22        iPhone 631 number, can you please type
23        your name in the chat?
24        I didn't notice it until I took the
25        exhibit down.

Page 53

EDWARD HEINRICHS

1
2        MS. SOLLER:  The video is up, as
3        well.  Can anyone identify who this
4        gentleman is?
5        MS. WEISBORD:  I see it here, too.
6        MS. SOLLER:  I'm concerned there's
7        other people joining.  We don't know who
8        they are.  Certainly, no one from my
9        office.  I don't know.
10       ACCURATE COURT REPORTING:
11       Actually, they can't join.  Sindee, they
12       can't join -- you have the control there.
13       They can't join unless you admit them.  I
14       don't know how they got in.
15       COURT REPORTER:  I took the waiting
16       room off, because I thought everyone was
17       in.  I just locked the meeting now.
18       ACCURATE COURT REPORTING:  Okay.
19       Great.  Thanks.
20       MR. RAY:  I have no idea, either.
21       Okay.
22       (WHEREUPON, the individual left the
23       Zoom meeting.)
24       MR. RAY:  Can we look at Exhibit
25       13?

Page 54

EDWARD HEINRICHS

1
2    Q    Mr. Heinrichs, back again looking at
3 Exhibit 13 for identification.
4         Is that the first page of the Bronx Zoo
5 lab packet that you produce for these slide shows --
6 I'm sorry -- for the zoo trip?
7    A    Yes, it is.
8    Q    And would you put together this packet?
9    A    Yes.
10   Q    And the first page indicates history of
11 the Bronx Zoo.
12        Who created that history?
13   A    The Bronx Zoo.
14   Q    If you go to page 2, the next page of
15 that.  We have it Bates-stamped as 17.
16        And that's page 2 of the packet, Mr.
17 Heinrichs?
18   A    I believe so.
19   Q    And then, if we go to the next page, which
20 would be Bates-stamped 18, but it's page 3 of
21 Exhibit 13, did you create that page?
22   A    That's a page I created.
23   Q    And is that a packet that -- or is that
24 page part of the packet that you gave out to the
25 students in the Fall of 2019?

Page 55

EDWARD HEINRICHS

1
2    A    Yes.
3    Q    Is this same packet given out -- was this
4 same packet given out in prior years?
5    A    Yes.
6    Q    Is there any difference between what was
7 given out to the students in 2019 before the trip in
8 the Fall and any of the prior tips, is there
9 anything different in terms of the packet?
10   A    The earliest packets or lab packets that
11 were created, didn't have as many options that the
12 kids could choose from.
13   Q    You mean questions?
14   A    Yeah.  Each section, all the students are
15 required to answer these questions on the Bronx Zoo.
16 All are answered in the prior pages.  And then they
17 get to choose additional sections as to what they
18 want to visit on their day.
19   Q    So these questions have -- withdrawn.
20        What you see there on page -- we're
21 looking at Bates 18, that's the number at the bottom
22 18, those questions were designed by you; right?
23   A    Yes.
24   Q    And the students would fill these
25 questions out during the trip?

Page 56

EDWARD HEINRICHS

1
2    A    Yes, while they're on the trip.
3    Q    And then these packets with the students'
4 writings on them would be given to whom, if anyone?
5    A    They would be turned into class, either
6 the following day or...
7    Q    But they would end up being given to the
8 teacher of the class; is that true?
9    A    Correct.
10   Q    So some of them would be given to you --
11   A    Yes.
12   Q    (Continuing) -- and others would be given
13 to another teacher or teachers; right?
14   A    Correct.
15   Q    And who in 2019, in the Fall, would be the
16 other teacher or teachers who would receive this
17 filled out packet?
18   A    Mr. Dowd.
19   Q    Do you know his first name?
20   A    I believe it's Ian.
21   Q    Ian, right.  Any others, beside Mr. Ian
22 Dowd?
23   A    Not that year, no.
24   Q    And once it was given in to the teachers
25 -- that would be you and Mr. Dowd -- would you grade

Page 57

EDWARD HEINRICHS

1
2 them?
3    A    I often gave them extra credit.
4    Q    But would you grade them for extra credit?
5    A    Sure.
6    Q    Would you grade them for credit?
7    A    I would grade them for their accuracy, and
8 then give them extra credit on their core grade.
9    Q    All right.  And Mr. Dowd, how would he use
10 these packages that the students filled out?
11   A    I would believe he would do the same
12 thing, because the courses -- the classes are taught
13 identically.
14   Q    And so was there an answer key to these
15 questions that you devised?
16   A    Not really.
17   Q    Why not?
18   A    Because most of the questions are
19 self-explanatory.
20   Q    What about the ones that are not
21 self-explanatory?  Would you have --
22   A    I, typically, know the answers to them.
23   Q    Well, are there any questions that are --
24 that were contained in this packet that you designed
25 that you, typically, did not know the answers to?

Page 58

EDWARD HEINRICHS

1
2     A    Not that I'm aware of.
3     Q    So back to the original question, then.
4          Was there ever any answer key that you
5     devised for the answers to the questions in the
6     packet?
7     A    There's no written answer key.
8     Q    Did Mr. Dowd have a written answer key?
9     A    Not that I'm aware of.
10    Q    Did you ever have to explain to Mr. Dowd
11    any of the questions that you devised here?
12    A    Not that I recall.
13    Q    And did you devise these question from any
14    source, such as, a book, a treatise, something on
15    the Internet?  Anything, at all?
16    A    The first questions that you're looking at
17    right here come from the text of the prior pages.
18    The other questions that come from the different
19    sections around the zoo, are, typically, come from
20    written materials that are on the walls, which make
21    it easier for the students to find the answers to.
22    Q    The walls on the zoo, you mean?
23    A    Correct.
24    Q    And is there any relative importance to
25    the questions, where one question is worth more than

Page 59

EDWARD HEINRICHS

1
2     another or one portion is more important than
3     another?
4     A    No, sir.
5     Q    Is there a grade, a numerical grade that
6     is given for the students' work in this, on this
7     packet?
8     A    Typically, as far as extra credit, it
9     would receive a letter grade.
10    Q    And what if it was used as regular credit?
11    A    Letter grades can be converted to number
12    grades.  Typically, 90's -- a 90 or above would be
13    an A.  80's would be a B.  70's would be a C.  60's
14    would be D -- above 65.
15    Q    So with those standards that you just gave
16    us in mind, how would you go about grading answers
17    without a key?  How would you come up with all or
18    what answer that was worth the A, B, C or D?
19    A    Primarily, if they wrote something down,
20    it would be appropriate.  It could be graded as
21    correct.
22    Q    No matter what they wrote down?
23    A    Within reason.  It had to answer the
24    question.
25    Q    And what if the student's answer wasn't

Page 60

EDWARD HEINRICHS

1
2     within reason?  Would they receive a grade?
3     A    Then they wouldn't receive credit for that
4     question.
5     Q    Where would you keep the packet after it
6     was graded?
7     A    Typically, either give it back to the
8     students at the end of the year or we recycle paper.
9     Q    Did you keep any of the lab packets for
10    the year 2019 in the Fall trip?
11    A    No.
12    Q    Did you receive them?
13    A    Did I receive them?  I received some, yes.
14    Anyone who wanted to turn it in for extra credit.
15    Q    So, typically, an extra credit project in
16    2019; is that true?
17    A    Correct.
18    Q    And how many students, do you know,
19    approximately, turned in these packets for extra
20    credit?
21    A    I don't recall.  I would estimate, maybe,
22    15.
23    Q    How many students went on the field trip
24    for that in the Fall of 2019?
25    A    I would say, probably, close to 100.

Page 61

EDWARD HEINRICHS

1
2     Maybe, 75.  Maybe, 75.
3     Q    Why did you change it from 100 to 75?
4     A    Because I'm thinking of -- I'm trying to
5     recall.  We took two buses.  A bus fits 44 high
6     school students.  And our buses were not full.  So
7     that's where I dropped it to 75.  A hundred students
8     would not fit on two buses.
9     Q    Out of the 75 students, only 15 turned it
10    in?
11    A    Of mine.
12    Q    Of yours.
13    A    I don't know how many turned them in to
14    Mr. Dowd.
15    Q    How many zoology -- advance zoology
16    classes were you teaching in the Fall of 2019?
17    A    I was teaching two, I believe.
18    Q    And how many students were in each class?
19    A    We max at 24 students per class.
20    Q    So were they maxed, those two classes?
21    A    Advanced zoology, typically, does fill,
22    yes.
23    Q    So you're looking at 48 students?
24    A    Not all of which go to the trip.
25    Q    How many of the 48 students in your class

---

**Page 62**

EDWARD HEINRICHS

1
2 went to the trip in the Fall of 2019?
3    A    I don't remember.
4    Q    Approximately.
5    A    Between -- I'm guessing, between 35 and
6 40.
7    Q    Out of 35 to 40 students, that's an
8 estimate; right?
9    A    Correct.
10    Q    And out of the 35 to 40 students that you
11 estimate went on the field trip, only 15 turned in
12 the extra credit; is that accurate?
13    A    That's my estimate, yes.
14    Q    And how many turned in their packets to
15 Mr. Dowd?
16    A    I don't know.
17    Q    How many classes of advance zoology did he
18 teach in the Fall of 2019?
19    A    I don't know.  I would guess -- I would
20 guess one or two.  No more than two.
21    Q    Were you in charge of the advance zoology
22 program or curriculum?
23    A    Yes.  I'm the lead teacher.
24    Q    I'm sorry?
25    A    I'm the lead teacher, yes.

---

**Page 63**

EDWARD HEINRICHS

1
2    Q    And as a lead teacher, you don't know how
3 many classes Mr. Dowd taught of advance zoology at
4 the same time you were teaching it?
5            MS. SOLLER:  Note my objection.  .
6            You can answer.
7    A    I don't make his schedule.  I'm not in
8 charge of scheduling the kids into class or how many
9 sections of the class there are.
10    Q    You're in charge of the program; right?
11    A    I'm in charge of material, yes.
12    Q    Yeah.  So do you know how many students
13 would be absorbing that material, right?
14    A    No.
15    Q    That would have concerned you?
16    A    No.
17    Q    So as you sit here now, you don't know if
18 Mr. Dowd taught one or two classes of advance
19 zoology in 2019 in the Fall; right?
20    A    Correct.
21            MS. SOLLER:  Note my objection.
22    Q    How many of -- how many of the students
23 from Mr. Dowd's class attended the Bronx Zoo trip?
24    A    I don't know.
25            (WHEREUPON, there was simultaneous

---

**Page 64**

EDWARD HEINRICHS

1
2    cross talk.)
3    A    He collected that information himself.
4    Q    Do you know what he did with the packets?
5    A    No, sir.
6    Q    What did you do with the packets from that
7 semester?
8    A    I recycled them.
9    Q    When did you recycle them?
10    A    At the end of the school year.
11    Q    That is to say in June of 2020 you
12 recycled them?
13    A    Probably the beginning of the next school
14 year, because I was not allowed back in the
15 building.
16    Q    So you recycled them in September of 2020;
17 fair to say?
18    A    Fair to say.
19    Q    And you never provided them to anybody in
20 the school in relation to this litigation; is that
21 true?
22    A    The student packets?
23    Q    Yeah.
24    A    The filled out ones?
25    Q    Yeah.

---

**Page 65**

EDWARD HEINRICHS

1
2    A    No.
3    Q    Were you instructed to preserve any
4 evidence in relation to this matter of this
5 litigation by the school?
6    A    I was asked to provide the packet that
7 you're showing me now.  I was asked to not delete
8 any of my prior slide shows.  I was advised not to
9 delete any e-mails that I had --
10            MS. WEISBORD:  I'm going cut you
11    off.  Sorry to interrupt.
12            To the extent you're referring to
13    discussions you had with counsel, that is
14    privileged.
15            So I'm -- I'm not going to let him
16    answer those questions, if it involves
17    conversation with counsel.
18            MS. SOLLER:  Yeah, I agree with
19    that.  You're asking about school
20    employees.
21            MS. WEISBORD:  So if you could
22    just, kind of, clarify, John, so we can
23    avoid that issue.
24            MR. RAY:  Okay.
25    Q    Don't tell us what you spoke of with your

---

Page 66

EDWARD HEINRICHS

1  attorneys here.  Okay?  But I'm talking about
2  anybody from the administration from the school.
3  What were you instructed to do?
4      A    When -- I was instructed to report to the
5  central office where they removed me from the
6  classroom.
7      Q    But what were you instructed to do, I
8  meant to say, regarding preservation of these
9  documents, any documents?  Anything?
10     A    Don't get rid of anything.  Don't throw --
11 don't delete anything.
12     Q    Anything would include the zoo package,
13 right, the packet that's Exhibit 13; am I correct?
14     A    Any student work would be either returned
15 to the student or is no longer needed.
16     Q    Okay.  But you told us just a little while
17 ago that you recycled these packets that the
18 students filled out in September of 2020.
19         Do you remember that?
20     A    I'm referring to digital copies, the one
21 you're looking at.
22     Q    Right.  You didn't preserve them.  You
23 didn't keep them.  Am I correct?
24     A    Old lab packets, no, I do not have them.
25

Page 67

EDWARD HEINRICHS

1      Q    And did you keep them in the computer?
2  Did you make copies of them?  Were they scanned
3  or --
4      A    No, they're not scanned.
5      Q    How did you recycle them in September of
6  2020?
7      A    The school has a blue paper recycle bin.
8      Q    Did you make anyone else aware that you
9  were recycling these documents?
10     A    Anything that -- any paper product that
11 goes into the blue paper recycle bin will be taken
12 away.
13     Q    When did you put these documents in the
14 blue bin?
15     A    I'm guessing September.
16     Q    I don't want you to guess.  Tell me when
17 or estimating when.
18     A    I estimate September.
19     Q    Before you recycled them, did you provide
20 these documents to anyone, the documents that are
21 Exhibit 13 filled out by the students?
22     A    No.
23     Q    I'm looking at the first page of the --
24 sorry -- page 3 of Exhibit 13, which is Bates 18.

Page 68

EDWARD HEINRICHS

1  Looking at the first paragraph there where it says
2  quote, "During your exploration of the Bronx Zoo,
3  you must complete the Bronx Zoo questions followed
4  by a minimum of three sections in this packet."
5      Q    So far, is that accurate?
6      A    Yes.
7      Q    So the students were directed to complete
8  these questions.
9          They were not extra credit, were they,
10 sir?
11             MS. SOLLER:  Note my objection.
12             You can answer.
13     A    By me stating that they are to answer
14 these sections, I'm hoping that will convince the
15 students to visit more of the park, instead of just
16 sitting on a bench and watching people.
17     Q    But would you mind answering my question
18 now?
19         You want the question read back?
20     A    Yes, please.
21             (WHEREUPON, the stenographer read
22             back the last question.)
23     A    Correct.
24     Q    So when you told us before that these were

Page 69

EDWARD HEINRICHS

1  extra credit papers, that was not accurate; am I
2  right?
3             MS. SOLLER:  Note my objection.
4             You can answer.
5      A    Often students need a little encouragement
6  to do written work.  By me telling them they need to
7  fill out three sections, it encourages them to do it
8  and get more of an educational experience while at
9  the zoo.  Afterwards is when I would tell them that
10 I'm going to use it as extra credit, which makes
11 them happy, because now they're getting extra
12 credit, which some of them need for their quarter
13 grade.
14     Q    So let's read the next sentence in the
15 first paragraph.  Quote, "Additional sections may be
16 completed for extra credit," unquote.
17         What did you mean by that sentence, sir?
18     A    Some students enjoy, like, a scavenger
19 hunt, finding out answers to questions.  And this
20 gives them a guided experience.
21     Q    So, in fact, you distinguish in that
22 paragraph what the students are required to do in
23 filling out this section and the additional sections
24 for extra credit; correct?
25

Page 70

EDWARD HEINRICHS

1
2     A     Correct.
3     Q     So with that in mind, when only 15 out of
4 35 to 40 students turned in this packet to you, what
5 did you do about the students who didn't turn in the
6 packet?  Were they given a bad grade or was some
7 other reprimand or some other obligation that was
8 imposed upon them for not turning in this required
9 package?
10          MS. SOLLER:  Note my objection to
11          form.
12    A     Nothing.
13    Q     Do you maintain a grade book?
14    A     Yes, I do.
15    Q     Do you still have a grade book from Fall
16 of 2020 -- I'm sorry -- Fall of 2019?
17    A     It's digital.
18    Q     Do you maintain it digitally?
19    A     I imagine the school has records of the
20 past grade books.
21    Q     Do you?
22    A     I don't keep a copy of it, myself, no.
23    Q     Were you asked to turn in to the school
24 your digital grades for the students' packet, this
25 lab packet, turn it into the school?

Page 71

EDWARD HEINRICHS

1
2     A     No.
3     Q     So let's look at Question 1 under Bronx
4 Zoo on Exhibit 13, Bates page 18.  It says there
5 quote, "Throughout your travels of the park you will
6 notice at least two color variations of the eastern
7 gray squirrel.  Why do you think the black color has
8 been selectively favored in the South Bronx of New
9 York," unquote.
10          See that?
11    A     Yes.
12    Q     You wrote that, right?
13    A     Yes.
14    Q     And what does the gray squirrel have to do
15 with being selectively favored in the South Bronx?
16    A     It's to show variation within a species
17 and have selected pressures against and for a
18 various variety of fur color.
19    Q     What pressures?
20    A     Predators.
21    Q     Predators?
22    A     Yes, sir.
23    Q     And what predators have to do with the
24 South Bronx?
25    A     In -- on Long Island, the safety of the

Page 72

EDWARD HEINRICHS

1
2 gray squirrel is favorable where there's less
3 blacktop.  The hawks can't see the gray squirrel
4 here.  But with the addition of the surfacing in the
5 Bronx, where there's far more pavement, the black
6 color variety of the eastern gray squirrel is
7 favored for, because they are able to hide from the
8 hawks easier.
9          So their numbers are increased.
10    Q     Where did you get that information from?
11    A     Typically, any biology textbook.
12    Q     Any biology textbook, is your testimony,
13 would contain the explanation you just gave us about
14 the eastern gray squirrel and the coloration of the
15 squirrel depending upon the environment that they're
16 in.
17          Is that accurate?  That's your testimony?
18    A     Yes.
19    Q     Do you know what book you're referring to?
20    A     Not by name, no.
21    Q     Well, you -- in your many years of
22 teaching you've encountered textbooks dealing with
23 zoology, right?
24    A     Yes.
25    Q     So name us the zoology textbooks, at least

Page 73

EDWARD HEINRICHS

1
2 one standard book, that contains the information you
3 just told us about the eastern gray squirrel.
4          MS. SOLLER:  Note my objection to
5          the form.
6          You can answer.
7     A     We use -- I believe, we used Campbell
8 Biology book in Longwood.
9     Q     And is that the name of the person who
10 wrote it?
11    A     That's the name of the publisher that
12 makes the textbook.
13    Q     What's the name of the textbook?
14    A     Biology.
15    Q     And you say that in that textbook,
16 typically, as you use the word, you say that in that
17 textbook -- withdrawn.
18          You say that in that textbook, Campbell
19 Biology, it contains that explanation regarding
20 color of squirrels favored in the South Bronx in New
21 York; is that accurate?
22          MS. SOLLER:  Note my objection.
23    A     Not the South Bronx, but an urban setting.
24    Q     I see.  And it will be in there, right,
25 that information you told us about?

Page 74

EDWARD HEINRICHS

1
2    A    I believe so.
3    Q    Where in that book, since you've used that
4    book in Longwood for, what, 20 or more years?
5              MS. SOLLER:  Objection to form.
6    A    I don't recall the page number, sir.
7    Q    Do you recall what section?
8    A    I would say the ecology section.
9    Possibly, genetics.
10   Q    But when you wrote this question, you knew
11   where the information was contained, didn't you?
12   A    I've been teaching these topics for many
13   years.
14   Q    Why the South Bronx and not just urban New
15   York?  Why the South Bronx?
16   A    Because we were in the Bronx Zoo.
17   Q    Is the Bronx Zoo in the South Bronx?
18   A    Yes.
19   Q    And did the students come to be taught
20   that the Bronx Zoo was in the South Bronx?
21   A    No.
22   Q    Do you know about the South Bronx?  Have
23   you ever visited it?
24              MS. SOLLER:  Just note my
25              objection.

Page 75

EDWARD HEINRICHS

1
2              You can answer.
3    A    As far as the zoo, yes.
4    Q    Other than the zoo?
5    A    No.
6    Q    You are aware that the South Bronx is
7    largely people of color, correct, sir?
8              MS. SOLLER:  Note my objection.  .
9              You can answer.
10   A    I don't know the population.
11   Q    I didn't ask you if you know the
12   population.  I'm asking you that the population
13   consists of people of color largely in the South
14   Bronx.
15              MS. SOLLER:  Note my objection.  .
16              You can answer.
17   A    I would agree, except the word "Largely"
18   that you used.
19   Q    Okay.  And what would you agree with,
20   then, without the word largely?
21   A    I believe that there are people of color
22   that live in the Bronx.
23   Q    The South Bronx, is what I'm asking you
24   about.
25   A    In the South Bronx.

Page 76

EDWARD HEINRICHS

1
2    Q    And you were referring to those people of
3    color in this question, weren't you, sir?
4              MS. SOLLER:  Note my objection.
5              MS. WEISBORD:  Objection to form,
6              as well.
7              MS. SOLLER:  You can answer.
8    A    No, sir.  I'm referring to squirrels.
9    Q    Uh-huh.  And are you saying that the
10   squirrels of a black color are favored in the South
11   Bronx because people of color favored them?
12              MS. SOLLER:  Note my objection.
13              MS. WEISBORD:  Objection to form.
14   A    No, sir.
15   Q    Now, you told us before that that
16   information in the first set of questions came from
17   the history in the packet, the first two pages.
18   Remember telling us that before?
19   A    Yes.
20   Q    And can you tell me where in this history
21   it indicates anything, at all, about the black color
22   of gray squirrels in the South Bronx that's favored
23   selectively?
24   A    The history of the Bronx Zoo page that
25   you're reading comes off the Bronx Zoo website and

Page 77

EDWARD HEINRICHS

1
2    does not speak about the gray squirrel.
3    Q    So that information that's in question one
4    did not come from the brief history of the Bronx
5    Zoo, did it?
6    A    No.  It's an observation.
7    Q    And this question number 1 doesn't deal
8    with this -- withdrawn.
9              The trip of the students to the
10             Bronx Zoo did not deal with visiting the
11             South Bronx, at all, did it?  It had to do
12             with the zoo; am I correct?
13             MS. SOLLER:  Just note my objection
14             to the form.
15             You can answer.
16   A    It has to do with the field trip to the
17   zoo.
18   Q    And in fact, you didn't refer to travels
19   of the students through the Sought Bronx in the
20   question.
21             You referred to travels through the park
22   in the question; am I right?
23   A    Through the park.
24   Q    So then how would the students have any
25   ability to know what the black color of a squirrel

Page 78

EDWARD HEINRICHS

1  has to do with selective -- being selectively
2  favored in the South Bronx of New York?
3      A    I'm referring to the fact that the Bronx
4  Zoo is in the South Bronx.
5      Q    You were referring to -- you thought you
6  were making a clever statement in question number 1,
7  weren't you, sir?
8           MS. SOLLER:  Note my objection.
9           MS. WEISBORD:  Objection.
10     A    I thought it was self-explanatory.
11     Q    Did you think that children who were
12 people of color in your classes would know it was
13 self-explanatory?
14          MS. SOLLER:  Note my objection.
15          MS. WEISBORD:  Objection to form.
16     A    It wasn't written for any specific
17 students or type of student.
18     Q    But you were aware that there would be
19 people of color who were students on your trip,
20 right?
21     A    Yes.
22     Q    How would you expect them to know that you
23 were referring to a form of natural selection --
24          MS. SOLLER:  Note my objection.

Page 79

EDWARD HEINRICHS

1           MR. RAY:  I didn't finish my
2      question.
3           MS. SOLLER:  I'm sorry.
4           MR. RAY:  That's okay.
5      Q    How would you expect the students of color
6  on your trip to know that the context of the
7  question was as you described it here at this
8  deposition?  How could you expect them to know that?
9           MS. SOLLER:  Note my objection.
10     A    I don't know.
11     Q    Don't know.  You do know, don't you, sir.
12 It was about race, wasn't it?
13          MS. SOLLER:  Note my objection.
14     Don't answer.
15          MS. WEISBORD:  Objection.
16     Q    Please answer my question.
17          MS. SOLLER:  You can answer over my
18     objection.
19     A    It does have nothing to do with race.
20     Q    Is there some -- withdrawn.  Is there some
21 literature or plaque posted at the Bronx Zoo that
22 would somewhere indicate the -- indicated that there
23 would be a selective form of favoring of eastern
24 gray squirrels over darker colored squirrels that

Page 80

EDWARD HEINRICHS

1  you know of?
2      A    Is there a plaque stating that that I'm
3  aware of?
4      Q    Yeah.
5      A    Not that I'm aware of at the zoo.
6      Q    So how would you expect the students to
7  know the answer to question number 1?
8      A    Ask.
9      Q    Ask who?
10     A    They could ask us.  They could ask a park
11 employee.  They could ask each other.
12     Q    A park employee?
13     A    Sure.
14     Q    So you mean the people who sweep and --
15     A    No.  Each of the exhibits does have park
16 employees there to answer questions from the
17 patrons.
18     Q    And what particular exhibit did you have
19 in mind that the students could go to ask about the
20 selective favoring in the South Bronx of New York of
21 black-colored squirrels?
22     A    Any of them.
23     Q    They would all know this, in your mind?
24     A    Not the employees that are sweeping the

Page 81

EDWARD HEINRICHS

1  sidewalk.  But the employees, the zoologists, who
2  are working in the exhibits.
3      Q    Who would they be?  Did you meet any of
4  them?
5      A    I've spoke to several people running the
6  exhibits.
7      Q    And have you spoken to several of them
8  regarding the selective favoring of black-colored
9  squirrels in the South Bronx?  Have you done that,
10 sir?
11     A    No.
12     Q    So how would you expect the student to
13 know to go to somebody who is not sweeping, as an
14 employee in the Bronx Zoo, to ask questions about
15 the black color being selectively favored in the
16 South Bronx of New York?
17          MS. SOLLER:  Note my objection to
18     form.
19          You can answer.
20     A    Students are inquisitive.  And we try to
21 teach them to find the answers to questions that
22 they have.
23     Q    Have you ever communicated with anybody at
24 the Bronx Zoo, at all, regarding selective favoring

Page 82

                    EDWARD HEINRICHS
1
2  of black-colored squirrels in the South Bronx of New
3  York?
4      A    No.
5      Q    And why did you make that question the
6  very first question that the students would
7  encounter in this lab packet?
8      A    To show them or to convince them to be
9  observant.  That when you are walking through the
10 zoo, you see a lot of squirrels.  And you definitely
11 see different varieties of squirrels.
12     Q    So is that the first animal they would
13 encounter is a squirrel?
14     A    It could be.
15     Q    You expected that it would be, right, in
16 order to put this question as number one for them to
17 make the observation you just told us about?
18     A    I would like them, yes, to pick their
19 heads up and look around and experience the zoo.
20 And I would hope they would.
21     Q    Now, did you have any discussion in your
22 class regarding the black color of squirrels in the
23 South Bronx?
24     A    After the trip or before the trip?
25     Q    Either.

Page 83

                    EDWARD HEINRICHS
1
2      A    I would -- I asked about it after the
3  fact.  I asked, did you notice.
4      Q    When did you -- who did you ask and when?
5      A    In a discussion with the class following
6  the trip, when I asked them what their experience
7  was like, I would ask, did you notice the different
8  varieties of animals that you saw, including the
9  squirrel.
10     Q    And you remember asking that question?
11     A    Yes.
12     Q    When did you ask that question?
13          MS. SOLLER:  Just note my
14     objection.
15          You can answer.
16     Q    When did you ask that question?
17     A    Within a couple of days following the
18 trip.
19     Q    The trip in 2019?
20     A    Every trip.
21     Q    So you're saying that every trip that you
22 took to the Bronx Zoo, after you took the trip, you
23 would ask a question about the black color of
24 selective squirrels in the South Bronx, true?
25     A    On more than one occasion.

Page 84

                    EDWARD HEINRICHS
1
2      Q    How many occasions?
3      A    Ten.
4      Q    Sorry.  Ten, did you say?
5      A    Ten.  I'm guesstimating.
6      Q    And it would generate a discussion about
7  the black nature of the squirrels, right?
8      A    It would have to do with selection, yes.
9      Q    And did you make that discussion before or
10 after the trip in December of 2019?
11          MS. SOLLER:  Note my objection.
12          You can answer.
13     A    I don't recall, specifically.
14     Q    So let's take a look at Exhibit 1.  Look
15 at the top picture there, which is Slide 37 in
16 Exhibit 1.
17          Do you see that?
18     A    Yes, sir.
19     Q    And you see where you wrote, "So," and I'm
20 quoting, "So... why are they BLACK?"  And black is
21 all capital letters, unquote.
22          See that?
23     A    Yes, sir.
24     Q    Why did you capitalize black?
25     A    To emphasize the difference in the

Page 85

                    EDWARD HEINRICHS
1
2  squirrels that is seen more often in the Bronx Zoo.
3      Q    Why do you need to emphasize it with
4  capital letters?  Why couldn't you have just left it
5  with black?  That would be clear, wouldn't it, as to
6  the meaning of your question?
7          MS. SOLLER:  Note my objection.
8      A    Just a writing style.
9      Q    Just a writing style.  Do you ordinarily
10 capitalize the word "Black" in your writing style?
11     A    No, sir.
12     Q    But you did so in this instance, right?
13          MS. SOLLER:  Just note my
14     objection.
15          You can answer.
16     A    Yes.
17     Q    And you did so because the very next slide
18 we can see, it's right there -- bring it up -- is
19 Slide number 38 of Exhibit 1.  Because in your very
20 next slide you wrote quote, "I'm not, but I could
21 tell you for a Pop-Tart," unquote.
22          You see that?
23     A    Yes.
24     Q    And that is a bubble emanating from a
25 light colored squirrel, correct?

Page 86

EDWARD HEINRICHS

1
2    A    Yes.
3    Q    And what was the meaning of that bubble,
4  the words in that bubble?
5    A    It's to show the second variety of
6  squirrel within the park.
7    Q    What did you mean by, "I could tell you
8  for a Pop-Tart"?
9    A    When we put on the slide show, I provide
10 Pop-Tarts and Capri Suns as a snack for all my
11 students.
12   Q    So why would that have anything to do with
13 what you just told me about with this bubble, the
14 words in this bubble?
15        MS. SOLLER:  Note my objection.
16        You can answer.
17   A    It's a reference to the question in the
18 packet of selection -- selective pressures.
19   Q    What do you mean by, "I could tell you for
20 a Pop-Tart"?
21        MS. SOLLER:  Note my objection.
22        You can answer.
23   A    It's -- the squirrel is asking for the
24 answer to the question, if the student provides the
25 student -- the squirrel a Pop-Tart.

Page 87

EDWARD HEINRICHS

1
2    MR. RAY:  Could you read that back?
3        (WHEREUPON, the stenographer read
4        back the last answer.)
5    Q    Can you elaborate on that?
6    A    The question in the lab packet asks why
7  they're different varieties of squirrels in the
8  Bronx Zoo.  The two pictures are showing the two
9  different varieties of squirrels that are in the
10 Bronx Zoo.  The students, I'm hoping, have figured
11 out the answer to the question in the lab packet.
12       And so I am reminding them of the question
13 in the lab packet at the same time as they're
14 enjoying Pop-Tarts supplied during the show by me.
15   Q    So what does that have to do with this
16 light colored squirrel saying that he could tell the
17 black colored squirrel for a Pop-Tart?
18        MS. SOLLER:  Note my objection.
19        You can answer.
20   A    It's referring to the squirrel knowing the
21 answer to the question in the packet.
22   Q    In what way would the squirrel know the
23 answer to the question in the packet?
24        MS. SOLLER:  Note my objection.
25        You can answer.

Page 88

EDWARD HEINRICHS

1
2    A    It's meant to be an enjoyable part of the
3  show.
4    Q    In what way is that enjoyable?
5    A    It makes the students smile.
6    Q    About what?
7    A    The fact that a squirrel is asking for a
8  Pop-Tart.
9    Q    Here he's asking for a Pop-Tart?  Where it
10 says, "I'm not -- I'm not" -- in answer to the
11 question, "Why are they black?  I could tell you for
12 a Pop-Tart."
13        I can tell you for a Pop-Tart is asking
14 for a Pop-Tart.  Is that your testimony?
15   A    He's asking for payment to provide the
16 answer to a question.
17   Q    The squirrel is asking for a payment?
18        MS. SOLLER:  Note my objection.
19        You can answer.
20   Q    Is that your testimony?
21   A    Yes.
22   Q    How is he asking for payment where he
23 says, "I could tell you for a Pop-Tart"?  Where is
24 the request for payment of anything in that phrase?
25        MS. SOLLER:  Note my objection.

Page 89

EDWARD HEINRICHS

1
2        You can answer, again.
3    A    I think I'm lost at what you're asking me.
4    Q    Can you answer my question?
5    A    What is your question?  Can you read it,
6  please?
7    Q    Where in the phrase, "I could tell you for
8  a Pop-Tart" is there a request for anything?
9    A    He's -- it doesn't request for a Pop-Tart.
10   Q    What doesn't request for a Pop-Tart?
11   A    His statement.  The squirrel is not asking
12 for a Pop-Tart.
13   Q    But I thought you just told me before that
14 he was asking for a Pop-Tart.  He's asking for
15 payment.  And you said it was a Pop-Tart, correct?
16   A    I don't know.
17   Q    You don't know?  In fact, you're having
18 the light-colored squirrel indicate that the
19 black-colored squirrel is a Pop-Tart, right?
20        MS. SOLLER:  Note my objection.
21   Q    Answer for a Pop-Tart.
22        MS. SOLLER:  Objection.
23        MS. WEISBORD:  Objection.
24   A    No, sir.
25   Q    No?  That's not what it says?

**Page 90**

EDWARD HEINRICHS

1
2    A    You're putting words in my mouth.
3    Q    I'm asking you if the words you put on the
4    screen show that a white looking or light-colored
5    squirrel is referring to a black-colored squirrel as
6    a Pop-Tart, right?
7            MS. SOLLER:  Note my objection.
8    A    No.
9    Q    What color is a Pop-Tart?  Toasted, maybe?
10   A    No.
11   Q    I withdraw the question.  How do the words
12   quote, "I'm not, but I could tell you for a
13   Pop-Tart," unquote indicate anything, at all, about
14   selective coloration of black squirrels in the South
15   Bronx?
16   A    It doesn't.
17   Q    It doesn't.  Do you get along with your
18   mother-in-law?
19   A    Yes.
20           MS. SOLLER:  Objection.
21   Q    Take a look at Exhibit 1, Slide 68.  You
22   see that?
23   A    Yes.
24   Q    Which of the creatures in that picture is
25   referred to as your mother-in-law?

**Page 91**

EDWARD HEINRICHS

1
2    A    None of them.
3    Q    Well, where it says, "How's ur
4    mother-in-law," what does that mean?
5    A    On the trip, I provide my cell phone
6    number to the students so that, if there's any
7    question, any problem, if they need to reach me,
8    they can immediately.  Often, the students will text
9    me random things throughout the trip.
10           This text message came from a student, who
11   I did not know who by name, is asking that question
12   as to be funny, I guess.  And I included several of
13   their text messages into the slide shows throughout
14   the years, and I label them as student text
15   messages.  And that's where that question is --
16   comes from.
17   Q    But you included that picture with the
18   question in your slide shows, right?
19   A    I included that picture -- I put those
20   pictures in the slide show.  And those pictures have
21   nothing to do with that text message.
22   Q    So how did the text message happen to get
23   mixed up with the two pictures that are there on
24   Slide 68?
25           MS. SOLLER:  Note my objection to

**Page 92**

EDWARD HEINRICHS

1
2    the form.
3            You can answer.
4    A    When I put the show together, I would
5    randomly show their text messages on to any slide
6    throughout the show.
7    Q    So effectively, what happened here was
8    that this particular picture or these two pictures
9    were randomly put together with the text message
10   "How's ur mother-in-law," right?
11   A    Random.
12   Q    That was random, right?
13   A    Random.
14   Q    And what's funny about the picture?
15   A    There's nothing about that picture.
16   Q    But didn't you tell me you posted it up
17   for the students because it was funny?
18   A    I posted the student text messages because
19   they're funny.
20   Q    What's the educational value of that
21   slide?
22   A    I'm reminding them of the snake that they
23   dissected with that picture of that snake right
24   there.  It is a different species of snake, but it
25   is still a snake.  And we also learn about tortoises

**Page 93**

EDWARD HEINRICHS

1
2    in the reptile unit.
3    Q    What's the educational value of the
4    combination of the snake and the "How's ur
5    mother-in-law" wrote?
6    A    There is none.  It's random.
7    Q    Look at the next picture, please, next
8    Slide 69.  Okay?
9            Who wrote, "Sort of looks like her"?
10   A    I did.
11   Q    You did.
12   A    Yes.
13   Q    That wasn't random, was it, sir?
14   A    That picture follows the slide that asks
15   about my mother-in-law.
16   Q    Right.  And it wasn't randomly chosen, was
17   it?
18   A    That picture or the quote?
19   Q    Start with the picture.
20   A    The picture is selected by me.
21   Q    Not randomly, correct?
22   A    Correct.
23   Q    You combined it with the previous picture
24   of the snake, right?
25   A    Okay.

Page 94

        EDWARD HEINRICHS
1
2    Q    Am I right?
3    A    Yes.
4    Q    And that wasn't random, as you told us.
5  How about the language, "Sort of looks like her," is
6  that random?
7    A    No.
8    Q    So you were ridiculing a woman known as a
9  mother-in-law, correct?
10            MS. SOLLER:  Note my objection.
11   A    I, as many teachers do, have a --
12   Q    Please answer my question.
13   A    Repeat your question, please.
14   Q    You were ridiculing a woman known as a
15  mother-in-law; correct?
16            MS. SOLLER:  Note my objection.
17            MS. WEISBORD:  Objection.
18   A    Not in my opinion, no.
19   Q    What animal is your mother-in-law compared
20  to in this picture?
21   A    A monitor lizard.
22   Q    Did you dissect such a lizard in your
23  classes?
24   A    We did not dissect a lizard, no.  But we
25  did learn about lizards, yes.

Page 95

        EDWARD HEINRICHS
1
2            MR. RAY:  If you wouldn't mind
3            going to Slide 130, it's the last one in
4            Exhibit 1.
5    Q    See that picture?
6    A    Which one, sir?
7    Q    The picture of the bison.
8    A    Yes.
9    Q    And it's a group of bison at the Bronx
10  Zoo, right?
11   A    Correct.
12   Q    And who put in the text message, "Your
13  mother-in-law looks like a water buffalo"?
14   A    I put the text message there.
15   Q    Is that random?
16   A    Also, a student text message.
17   Q    Was that random to put that particular
18  text message on the slide with a bison?
19   A    Because I didn't have a picture of a water
20  buffalo.
21   Q    So you intended to have your mother-in-law
22  depicted as a water buffalo, and you used this slide
23  for that to occur; is that true?
24            MS. SOLLER:  Note my objection.
25            MS. WEISBORD:  Objection.

Page 96

        EDWARD HEINRICHS
1
2    A    Yes.
3    Q    And so you compared a woman to a water
4  buffalo, right, sir?
5            MS. SOLLER:  Note my objection.
6            Objection.
7            You can answer.
8    Q    Yes or no?
9    A    It is meant to be funny, sir.
10   Q    I didn't ask you that.  Answer my
11  question, please.
12   A    I -- the student is referring to my
13  mother-in-law as a water buffalo.
14   Q    But you chose to take that text from a
15  student and put it on to the picture of the buffalo
16  because you couldn't find a picture to match the
17  text, so you used this one.
18            You told us that, right?
19   A    Yes.
20   Q    And so you compared a woman to a water
21  buffalo, correct, sir?
22            MS. SOLLER:  Note my objection.
23   Q    Yes or no?
24   A    Yes.
25   Q    And you thought that was funny; am I

Page 97

        EDWARD HEINRICHS
1
2  correct?
3    A    Yes.
4    Q    Now, go to the previous picture in the
5  same slide show where it's Slide No. 118, and it
6  shows a picture of an animal.
7    A    Correct.
8    Q    And a quote, "Warthog or mother-in-law."
9  See that?
10   A    Yes.
11   Q    Who put that phrase, "Warthog or
12  mother-in-law" on there?
13   A    I did.
14   Q    So that was not a student text, was it,
15  sir?
16   A    No, it doesn't say text.
17   Q    You wrote that, and you designed it to
18  match up with that animal.
19            You wrote that quote, right?
20   A    Yes.
21   Q    Is that a warthog?
22   A    Yes.
23   Q    So you compared a woman to a warthog,
24  right?
25            MS. SOLLER:  Note my objection.

Page 98

```
 1              EDWARD HEINRICHS
 2          You can answer.
 3     A   Yes.
 4     Q   So let's see.  What you -- when you put
 5 the text of the student with -- on Slide 68 with the
 6 snake, you didn't think it was sufficient to make
 7 your joke with that slide.
 8          You had to make two more jokes about a
 9 woman comparing a woman to a buffalo, water buffalo,
10 and a warthog, right?
11              MS. SOLLER:  Note my objection.
12              MS. WEISBORD:  Objection to form.
13              MS. SOLLER:  You can answer.
14     Q   Am I right?
15     A   I thought that was a statement, not a
16 question.
17     Q   It's a question.  You thought that, didn't
18 you?  You thought it was not sufficient to ridicule
19 a woman as a snake.  You needed to then add in that
20 she was also a water buffalo and a warthog, right?
21     A   I --
22              MS. SOLLER:  Note my objection.
23              MS. WEISBORD:  Objection.
24     A   I continued with the theme, yes.
25     Q   The theme.  What's the theme?
```

Page 99

```
 1              EDWARD HEINRICHS
 2     A   Of my mother-in-law.
 3     Q   You told me the theme.
 4          Tell me what theme?
 5     A   The stories of my mother-in-law.
 6     Q   Did you run these pictures by your
 7 mother-in-law before you published them to all the
 8 students?
 9     A   She was aware of.
10     Q   Did you show them to her for her approval
11 of them before you showed them to the students?
12     A   No.  She's in Florida.
13     Q   She doesn't have a cell phone or screen or
14 computer?
15     A   Not.  She's not tech savvy.
16     Q   I see.  So if you wouldn't mind going to,
17 in the same packet, Exhibit 1, to Slide 79.  And
18 it's a picture of a lizard.
19          You see it?
20     A   Yes.
21     Q   And there's a text message above the
22 lizard and it says quote, "Oh, by the way, I'm
23 taking a picture with every Asian person I find,"
24 unquote.
25          See that?
```

Page 100

```
 1              EDWARD HEINRICHS
 2     A   Yes.
 3     Q   Who wrote that text message?
 4     A   I don't know -- I don't remember the
 5 student's name.
 6     Q   When you got it, you took it and put it
 7 with the lizard, right?
 8     A   It fit on that slide.
 9     Q   Why did you publish that particular text
10 message from an unknown student with that slide,
11 sir?
12     A   Often, the students like to see either
13 themselves and/or their text messages.  It makes the
14 slide show more enjoyable and personal to them.
15     Q   So why did you match up this particular
16 text regarding every Asian person with a lizard?
17     A   There's no correlation between the two.
18     Q   So why did you put that text with that
19 lizard?
20     A   I randomly selected that slide.
21     Q   That's because of the feelings you have
22 about Asians; am I correct?
23              MS. WEISBORD:  Note my objection.
24              MS. SOLLER:  Objection.
25     A   No, sir.
```

Page 101

```
 1              EDWARD HEINRICHS
 2     Q   Do you think it was appropriate to post
 3 that statement, that text message, with the lizard?
 4     A   I don't think it has anything to do with
 5 the lizard.  And I think you'd be asking me the same
 6 question for any other animal.
 7              MS. SOLLER:  Just note my objection
 8          to that question.
 9     Q   Now, can you answer my question, please?
10     A   There is no relevance to that text message
11 and the lizard.
12     Q   Was it appropriate to match up that text
13 message with the lizard?
14              MS. SOLLER:  Note my objection.
15              MS. WEISBORD:  Objection to form.
16              MS. SOLLER:  You can answer.
17     A   No.
18     Q   No.  But you did so, nonetheless.  Did you
19 check with anyone in the school or anywhere to
20 determine whether or not you should post that
21 picture, that caption of the text message, before
22 you did so; yes or no?
23     A   No.
24     Q   And since you say that text message came
25 from a student, did you attempt to locate the
```

Page 102

EDWARD HEINRICHS

1
2  student to find out why the student on a trip to the
3  Bronx Zoo was taking a picture with every Asian
4  person that student found?  Did you do that?
5      A   No.
6      Q   Did that concern you?
7      A   No.
8      Q   Why not?
9      A   Because it didn't.
10     Q   Did you ever attempt to discover who was
11 doing that and the reason why that person was doing
12 that, taking a picture with every Asian person they
13 found?
14         MS. SOLLER:  Note my objection.
15         You can answer.
16     A   No.
17     Q   Did you ever make an attempt to determine
18 why this student sent you that particular message?
19     A   No.
20     Q   You didn't care, did you?
21         MS. SOLLER:  Note my objection.
22     A   No.
23     Q   And what was the educational value of
24 combining this picture of a lizard with the
25 statement, "Oh, by the way, I'm taking a picture

Page 103

EDWARD HEINRICHS

1
2  with every Asian person I find"?
3          What was the vale of that, sir, education?
4      A   None.
5      Q   Did you consider whether or not posting
6  that picture with -- a picture of the lizard with
7  the statement about Asian persons would offend Asian
8  students in your class?
9      A   No.
10     Q   Is there any particular reason that
11 occurred to you as to why you compared a woman to a
12 lizard and an Asian to a lizard?
13         MS. SOLLER:  Note my objection.
14         MS. WEISBORD:  Objection to form.
15     A   No.
16     Q   Are you Jewish?
17     A   No.  You asked me my religion already.
18     Q   Okay.  Do you have anything against Jewish
19 people?
20         MS. SOLLER:  Note my objection.
21         You can answer.
22     A   Not at all.
23     Q   Are there Jewish students in your classes?
24     A   I would imagine so, yes.  I don't know,
25 because I don't ask about their religion.

Page 104

EDWARD HEINRICHS

1
2      Q   Because you don't care about religion.
3  You're secular, right?
4      A   No, sir.  We are -- there's separation of
5  church and state.
6      Q   With that thought in mind, you adopt the
7  idea that the church and state should be separated.
8          Can you agree with me?
9          MS. SOLLER:  Note my objection.
10     A   I didn't make the policies.  But I don't
11 need -- their religion doesn't have anything to do
12 with my opinion of them.
13     Q   And so you believe in the separation of
14 church and state?
15         MS. SOLLER:  Note my objection.
16         MS. WEISBORD:  Objection to form.
17     Q   Fair to say?
18     A   Fair.
19     Q   So you would not want to offend a student
20 for religious reasons in your class; am I correct?
21     A   Correct.
22     Q   So if you wouldn't mind looking at the
23 very next slide, which is Slide 80 in Exhibit 1.
24     A   Yes.
25     Q   See that?

Page 105

EDWARD HEINRICHS

1
2      A   Yes.
3      Q   And did you write that bubble?
4      A   Yes.
5      Q   And there -- in that bubble you wrote
6  quote, "Wonder where Rabbi Smoller is."  Let's text
7  him," unquote, showing the lizard thinking that,
8  right?
9      A   Correct.  It's an alligator.
10     Q   I'm sorry.  An alligator.  A reptile?
11     A   Yes.  This section of pictures that you're
12 looking at are from the reptile house, which is why
13 there's so many reptiles one after another.
14     Q   And who is Rabbi Smoller?
15     A   Mr. Smoller is a teacher that sometimes
16 teaches advanced zoology and would have been a
17 chaperone on that trip.
18     Q   Is he Jewish?
19     A   Yes, he is.
20     Q   So you were ridiculing a Jew?
21         MS. SOLLER:  Note my objection.
22         MS. WEISBORD:  Objection to form.
23     A   No.  That's what he called himself.
24     Q   He calls himself Rabbi Smoller in school?
25     A   On the trip.

Page 106

EDWARD HEINRICHS

1
2    Q    I'm sorry?
3    A    On the trip, yes.
4    Q    And what's the reason he calls himself
5  Rabbi Smoller on the trip?
6    A    We -- we go -- as we're signing in to the
7  zoo, we sign in as a youth group.  And he thought it
8  was funny to call himself Rabbi Smoller.
9    Q    So what's the reason that you had an
10 alligator wondering where Rabbi Smoller was?
11   A    There's no reason it has to be an
12 alligator.
13   Q    So why is it an alligator in this
14 particular photo?
15   A    Because I had a picture of an alligator.
16   Q    Were you attempting to show that
17 alligators would attack Rabbi Smoller?
18            MS. SOLLER:  Note my objection.
19            MS. WEISBORD:  Objection to form.
20   A    No.
21   Q    Now why is the alligator, in your mind,
22 wondering where Rabbi Smoller is?
23            MS. WEISBORD:  Objection to form.
24            MS. SOLLER:  Note my objection, as
25       well.

Page 107

EDWARD HEINRICHS

1
2    A    There's no reason the alligator would be
3  asking where Rabbi Smoller is.
4    Q    Then why did you put that language in that
5  picture?
6    A    I don't have an answer to your question.
7    Q    And do you think that everyone on the trip
8  -- withdrawn.
9            Do you think everybody in your classes,
10 including those who didn't go on the trip, would
11 know that Mr. Smoller would call himself Rabbi
12 Smoller, for some reason, on the trip?
13   A    The students that didn't go on the trip
14 would not know.
15   Q    So do you think that posting this picture
16 where you're showing a bubble wondering where Rabbi
17 Smoller is by an alligator might offend some Jewish
18 kids in your close?
19            MS. SOLLER:  Note my objection.
20            MS. WEISBORD:  Objection to form.
21            MS. SOLLER:  You can answer.
22   A    No.
23   Q    Never occurred to you?
24   A    No.
25   Q    Are you mixing church and state when you

Page 108

EDWARD HEINRICHS

1
2  refer to Rabbi Smoller?
3            MS. WEISBORD:  Objection to form.
4            MS. SOLLER:  Note my objection.
5    A    No.  Because I'm not -- I'm not
6  questioning a religion.  I'm not preaching a
7  religion.
8    Q    You're referring to --
9    A    I'm not educating about religion.
10   Q    You're referring to a particular religion
11 that's not your religion, right?
12            MS. SOLLER:  Note my objection.
13            MS. WEISBORD:  Objection to form.
14   A    Yes.  I'm referring to a religion that's
15 not mine.
16   Q    You're referring to a religion that's not
17 yours with an alligator that could attack such a
18 person, right?
19            MS. SOLLER:  Note my objection.
20            MS. WEISBORD:  Objection.
21   A    Yes.  An alligator could attack anyone.
22   Q    But this alligator is thinking about one
23 particular person.  That's Rabbi Smoller, right?
24            MS. WEISBORD:  Objection.
25            MS. SOLLER:  Objection, as well.

Page 109

EDWARD HEINRICHS

1
2    A    I'm guessing what the alligator is
3  thinking.
4    Q    And why did you guess that the alligator
5  was thinking that particular thought that's depicted
6  in the picture?
7            MS. SOLLER:  Note my objection.
8            You can answer.
9            MS. WEISBORD:  Objection to form.
10   A    I'm reminding the students that Mr.
11 Smoller refers to himself as Rabbi Smoller.
12   Q    Were you engaging in bigotry when you
13 posted that, sir?
14            MS. SOLLER:  Note my objection.
15            MS. WEISBORD:  Objection.
16   A    No, sir.
17   Q    Were you concerned that someone might
18 perceive it as a bigoted statement?
19            MS. SOLLER:  Note my objection.
20   Q    Did that occur to you?
21   A    No, sir.
22   Q    If you wouldn't mind taking a look at
23 Slide 114 in Exhibit 1.  It looks like a certain
24 kind of animal in that picture.
25            What's that animal?

Edward Heinrichs 05/05/2023                                          Pages 110..113

Page 110

EDWARD HEINRICHS

1
2    A    Looks like in a lemur family.
3    Q    Okay.
4    A    Possibly, a marsupial.
5    Q    Did you dissect a marsupial?
6    A    No, sir.  But we do learn about them.
7    Q    And this text message says "Wieners."  How
8 did that get there?
9    A    I put it there.  But it's a text message
10 from a student.
11    Q    What was the text message in reference to
12 when it came from a student?
13    A    I have no idea what the student was
14 thinking.
15    Q    So what did the word "Wieners" mean?
16    A    It could be their lunch.
17         MS. WEISBORD:  I'm sorry --
18    A    Could be --
19         MS. WEISBORD:  I'm so sorry.
20    Q    That the marsupial is eating a wiener?
21         MS. SOLLER:  Note my objection.
22    Q    Right?
23    A    The --
24    Q    That's what you meant, right?
25    A    The text message has nothing to do with

Page 111

EDWARD HEINRICHS

1
2 the picture.
3    Q    But when you just told me what wieners
4 meant, that's something you could be eating
5 something named the wiener, right?
6    A    It could be a hotdog.  It could be -- a
7 student could be referring to anatomy.  I don't know
8 what the student was thinking.
9    Q    But you're thinking of a wiener as a part
10 of somebody's anatomy when you just answered that
11 question to me; am I correct?
12    A    There are two definitions of the word.
13    Q    What are they?
14    A    It's an anatomical structure on a male or
15 it is also referred to as a hotdog.
16    Q    The anatomical structure would look like a
17 hotdog, right?
18         MS. SOLLER:  Just note my
19         objection.
20         MS. WEISBORD:  Objection.
21    Q    Is that why you just told me that?
22    A    No.  I defined the term.
23    Q    Right.  And when you told me the
24 definition of the term, you combined hotdog with the
25 definition of the wiener.

Page 112

EDWARD HEINRICHS

1
2    Can we agree that the hotdog is a wiener?
3         MS. WEISBORD:  Objection to form.
4         MS. SOLLER:  Objection, as well.
5    A    I think I follow your statement, so I
6 agree.
7    Q    Okay.  And so with that in mind, a wiener,
8 as you gave us two definitions, could be, as you
9 said, an anatomical part, right?  Remember you said
10 that?
11    A    Yes.
12    Q    That anatomical part would be, in a human,
13 a penis, right?
14    A    Yes.
15    Q    And so when you put this picture up there,
16 sir, with the text message wieners and no other
17 words, combined with a marsupial who appears to be
18 bending over in the photograph with his head down
19 towards the bottom part of his body, you meant to
20 infer that he was eating his wiener, right?
21         MS. SOLLER:  Note my objection.
22         MS. WEISBORD:  Objection.
23    A    No, sir.
24    Q    Now what did you mean by it, sir, the
25 picture with the wiener's word?  Tell us, please.

Page 113

EDWARD HEINRICHS

1
2    A    Well, that animal doesn't have his head
3 anywhere near his hindquarters.  It looks like he's
4 licking his front leg, his front right paw, because
5 his back half, his hindquarters are completely
6 hanging off the back of that branch and isn't
7 anywhere near his face.
8    Q    Why did you put the word "Wieners" with
9 that picture, sir?
10    A    Because I had a spot on that slide where
11 there's empty space.
12    Q    Why didn't you put your mother-in-law's
13 quote in there instead of wieners?  Why pick
14 wieners?
15         MS. SOLLER:  Note my objection.
16         You can answer, again.
17    A    That was the next text message that I had.
18    Q    Why did you combine it with this
19 particular picture, is really what I'm asking?
20         MS. SOLLER:  Note my objection.
21    Q    Other than --
22    A    They don't have anything to do --
23    Q    I didn't get to finish my question.  I'm
24 sorry.  Because it's going to mess up the
25 transcript.  Okay?

*Accurate Court Reporting Service, Inc. 631-331-3753*

Page 114

EDWARD HEINRICHS

2  Why did you pick, in particular, the word
3  "Wieners" to be combined with this picture of a
4  marsupial licking something?
5          MS. SOLLER: Note my objection.
6          You can answer.
7  A   There's no connection.
8  Q   So what is the connection between wieners
9  and the marsupial?
10         MS. SOLLER: Note my objection.
11         This has been asked and answered
12     several times, Mr. Ray.
13         Answer one more time.
14 A   There is no connection.
15 Q   There is no connection. So now in this
16 package that I've shown you, Exhibit 1, these all
17 come from the 2010 trip; is that accurate?
18 A   Some text messages are from earlier trips.
19 Q   That were carried over to the 2010 trip?
20 A   That could be from -- anywhere from 2010
21 to current.
22 Q   And in that you have references -- in that
23 slide package, you have references to a woman as a
24 hog or a buffalo. You have reference to black
25 squirrels from the South Bronx. You have reference

Page 115

EDWARD HEINRICHS

2  to Asians, Jews and wieners all in there.
3          And why did you put those together in one
4  slide show, sir?
5          MS. SOLLER: Note my objection to
6      form.
7          MS. WEISBORD: Objection to form.
8  A   There's no reason.
9  Q   Are you a misogynist?
10         MS. SOLLER: Note my objection.
11         MS. WEISBORD: Objection to form.
12 A   No, sir.
13 Q   How do you know you're not?
14         MS. SOLLER: Note my objection.
15 A   You asked my opinion. I gave it to you.
16 Q   How do you know you're not a misogynist?
17         MS. SOLLER: Note my objection.
18 A   I don't.
19 Q   Well, you just said you weren't.
20         MS. SOLLER: Note my objection.
21     That's not even a question.
22         Don't answer.
23 Q   You just told me you weren't, right?
24         MS. SOLLER: Note my objection.
25 A   Yes.

Page 116

EDWARD HEINRICHS

2  Q   So my question is, how do you know you're
3  not a misogynist?
4          MS. SOLLER: Note my objection,
5      again.
6  A   Because I believe I know myself.
7  Q   All right. And knowing yourself, what
8  makes you believe you're not a misogynist?
9          MS. SOLLER: Note my objection.
10         MS. WEISBORD: Objection.
11 A   Because I believe I am not.
12 Q   So you do know what a misogynist is in
13 order for you to believe you're not one, right?
14         MS. SOLLER: Note my objection.
15         MS. WEISBORD: Objection to form.
16 A   Could you describe it for me, please.
17 Q   No. I'm asking you the question. You're
18 the one who told us before that you didn't know what
19 misogynist was. Now you're telling me you're not
20 one.
21         How would you know you're not one unless
22 you know what a misogynist is? That's my question.
23 A   I don't.
24         (WHEREUPON, a recess was taken at
25     12:58 p.m., after which the following

Page 117

EDWARD HEINRICHS

2  transpired:)
3  CONTINUED EXAMINATION
4  BY MR. RAY:
5  Q   So Mr. Heinrichs, can you tell me what was
6  educational about referring to a woman as a warthog
7  or a buffalo?
8          MS. WEISBORD: Objection to form.
9  A   Nothing.
10         MS. SOLLER: Objection, as well.
11 A   Nothing.
12 Q   And what was educational about referring
13 to Asians in the slide that I showed you?
14         MS. WEISBORD: Objection to form.
15         MS. SOLLER: Objection.
16 A   Nothing.
17 Q   What was educational about referring to a
18 rabbi?
19         MS. SOLLER: Objection to form.
20         MS. WEISBORD: Objection to form.
21 A   Nothing.
22 Q   So what was educational about referring to
23 wieners in the picture with the lizard licking
24 himself?
25         MS. SOLLER: Objection.

Page 118

```
 1              EDWARD HEINRICHS
 2         MS. WEISBORD:  Objection to form.
 3    A    Nothing.
 4         MR. RAY:  Now -- I don't think you
 5    marked this as an exhibit, did you?
 6         MS. KLATT:  No.
 7         MR. RAY:  I don't have this marked
 8    as an exhibit yet, so I don't know how we
 9    do that.  It's something I want to use.
10    It's documents -- the interrogatories,
11    actually, with the answers.
12         Could we just go off and you can
13    tell me?
14         (WHEREUPON, an off-the-record
15         discussion was held.)
16    Q    Mr. Heinrichs, how long did you spent
17    preparing for this deposition?
18    A    Not long, at all.
19    Q    What's not long to you?
20    A    I didn't really prepare anything, any
21    materials.  I received the e-mail for the Zoom link
22    and that was it.
23    Q    Did you ever -- were you -- did you ever
24    meet with any attorney regarding this case?
25    A    I met with mine.
```

Page 119

```
 1              EDWARD HEINRICHS
 2    Q    Who is yours?
 3    A    Cristina.
 4    Q    That's Ms. Soller?
 5    A    Yes.
 6    Q    When did you meet with Ms. Soller?
 7    A    Two days ago.
 8    Q    Is that the first time that you ever met
 9    with anyone from Morris Duffy?
10    A    I think we've spoken once or twice before.
11    Q    We being you and whom?
12    A    Ms. Soller.
13    Q    Soller, yeah.  All right.  Did you meet
14    with anybody else from that firm that she is --
15    A    No.
16    Q    And the two occasions you spoke to her
17    before you met with her, how long did those -- I
18    don't want you tell me what you said or she said --
19    about how long did those conversations last?
20    A    Not very long.  I'd say less than 15
21    minutes each.
22    Q    And when you met with her two days ago,
23    did you say?
24    A    Yeah.
25    Q    How long did you spend together?
```

Page 120

```
 1              EDWARD HEINRICHS
 2    A    Maybe, half hour.
 3    Q    Total?
 4    A    Total.
 5    Q    Did you spend any time before, yourself,
 6    preparing for anything in this case?
 7    A    Time collecting the materials that you
 8    requested.
 9    Q    Other than that?
10    A    No.
11    Q    Did you talk to any people in the school
12    regarding anything in this case?
13    A    No.  I was told not to.
14    Q    Did you provide any documents to Ms.
15    Soller or anybody else?
16    A    Yes.  What you requested.
17    Q    And what was that, that you recall?
18    A    You requested the slide shows.  You
19    requested -- there was a couple of documents that
20    you had asked for.
21    Q    Do you have a recollection of what they
22    were?
23    A    Not really.
24    Q    Okay.  And who did you provide them to,
25    the lawyers and the district?
```

Page 121

```
 1              EDWARD HEINRICHS
 2    A    Well, the slide show had to come from the
 3    district, because they were too big to e-mail.  But
 4    then I would e-mail them directly to the lawyer.
 5    Q    All right.  Were you shown any documents
 6    to look at by anybody, including your lawyer?
 7    A    No.
 8    Q    Now, I'm going to ask you about the
 9    document we're marking as Exhibit 22.
10         (WHEREUPON, a document, Answers to
11         Interrogatories, was deemed marked as
12         Plaintiff's Exhibit No. 22, for
13         identification, as of this date.)
14    Q    And it is a document entitled response to
15    plaintiff's first set of document request and item
16    demands.  And it contains an interrogatory, which
17    are questions that I asked, and then the response
18    that was given by you.  Okay?
19    A    Okay.
20    Q    And I'm looking at page 8 at Interrogatory
21    No. 14 --
22         MS. WEISBORD:  Are you putting it
23         up on the screen?  I thought that's what
24         we were going to do.
25         MS. SOLLER:  I think we should get
```

Edward Heinrichs 05/05/2023                                                    Pages 122..125

Page 122

EDWARD HEINRICHS

1  it up, if we can.
2  MS. WEISBORD: I just like to look
3  at things, you know --
4  MR. RAY: I understand. No
5  problem.
6  Q    So I'm looking at that Interrogatory No.
7  14. And in that third line down -- sorry. Yeah,
8  third line down -- well, let's read it from the
9  second quote, "Not withstanding said objection,
10 these photographs were placed in the slide show to
11 depict and teach the students about altruistic
12 behavior," unquote.
13 A    Okay.
14 Q    What did you mean by altruistic behavior?
15 Can you clarify?
16 A    Altruistic behavior is a college term for
17 using -- when an animal of one species does
18 something for someone else, almost to the detriment
19 to themselves in the hopes that someone -- another
20 creature would return the favor.
21 Feeding -- animal feeding, grooming,
22 things like this are examples of altruism.
23 Q    The slides that refer to your
24 mother-in-law or a mother-in-law, to black
25

Page 123

EDWARD HEINRICHS

1  squirrels, to Asians, to a rabbi and to wieners,
2  they don't have anything to do with that altruistic
3  behavior that you just described; am I correct?
4  MS. SOLLER: Just note my
5  objection.
6  MS. WEISBORD: Objection.
7  A    No.
8  Q    I'm not correct?
9  A    No, they don't. You're correct.
10 Q    I'm taking you to Exhibit 2, which is a
11 2011 field trip.
12 MS. SOLLER: You want me to start
13 sharing again now?
14 MR. RAY: If you would, that would
15 be great.
16 MS. SOLLER: Exhibit 2, right?
17 MR. RAY: Yeah, we got it.
18 Q    So is it true to say that you would, from
19 year-to-year, after you've taken some of these slide
20 photos, use the same slides in subsequent years in
21 the slide show you would show to the students?
22 A    Correct.
23 MR. RAY: Now, if you wouldn't mind
24 going to Exhibit 2, Slide No. 80.
25

Page 124

EDWARD HEINRICHS

1  MS. SOLLER: Tell me when to stop,
2  because these aren't numbered.
3  MR. RAY: Go back one. Let me just
4  see if that -- yeah, that's it. There you
5  go. Okay.
6  Q    You with me on that slide, Mr. Heinrichs?
7  A    Yes.
8  Q    You have the picture, the same picture of
9  the alligator as was displayed in Exhibit 1, but
10 with a different bubble of thought.
11 You see that?
12 A    Yes.
13 Q    And there it says quote, "Wonder where
14 Father G is. Let's text him!" Unquote.
15 Who is Father G?
16 A    Grasso.
17 Q    Why Father G?
18 A    Because he's a father. He's another
19 teacher.
20 Q    Well, why is he called Father in this, is
21 my question? Because he's a father of children?
22 A    Because he was, in this instance, being an
23 -- I don't know. Is it a priest?
24 Q    Well, I'm asking you.
25

Page 125

EDWARD HEINRICHS

1  A    That's what -- I don't know all the names
2  of the clergy.
3  Q    Well, in the Lutheran religion, are
4  there --
5  A    It's a pastor.
6  Q    Called a pastor, right?
7  A    In the Lutheran religion, it's a pastor.
8  Q    And in the Catholic -- Roman Catholic
9  religion, it's a father, right?
10 A    I guess so. I don't know.
11 Q    You don't know?
12 MS. SOLLER: We don't want you to
13 guess.
14 Q    Do you know?
15 A    I don't know what they're called,
16 themselves.
17 Q    Where is the word Father G come up in the
18 context of this picture?
19 A    It doesn't have anything to do with the
20 picture.
21 Q    What does Father G have to do with?
22 A    Mr. Grasso.
23 Q    And why is he called Father G, as opposed
24 to Mr. G?
25

Page 126

EDWARD HEINRICHS

1
2     A    No apparent reason.
3     Q    Were you attempting to depict him as a
4  clergyman?
5     A    Yes.
6     Q    And would that be a Roman Catholic
7  clergyman?
8              MS. SOLLER:  Note my objection.
9     A    I guess so.
10    Q    Why would you have depicted him as a Roman
11 Catholic clergyman on a photo with an alligator
12 wondering where Father G is?
13    A    Because that's what he told me he was.
14    Q    And he told you he was a clergyman?
15    A    He told me he was not Lutheran.  He told
16 me he was Christian.
17    Q    And so why did you depict him as or
18 characterize him as Father because he was a
19 Christian?
20    A    I don't know.
21    Q    Were you attempting to demean the Catholic
22 faith?
23              MS. SOLLER:  Note my objection.
24              MS. WEISBORD:  Objection.
25    A    No, sir.

Page 127

EDWARD HEINRICHS

1
2     Q    Were you attempting to demean
3  Christianity?
4              MS. SOLLER:  Note my objection.
5              MS. WEISBORD:  Object to form.
6     A    No, sir.
7     Q    So in the Exhibit 1 that same alligator
8  picture that you put in in the prior year -- bear
9  with me -- shows -- refers to a rabbi.  And in this
10 picture now, you changed that to Father -- a Father
11 -- a different person entitled Father.
12              So what was the reason for the change?
13    A    Different person.
14    Q    Well, why did you intend to refer to Rabbi
15 Smoller in one picture of the alligator and the next
16 year to Mr. Grasso, Father Grasso in the picture?
17              MS. SOLLER:  Note my objection to
18              form.
19              You can answer.
20    A    When I asked that individual teacher what
21 they prefer, I abided by their wishes.
22    Q    So Mr. Grasso told you that he preferred
23 to have his name in your picture depicted as Father
24 Grasso?
25    A    Yes.

Page 128

EDWARD HEINRICHS

1
2     Q    So Mr. Grasso was aware of the picture
3  that you were going to use in the slide show for
4  that to occur, true?
5     A    Yes.
6     Q    How did he become aware of that?
7     A    Because he's seen the slide show before.
8     Q    But the slide show before had Rabbi
9  Smoller in it, not Father G; am I correct?
10    A    Yes.  But --
11    Q    How --
12    A    It's the same -- it's the same picture
13 with the same blurb, simply changed the name.
14    Q    So did he tell you that -- in the 2011
15 school year, did he tell you, I want the picture
16 changed from -- the alligator from a reference to
17 Rabbi Smoller to a reference to me as Father G?
18    A    He would have said that he is not of the
19 Jewish religion.
20    Q    Right.  And what else would he have said,
21 if anything?
22    A    He probably would have told me he would be
23 a father, not a rabbi.
24    Q    When you say probably, is that what
25 happened?

Page 129

EDWARD HEINRICHS

1
2     A    As I recall from 2011, yes.
3     Q    So Mr. Grasso told you -- withdrawn.  When
4  did Mr. Grasso tell you that he wanted to be
5  referred to as Father G in the alligator picture?
6     A    Prior to it being shown.
7     Q    How long prior to it being shown did he
8  tell you that?
9     A    Let's say within a week.
10    Q    A week before --
11    A    Before the slide show is presented.
12              MR. RAY:  Excuse me.  Are you guys
13              getting echoes?  I am.
14              MS. SOLLER:  I keep hearing
15              something strange.
16              MR. RAY:  Could you please read
17              back the last question and answer?
18              (WHEREUPON, the stenographer read
19              back the last question and answer.)
20    Q    So it was a week before, approximately, a
21 week before the slide show was presented in 2011
22 that Mr. Grasso asked you to change the caption from
23 referring to Rabbi Smoller to referring to Mr.
24 Grasso as Father G; am I correct?
25    A    Correct.

Page 130

EDWARD HEINRICHS

1
2    Q   Where were you and he when he did that?
3    A   Most likely our prep room, which is next
4 to the classroom.
5    Q   When you say most likely, is that a guess
6 or do you know?
7    A   I'd say yes.
8    Q   You know?
9    A   Yes.
10    Q   And why did that come up, at that time,
11 that issue?
12    A   Because we were altering the prior year's
13 show to represent the current year's student and
14 chaperones.
15    Q   So when you say we, you meant you and Mr.
16 Grasso, right?
17    A   Correct.
18    Q   So he was helping you with the slide show
19 in advance of showing it.
20        He was helping you prepare it, true?
21    A   He would be proofing the show or checking.
22    Q   All right.  And he was doing that with you
23 or by himself?
24    A   With.
25    Q   With you?

Page 131

EDWARD HEINRICHS

1
2    A   With, yes.
3    Q   Meaning with you?
4    A   Yes.
5    Q   So who else helped you to proof or check
6 your slide shows over the years?
7    A   Typically, would be the other zoology
8 teachers that semester or that year.
9    Q   Anybody else?  Because you said that was
10 typical.  So any other atypical people?
11    A   No.
12    Q   Any other typical people?
13    A   Only teachers of zoology.
14    Q   This slide show was prepared in school?
15    A   Correct.
16    Q   It was not prepared in your home?
17    A   No.
18    Q   And the room it was prepared in, what kind
19 of a room is that?
20    A   It's called a prep room.  Science teachers
21 have a prep room between the two laboratories where
22 we keep our desk and we keep our supplies.  There's
23 a computer there for our use.  So that when we're
24 not actively teaching and the room is being
25 occupied, we have someplace where we can work.

Page 132

EDWARD HEINRICHS

1
2    Q   Is there a chairperson of your subject?
3    A   Yes.
4    Q   And who would that chairperson be back in
5 2010/2011?
6    A   I don't recall the years.  I know who the
7 chairpeople were, but I don't know the years they
8 were.
9    Q   Just stretching back, say, for the last
10 ten years, can you name the people that you believe
11 were chairpeople?
12    A   Yes.  This year it's Andy di Dinnato.
13 Prior to Andy was Anthony Grasso.  Prior to Anthony
14 Grasso was Ivan Suarez.  Prior to Ivan Suarez was
15 Steve Angel.  That would be going back further than
16 ten years.
17    Q   So with that thought in mind, when was Mr.
18 Grasso chairperson?  From when until when?
19    A   Mr. Grasso was only chairperson for one
20 year.
21    Q   What year was that?
22    A   Maybe, 2020.  Maybe, '20 -- it could have
23 been earlier, though.  I don't recall the year.
24    Q   That's okay.  Was Mr. Grasso the
25 chairperson of the department or of your courses in

Page 133

EDWARD HEINRICHS

1
2 2019 when the trips were taken?
3    A   It was around that time.  But I'm not
4 positive.
5    Q   Okay.  Was Ivan Suarez chairperson of --
6 what is it?  Science department?
7    A   Science department.
8    Q   Was he chairperson of the science
9 department in 2019 or 2020?
10    A   I don't recall the years.
11    Q   Well, as to him, do you recall whether he
12 was --
13    A   He was -- he was chair prior to Antony
14 Grasso.
15    Q   Okay.  And Steve Angel goes back even
16 further?
17    A   Ivan Suarez was chair for one year.  And
18 prior to him was Steve Angel, who was chair for
19 multiple years.
20    Q   Okay.  So when Mr. Grasso went with you on
21 the trip to the Bronx Zoo, was he ever the chairman
22 at the same time that he went on the trip?
23    A   Most likely, yes.
24    Q   Did he go on the trip with you in 2019 in
25 the Fall?

Edward Heinrichs 05/05/2023                                                    Pages 134..137

---

Page 134

```
1                    EDWARD HEINRICHS
2       A    No.
3       Q    Is it fair to say that Mr. Grasso would
4  proof or check the slide show in the year that he
5  was chairperson of the science department?
6       A    Did he see the show?  Yes.
7       Q    Did he also proof it and check it in that
8  year that he was chairperson?
9       A    He saw it, yes.
10      Q    And did he also proof it and check it in
11  the year he was chairperson?
12      A    He saw it, yes.
13      Q    But you know I'm asking a different
14  question.  Right?  Did he proof it and check it, not
15  just that he saw it.
16      A    He looked for mistakes.  If that's
17  considered proof, then, yes.
18      Q    While he was chairperson, was my question.
19  Did that occur?
20      A    I believe so.
21      Q    Now, as you sit here, do you have any idea
22  why Mr. Grasso referred to himself as Father G and
23  asked you to put -- withdrawn.
24           Do you have any idea, as you sit here now,
25  why Mr. Grasso referred to himself as Father G in
```

---

Page 135

```
1                    EDWARD HEINRICHS
2  relation to the Bronx Zoo trip?
3       A    It was something we've done in past shows.
4       Q    Something we've done.  Who's we've?
5       A    Mr. Smoller, Mr. Grasso and myself.
6       Q    So all three of you refer to Mr. Grasso as
7  Father Grasso during the Bronx trips -- Bronx Zoo
8  trips?
9       A    Father G.
10      Q    Father G, yeah.
11      A    Yeah.  I'm just -- not Father Grasso,
12  Father G, yes.
13      Q    Okay.  So is it true to say that all three
14  of the people you just mentioned refer to Mr. Grasso
15  as Father Grasso during the trip to the Bronx Zoo?
16      A    Yes.  Father G.
17      Q    If you wouldn't mind looking at --
18           MS. KLATT:  She doesn't have it
19           marked.  So just tell her the photograph.
20           MR. RAY:  I understand.  Same
21           exhibit, Exhibit 2 and the slide is 136.
22           There you go.  That's it.
23      Q    Did you take that picture?
24      A    Yes.
25      Q    Did you set up that arrangement that's
```

---

Page 136

```
1                    EDWARD HEINRICHS
2  depicted in that picture of the two boys standing
3  with the one boy pretending he's got a gun and
4  pointing at the back of the other kid's head?
5           MS. SOLLER:  Just note my
6           objection.
7           You can answer.
8       A    More than likely, yes.
9       Q    Now, you see that that boy with the hand
10  raised, he's got his fingers curled in, his last
11  three fingers, and he's got his thumb raised and
12  he's got his pointer finger pointing out.  Right?
13  You see that?
14      A    Yes.
15      Q    And he's doing that at the back of another
16  boy's head, right?
17      A    Yes.
18      Q    As that other boy is at the ATM machine,
19  right?
20      A    Yes.
21      Q    So is that an attempt to depict a gun at
22  his head?
23      A    Yes.
24      Q    And who told him to do that, if anyone --
25      A    I would.
```

---

Page 137

```
1                    EDWARD HEINRICHS
2       Q    (Continuing) -- with the pointing faux
3  gun?
4       A    I would suggest.
5       Q    And do you count that as depicting
6  something where you're indicating an act of
7  violence?
8           MS. SOLLER:  Note my objection.
9           MS. WEISBORD:  Objection to form.
10           MS. SOLLER:  You can answer.
11      A    It could be construed as violence.
12      Q    And, in fact, the boy with the fake gun is
13  an Asian boy, isn't he?
14      A    Yes.
15      Q    And the gun -- he's pointing his finger at
16  a boy who is not a Asian boy; isn't that correct?
17      A    Yes.
18      Q    And so it looks like a robbery, right?
19           MS. SOLLER:  Note my objection.
20           MS. WEISBORD:  Objection.
21      A    I guess, yes.
22      Q    And if you look at the heading that you
23  put with that photo you wrote quote, "When good zoo
24  students go bad" unquote, right?
25      A    That's what it says, yes.
```

---

*Accurate Court Reporting Service, Inc. 631-331-3753*

Page 138

EDWARD HEINRICHS

2  Q   You used those that language, right, sir?
3  A   Yes.
4  Q   So you're showing, if I understand you,
5  you're showing a picture of an Asian male pointing a
6  fake gun at a non-Asian male as the non-Asian male
7  is taking or attempting to take money from an ATM
8  machine and depicting the Asian boy as bad; is that
9  true?
10              MS. SOLLER:  Note my objection.
11              MS. WEISBORD:  Objection to form.
12 A   I don't ever look at the nationalities or
13 races of any of my students.
14 Q   Okay.  That's nice.  But I didn't ask you
15 that.  Mind answering my question?
16 A   Repeat your question, please.
17              MR. RAY:  I ask that it be read
18         back.
19              (WHEREUPON, the stenographer read
20         back the last question.)
21 A   That is what that picture is showing, yes.
22 Q   And would you agree that setting up such a
23 picture as was just described, was an act of
24 bigotry, right?
25              MS. SOLLER:  Note my objection.

Page 139

EDWARD HEINRICHS

2              MS. WEISBORD:  Objection.
3  A   No.
4  Q   What was educational in relation to that
5  picture?
6  A   Nothing.
7  Q   And what did that picture have to do with
8  animals?
9  A   Nothing.
10 Q   And were you ever trained in anything in
11 school regarding the depiction of violence?
12 A   No.
13              MR. RAY:  If you wouldn't mind
14         looking at Slide No. 138 in Exhibit 2.
15              MS. SOLLER:  You're just going to
16         have to tell me what photo.
17              MR. RAY:  Next one up.  That's the
18         one.  Right -- there you go.
19 Q   And we're looking at a picture of three
20 students, African-American students, right?
21 A   Yes.
22 Q   Did you set up that picture?
23 A   Yes.
24 Q   And were these your students?
25 A   I believe some -- one of them is mine and

Page 140

EDWARD HEINRICHS

2  two are from the other class.
3  Q   Which one is yours?
4  A   The one in the center.  I don't recall his
5  name, though.
6  Q   And did you tell these students to put
7  their hands on the heads of the people in front of
8  them?
9  A   I guess I made a suggestion as to what
10 kind of picture to take.
11 Q   And the picture right before that picture
12 is taken is Slide No. 137.  And in that slide it
13 says, "Monkey see" with two monkeys indicated,
14 right?
15 A   Correct.
16 Q   And then the next slide, which is the one
17 I was referring to as Slide 138 continues with
18 "Monkey do," right?
19 A   Correct.
20 Q   So the phrase taken together would be,
21 "Monkey see.  Monkey do," right?
22 A   Yes.
23 Q   And what does that phrase mean?
24 A   It's an example of altruistic behavior.
25 The behavior of grooming.  Doing something nice --

Page 141

EDWARD HEINRICHS

2  something beneficial for one in the hopes that
3  someone would do the same favor to you.
4  Q   That's what you said Monkey see, Monkey do
5  means?
6  A   Altruistic behavior, yes.
7  Q   Did you ever hear the phrase used in any
8  other context?
9  A   Childhood fables and stories.
10 Q   And in what respect did you hear it in
11 relation to childhood fables and stories?
12 A   Mimicking behaviors seen, observational
13 learning.
14 Q   And was this a picture meant to depict
15 altruistic learning by humans?
16 A   Absolutely.
17 Q   And did it occur to you that the picture
18 might have been offensive to African-Americans?
19              MS. SOLLER:  Just note my object.
20         You can answer.
21 A   I don't see the race or color of my
22 students.
23 Q   I didn't ask you that, sir.  Please answer
24 the question.
25 A   I do not think it was offensive.

Page 142

```
1                EDWARD HEINRICHS
2      Q    Did it occur to you that it might be
3  considered offensive when it's shown to other
4  students who are not in the picture who are
5  African-American?
6      A    No.
7      Q    In fact, you tried to depict these three
8  individuals who are in Slide 138 as monkeys, right?
9            MS. WEISBORD: Note my objection.
10           MS. SOLLER: Objection.
11     A    No.
12     Q    Well, on the previous slide it says,
13 that's in Slide 137, it shows two monkeys and it
14 says, "Monkey see."
15           The monkey refers to -- the word
16           "Monkeys" refers to the monkeys that are
17           in the picture, right?
18     A    Yes.
19     Q    So then, in the following picture where
20 you say, "Monkey see," then you continue with -- and
21 then you now have "Monkey do," and you now have
22 three humans as the three monkeys, you're comparing
23 those three students as monkeys, right?
24           MS. SOLLER: Objection.
25           MS. WEISBORD: Note my objection,
```

Page 143

```
1                EDWARD HEINRICHS
2           too, please.
3      A    No.
4      Q    You're not comparing them to monkeys?
5            MS. SOLLER: Note my objection.
6           You can answer, again.
7            MS. WEISBORD: Objection.
8      A    It's completing the phrase.
9      Q    What do you mean by that?
10     A    I mean, the two slides, the phrase is
11 broken up between to slides.
12     Q    Okay.
13     A    The phrase doesn't have anything to do
14 with which students are in the picture.
15     Q    Well, does the phrase, "Monkey do," have
16 to do with the three humans that are in the picture?
17     A    No.  It's the completion of the statement.
18     But the statement starts with monkeys in a
19 picture, and they're referred to as a monkey.
20          So the completion would mean that the same
21 monkey that sees is the same monkey that does,
22 right?
23           MS. SOLLER: Objection.
24           MS. WEISBORD: Note my objection to
25           form.
```

Page 144

```
1                EDWARD HEINRICHS
2      A    Not necessarily.
3      Q    Not necessarily.  And why didn't you write
4  "Monkey see, humans do"?
5      A    Because that's not the quote.
6      Q    Why is it not the quote?
7      A    I didn't write the quote.
8      Q    Who did?
9      A    I don't know.
10     Q    So then why did you adopt it --
11           MS. SOLLER: Note my objection.
12     Q    (Continuing) -- and apply it to humans?
13     A    Because it's a commonly used phrase.
14     Q    For African-Americans, right?
15           MS. SOLLER: Note my objection.
16     A    For everyone, I would think.
17     Q    Have you ever heard of African-Americans
18 being referred to as monkeys?
19     A    Not until you told me.
20     Q    You never heard that in your whole life as
21 a teacher, sire, that Black people, African-American
22 people were referred to as monkeys --
23           MS. SOLLER: Note my objection.
24     Q    (Continuing) -- is that your testimony?
25           MS. SOLLER: Objection.
```

Page 145

```
1                EDWARD HEINRICHS
2            MS. WEISBORD: Note my objection.
3      A    Actually, we teach that it is not true.
4      Q    I didn't ask you what you teach.  I asked
5  you whether you ever heard of African-Americans
6  being referred to as monkeys?
7      A    Yes.
8            MS. SOLLER: Note my objection.
9      Q    So with your thought in mind --
10           MR. RAY: We got the yes, didn't
11 we?
12           COURT REPORTER: Yes.
13     Q    With your thought in mind that
14 African-Americans have been referred to as monkeys,
15 did it enter your mind that depicting three
16 African-American students in a slide show where
17 they're right next to a slide with monkeys, where it
18 says "Monkey see" and continues with "Monkey do," it
19 never occurred to you that that might be offensive
20 to Black people, African-American people?
21           MS. SOLLER: Note my objection.
22           MS. WEISBORD: Objection.
23           MS. SOLLER: You can answer.
24     A    No.
25     Q    What is the reason that the hands are on
```

Page 146

EDWARD HEINRICHS

1  the heads in the Slide 138?
2
3       A    The behavior of grooming.
4       Q    What do you mean by that?
5       A    By grooming?
6       Q    No.  What do you mean by this particular
7  -- sorry, let me withdraw my question.
8            What do you mean by having these
9  particular humans putting their hands on the heads
10 of the person in front of them in relation to monkey
11 do?
12           MS. WEISBORD:  Objection to form.
13           MS. SOLLER:  Note my objection, as
14       well.
15           You can answer.
16       A    The pictures demonstrate the grooming
17 process of helping someone else in hopes that
18 someone will do the same for you in the act of
19 grooming.
20       Q    Why are the hands -- how is it that the
21 hands on the head are in some way helping someone
22 else?
23           MS. WEISBORD:  Objection to form.
24           MS. SOLLER:  Note my objection, as
25       well.

Page 147

EDWARD HEINRICHS

1
2       A    Often, the grooming procedure done in many
3  animal species is used for removal of parasites or
4  something of that nature.
5       Q    So you're saying that you had these three
6  young men put their hands on one another's heads in
7  the order you have it there to show they were
8  removing the parasites from each other's heads?
9            MS. WEISBORD:  Objection.
10           MS. SOLLER:  Objection.
11       A    They're mimicking behavior seen in the
12 wild.
13       Q    Behavior by whom?
14           MS. SOLLER:  Note my objection.
15           You can answer.
16       Q    Or by what?
17       A    By many different animal species.  We see
18 this in marine communities, in cleaning stations.
19 We see it in birds, in nest protections.  There are
20 multiple species that do show altruistic behaviors,
21 including primate.
22       Q    You mean, including monkeys?
23       A    Yes.  Monkey.  Primate.
24       Q    So are you showing these three gentlemen
25 here, showing them removing parasites from their

Page 148

EDWARD HEINRICHS

1
2  companion's heads as if they were monkeys doing
3  something altruistic for someone else?
4            MS. SOLLER:  Note my objection to
5       form.
6            MS. WEISBORD:  Objection to form.
7       A    No.
8       Q    Are they allegedly removing parasites from
9  one another's heads?
10       A    Yes.
11       Q    And they're doing it in a fashion that a
12 monkey would do, correct?
13       A    Not just a monkey.
14       Q    Including a monkey, right?
15       A    Including, yes.
16       Q    And what other animals are you referring
17 to in the pictures, 136 and 137?  What other animals
18 can we see that you might be referring to in having
19 these three young men removing parasites from their
20 respective heads?
21           MS. SOLLER:  Note my objection.
22       Q    Pardon me?
23       A    None.
24       Q    None.  Just monkeys, right?
25       A    Correct.

Page 149

EDWARD HEINRICHS

1
2       Q    Taking you to Slide 170 in Exhibit 2.
3            MR. RAY:  Right there.  Thank you.
4       You had it.  You had it.  Right there.
5       Great.
6       Q    Now here you depict an African-American
7  student up close, right?
8       A    Correct.
9       Q    And you wrote the words, "That baboon was"
10 and then you capitalize it "CUTE!"  With an
11 exclamation point, right?
12       A    Correct.
13       Q    And what were you intending to do there,
14 sir?
15       A    Show one of my student's had so much fun
16 on the trip he fell asleep on the bus.
17       Q    What does that have to do with the baboon
18 being cute in capital letters?
19       A    Nothing.
20       Q    So why did you put that in?
21       A    No particular reason.
22       Q    So were you comparing this
23 African-American to someone that would find baboons
24 cute?
25           MS. SOLLER:  Note my objection.

Edward Heinrichs 05/05/2023                                              Pages 150..153

Page 150

```
1                    EDWARD HEINRICHS
2               MS. WEISBORD:  Objection to form.
3       A    No.
4       Q    Were you suggesting that African-Americans
5  are attracted to baboons?
6               MS. SOLLER:  Note my objection.
7               MS. WEISBORD:  Objection to form.
8       A    No.
9       Q    Were you attempting to infer that this
10  young man in the picture asleep was a baboon?
11              MS. SOLLER:  Note my objection.
12      A    Absolutely not.
13      Q    And in that picture he's asleep, isn't he?
14      A    Yes.
15      Q    So he didn't know you were taking his
16  picture, did he?
17              MS. WEISBORD:  Objection.
18              MS. SOLLER:  Note my objection.
19      Q    If he was asleep?
20      A    At that time, no.
21      Q    So you choose to take a picture of an
22  African-American boy asleep and then to depict him
23  as having a thought while he's sleeping that a
24  baboon was cute in capital letters, right?
25              MS. WEISBORD:  Objection to form.
```

Page 151

```
1                    EDWARD HEINRICHS
2               MS. SOLLER:  Objection.
3       A    Yes.
4       Q    And before you put together your slide
5  show for that year, did you inform this young fellow
6  that his picture had been taken and he was going to
7  be being depicted in the slide show; yes or no?
8       A    Yes.
9       Q    When did you do that?
10      A    When we got -- when we were getting off
11  the bus.  We all -- a lot of the students were
12  saying the same thing.  We can't wait to see the
13  pictures in the slide show.
14      Q    But did you tell this particular young man
15  that you took his picture while he was asleep and
16  you were going to use it; yes or no?
17      A    I don't recall.
18      Q    And in fact, did you ever tell him that
19  you were going to put a balloon depicting his
20  thoughts in the picture before you showed the
21  picture?
22      A    I don't recall.
23      Q    Did you ever get his approval of the
24  balloon --
25      A    I don't recall.
```

Page 152

```
1                    EDWARD HEINRICHS
2       Q    Let me finish.  Did you ever get the
3  approval of this young African-American man that you
4  could publish his picture with a thought balloon
5  that says, "That baboon was cute"?
6               Did you ever get his permission to do
7  that?
8       A    I don't recall.
9       Q    Did you ever get it in writing?
10      A    No.
11      Q    Would you agree that the picture you have
12  of this young African-American man asleep with the
13  thought that the baboon -- that a baboon was cute is
14  a racist depiction?
15              MS. SOLLER:  Note my objection.
16              MS. WEISBORD:  Objection to form.
17      A    No.
18              MR. RAY:  Next picture.  Oh, wait.
19              I'm sorry.  Leave it where it was.  I'm
20              sorry.
21      Q    What's educational about that picture?
22      A    Nothing.
23      Q    The picture of the man asleep, the young
24  man asleep?
25      A    Nothing.
```

Page 153

```
1                    EDWARD HEINRICHS
2       Q    How many white, Caucasian children, that
3  is, did you take a photograph of where you put a
4  balloon depicting they thought a baboon was cute?
5               MS. SOLLER:  Note my objection.
6               You can answer.
7       A    I don't know.
8       Q    None.  Can we agree?
9       A    No.
10              MS. SOLLER:  Objection.
11      Q    How many of your slide shows depicted a
12  White person asleep dreaming about a baboon that was
13  cute?
14              MS. SOLLER:  Note my objection.
15              You can answer, again.
16      A    I don't recall.
17              MR. RAY:  Go to slide, please,
18              number 171.
19      Q    And that's a picture of two young men
20  asleep, one laying on the chest of the other, right?
21      A    Correct.
22      Q    And one with his legs draped over the legs
23  of the other, right?
24      A    Correct.
25      Q    And one boy is holding the arm -- the
```

Page 154

EDWARD HEINRICHS

1
2  wrist of the other boy, right?
3     A    No.  He's holding his own wrist.
4     Q    His own wrist.  Okay.  Fine.  And then you
5  have the word next to it, "Really?"  With a question
6  mark.  Do you see that?
7     A    Yes.
8     Q    In bold red.  Do you see that?
9     A    Yes.
10    Q    Who wrote that?
11    A    I did.
12    Q    Why?
13    A    Because I couldn't understand how they
14 could be comfortable in this position.
15    Q    That's what occurred to you?
16    A    Yes.
17    Q    Was this suggestion that you were
18 objecting to their being close with each other
19 asleep on each other?
20           MS. SOLLER:  Note my objection.
21           MS. WEISBORD:  Objection to form.
22    A    Absolutely not.
23    Q    Absolutely not.  Were you suggesting that
24 the two boys were gay?
25           MS. SOLLER:  Note my objection.

Page 155

EDWARD HEINRICHS

1
2           MS. WEISBORD:  Objection.
3     A    Absolutely not.
4     Q    What did the word really mean?
5     A    How could he be comfortable.
6     Q    How could you be gay?
7     A    No.
8           MS. SOLLER:  Note my objection.
9           MS. WEISBORD:  Objection.
10    Q    How could you be openly gay?
11           MS. SOLLER:  Objection.
12           MS. WEISBORD:  Objection.
13    A    No.
14    Q    What's educational about that picture?
15    A    Nothing.
16    Q    Did Mr. Grasso approve of that picture?
17    A    I don't recall.
18    Q    Did he approve of the caption that you put
19 on that picture?
20    A    I don't recall if he proofed this year's
21 slide show.
22    Q    Did you consider whether this photo of the
23 two young men sleeping on one another would have
24 offended students in your class who were gay?
25           MS. SOLLER:  Objection.  You can

Page 156

EDWARD HEINRICHS

1
2  answer.
3           MS. WEISBORD:  Objection.
4     A    No.
5           MR. RAY:  Please go to the next
6  photo, Slide 172.
7     Q    Looking at that slide, you see where
8  Father G is depicted on the left?
9     A    Correct.
10    Q    That's Mr. Grasso?
11    A    Correct.
12    Q    Why did you call him Father G in that
13 photo?
14    A    Because it is following suit with the
15 religious references.
16    Q    In what way does it follow suit with
17 religious references?
18    A    Because I'm depicted there Pastor H.  And
19 Father Kelly is labeled, as well.
20    Q    Who made those labels?
21    A    I did.
22    Q    And what's the reason you made those
23 labels?
24    A    Humor.
25    Q    Any other reason?

Page 157

EDWARD HEINRICHS

1
2     A    No.
3     Q    So what's funny about naming yourself
4  Pastor H?
5     A    Allows the students to see us in a
6  different light.
7     Q    And what light would that be?
8     A    Someone other than a teacher.
9     Q    In what way other than a teacher?
10    A    As a member of a clergy.
11    Q    Why would you want to depict yourself as a
12 member of the clergy?
13    A    So that the students could see us in light
14 of something other than just a teacher.
15    Q    So you wanted students to see you as a
16 religious figure; is that true?
17           MS. SOLLER:  Note my objection.
18           You can answer.
19    A    There's no harm.
20    Q    You wanted the students to see you as a
21 religious figure, right?
22    A    Yes.
23    Q    So you were mingling church and state in
24 that regard, weren't you, sir?
25           MS. SOLLER:  Objection.

Edward Heinrichs 05/05/2023                                                      Pages 158..161

Page 158

```
 1                 EDWARD HEINRICHS
 2             MS. WEISBORD:  Objection to form.
 3      A     Yes.
 4      Q     And you thought that was acceptable to do
 5   that and show that to your students in a video slide
 6   show?
 7             MS. SOLLER:  Objection.
 8             MS. WEISBORD:  Objection to form.
 9      A     Yes.
10      Q     Are you a pastor?
11      A     No.
12      Q     And who is Kelly?
13      A     He taught advanced zoology one semester.
14      Q     What was his first name?
15      A     Brian.
16      Q     And who named him Father Kelly?  Who named
17   Brian Kelly Father Kelly?
18      A     I did.
19      Q     Why?
20      A     Because he was joining us in this on that
21   year's trip.
22      Q     Were you ridiculing religion in this
23   picture?
24             MS. SOLLER:  Objection.
25             MS. WEISBORD:  Objection to form.
```

Page 159

```
 1                 EDWARD HEINRICHS
 2      A     No.
 3      Q     Were you scorning religion in this
 4   picture?
 5             MS. SOLLER:  Objection.
 6             MS. WEISBORD:  Objection to form.
 7      A     No.
 8      Q     Were you sneering at religion in this
 9   picture?
10             MS. SOLLER:  Objection.
11             MS. WEISBORD:  Objection to form.
12      A     No.
13      Q     Did it occur to you that showing this
14   picture with these teachers labeled as fathers and
15   pastor would offend certain Christians in your
16   class?
17             MS. SOLLER:  Objection.
18             MS. WEISBORD:  Objection to form.
19      A     No.
20      Q     Would it occur to you that showing
21   yourself as a pastor in order to give students a
22   different look at you, as you told us before, would
23   offend Muslims?
24             MS. WEISBORD:  Objection to form.
25      A     No.
```

Page 160

```
 1                 EDWARD HEINRICHS
 2      Q     Buddhists?
 3             MS. SOLLER:  Objection.
 4             MS. WEISBORD:  Objection.
 5      A     No.
 6      Q     Did you depict any teachers in all of your
 7   slide shows as Imams?
 8      A     No.
 9      Q     Did you depict any of the teachers as
10   Buddhists?
11      A     No.
12             MR. RAY:  Can you look, please, at
13        Exhibit 3.  And it would be the second
14        slide in, which -- that we have there,
15        which is Slide 24.
16             There you go.  That's it.  Thank
17        you.
18      Q     In this slide you have a White male at the
19   center of the picture; is that accurate?
20      A     Correct.
21      Q     Or is that a female?
22      A     I believe it's a male.
23      Q     Okay.  And four African-Americans
24   surrounding the White male, right?
25      A     Correct.
```

Page 161

```
 1                 EDWARD HEINRICHS
 2      Q     And this is taking place at the zoo,
 3   right?
 4      A     Correct.
 5      Q     And you show four Black females pretending
 6   to strangle the White male, right?
 7             MS. SOLLER:  Objection.
 8             MS. WEISBORD:  Objection to form.
 9      A     Correct.
10      Q     And was it you who set up this photo?
11      A     I suggested it, yes.
12      Q     And you suggested what?
13      A     To position the -- that position.
14      Q     What was your purpose in doing that?
15      A     To show that he was creating difficulties
16   where they wanted to go in the zoo.
17      Q     How would this depiction of these women
18   who were pretending to choke him show that?
19             MS. WEISBORD:  Objection to form.
20             MS. SOLLER:  Note my objection.
21      A     When a group doesn't agree on what to see
22   next, it can be frustrating.
23      Q     Okay.
24      A     And they would -- and they would like to
25   express their displeasure.
```

Edward Heinrichs 05/05/2023                                          Pages 162..165

Page 162

EDWARD HEINRICHS

1
2    Q    By an act of violence?
3              MS. WEISBORD:  Objection to form.
4              MS. SOLLER:  Objection.
5    A    An image of.  They're not actually choking
6    him.
7    Q    Right.  But it's an imagine of violence,
8    right?
9              MS. SOLLER:  Note my objection.
10             MS. WEISBORD:  Objection.
11   A    It could be construed that way, yes.
12   Q    Is there any other way it can be construed
13   when these girls have their hands around this man's
14   throat?
15             MS. SOLLER:  Note my objection.
16             MS. WEISBORD:  Objection to form.
17   A    Yes.
18   Q    What other way can it be construed?
19   A    A hug.
20   Q    A hug?
21   A    Sure.
22   Q    Okay.  So you were attempting to suggest
23   that the male in the middle was being hugged by the
24   four African-American females; is that accurate?
25             MS. SOLLER:  Objection.

Page 163

EDWARD HEINRICHS

1
2              MS. WEISBORD:  Objection to form.
3    A    No.
4    Q    What made you conceive of the idea that
5    violence should be depicted in this photo?
6              MS. SOLLER:  Objection.
7    A    Because everyone in the picture was having
8    fun.
9    Q    So having fun doing violence?
10   A    They're not actually doing any violence.
11   Q    Having fun pretending to do violence was
12   fun?
13   A    You could see in their smiles that, yes.
14   Q    But it was you who asked that these girls
15   do that, take that position, right?
16   A    Yes.
17   Q    They didn't suggest it to you.  You
18   suggested it to them, right?
19   A    Correct.
20   Q    And you just happened to pick four
21   Blacks -- four African-American people choking a
22   White person in the Bronx, right?
23             MS. SOLLER:  Objection.
24             MS. WEISBORD:  Objection.
25   Q    In the South Bronx, right, sir?

Page 164

EDWARD HEINRICHS

1
2    A    They chose their own groups.
3    Q    But you chose four African-American
4    students to appear to be posing to choke a White
5    person in the Bronx Zoo in the South Bronx, right?
6              MS. SOLLER:  Objection.
7              MS. WEISBORD:  Objection to form.
8    A    I chose this group to take a picture of in
9    the Bronx Zoo.
10   Q    When did you conceive of the idea that you
11   would be called Pastor Heinrichs?
12   A    I don't recall the year.  I don't recall
13   how many years we've been doing that.
14   Q    Was it more than one year?
15   A    Yes.
16   Q    More than five years?
17   A    Most likely, yes.
18   Q    And you chose the word "Pastor" depicted
19   as a Lutheran?
20   A    Correct.
21   Q    So you would not want yourself depicted as
22   a priest.  You'd rather that you were a Lutheran
23   pastor, right?
24             MS. SOLLER:  Objection.
25   A    It doesn't matter the religion.

Page 165

EDWARD HEINRICHS

1
2    Q    Well, did there come a time that you
3    depicted yourself as a priest?
4    A    I'm looking at it.  It says "Father H."
5    Q    What says "Father H"?
6    A    Right in the picture I'm looking at.
7    Q    And who's Father H?
8    A    Me.
9    Q    So did you name yourself Father H?
10   A    Yes.
11   Q    What was the reason for that?
12   A    To continue with the theme of religious
13   communities.
14   Q    What do you mean by that?
15             MS. SOLLER:  Objection.
16   A    It didn't -- it doesn't really matter what
17   religion it is.  It's just something other than a
18   teacher.
19   Q    Why would religion be connected to the
20   Bronx Zoo trip?
21   A    It's not connected to the Bronx Zoo.
22   Q    Why would it be connected to the Bronx Zoo
23   trip?
24   A    It's connected to the chaperones, not the
25   trip.

*Accurate Court Reporting Service, Inc. 631-331-3753*

Page 166

EDWARD HEINRICHS

1
2 Q   Why would it be connected to the
3 chaperones on the Bronx Zoo trip?
4 A   No reason.
5 Q   Well, did you go about school in the
6 ordinary course of school calling yourself Father
7 Heinrichs?
8 A   Not -- no.
9 Q   Pastor Heinrichs?
10 A   No.
11 Q   Calling Mr. Grasso Father Grasso?
12 A   No.
13 Q   Calling Mr. Kelly Father Kelly?
14 A   No.
15 Q   In fact, it was important for you to call
16 yourself Father Heinrichs; am I correct?
17            MS. SOLLER:  Objection.
18 A   No.
19 Q   Did you take any steps to label yourself
20 as Father Heinrichs, other than to call yourself
21 Father Heinrichs?
22 A   No.
23 Q   Did you prepare to go on these trips
24 before you went?
25 A   Yes.

Page 167

EDWARD HEINRICHS

1
2 Q   How would you prepare?
3 A   I would have to collect their permission
4 slips.  I would have to prepare -- print the lab
5 packets.  I would have to prepare lessons for
6 students that didn't go on the trip when -- in my
7 absence.
8 Q   Any other ways?
9 A   I would have to take care of my own --
10 make my lunch.  That kind of thing.  But that's
11 about it.
12 Q   Would you dress for the trip?
13 A   Yes.
14 Q   And how would you dress?
15 A   In warm clothes, because we always go in
16 the cold weather.
17 Q   Did you prepare your clothes in advance of
18 going on the trip?
19 A   Yes.
20 Q   In what way would you prepare your clothes
21 in advance?
22 A   I would wash them, make sure that they
23 were appropriate for the weather we were expecting.
24 Q   In fact, what you wore, in particular, was
25 very important to you; am I right?

Page 168

EDWARD HEINRICHS

1
2            MS. SOLLER:  Objection.
3            MS. WEISBORD:  Objection to form.
4 Q   When you went on the trip?
5 A   Often, I would wear the same jacket.
6            MR. RAY:  Look at Exhibit 4, first
7       page, which is Slide No. 3.
8 Q   This is a packet of the trip in 2013.
9 A   Yes.
10 Q   Did you prepare that slide, sir?
11 A   I prepared the slide, yes.
12 Q   And you see in the slide it's a picture of
13 you, right?
14 A   Correct.
15 Q   And you're wearing a sweatshirt that's
16 labeled -- printed on the sweatshirt quote "Father"
17 unquote and "Heinrichs" right below; is that right?
18 A   Correct.
19 Q   You had that top -- you had that top
20 premade, right?
21 A   No, sir.  That was a gift from my son, who
22 happened to be on that zoo trip that year and was
23 the only year that shirt was ever seen.
24 Q   And what was the reason that you got a
25 gift like that from your son, where you're named

Page 169

EDWARD HEINRICHS

1
2 Father Heinrichs?
3 A   Because he knew that we would use that
4 theme.  And he thought it was comical to make a
5 T-shirt for his father.
6 Q   I see.  And who wrote the words, "Remember
7 we're a" and then quote "youth group" unquote?
8 A   I -- as I said earlier, when we register
9 the class at the Bronx Zoo, they ask us if we are a
10 youth group.
11 Q   So were you -- sorry.  And what?
12 A   And that's how we register the trip, as a
13 youth group.
14 Q   So are you making a sarcastic comment
15 about youth group by putting it in quotations?
16            MS. SOLLER:  Objection.
17            MS. WEISBORD:  Objection to form.
18 A   No.
19 Q   Why do you put it in quotations?
20 A   Because we're not technically a youth
21 group.
22 Q   So what does the fact that you're not
23 technically a youth group have to do with your
24 depiction of yourself as Father Heinrichs in this
25 picture?

Page 170

```
1                    EDWARD HEINRICHS
2        A    Absolutely nothing.
3        Q    So why are you displaying the top with
4   Father Heinrichs on it with your jacket open so you
5   can clearly see it in that photo combined with youth
6   group in quotes?
7        A    The -- I'm opening my jacket so I can show
8   the class in this picture that I was, in fact,
9   wearing the T-shirt that was made for me.  And
10  reminding them that, when we went on the trip, we
11  were a youth group when we registered.
12       Q    And what was the need for you to remind
13  the students they had been a youth group in this
14  slide that's shown after the trip was over?
15       A    Because the entire slide show is to remind
16  the students of the good time we had on the field
17  trip.
18       Q    So what did that have to do with the words
19  youth group?
20       A    Absolutely nothing.
21            MR. RAY:  It you wouldn't mind
22            looking at Exhibit 5, which is the trip in
23            2014.  And if you wouldn't mind looking at
24            Slide 66.
25            MS. KLATT:  Right there.
```

Page 171

```
1                    EDWARD HEINRICHS
2            MR. RAY:  Right there.  That's it.
3            You got it.
4        Q    In that slide, what is depicted?
5        A    A monitor lizard.
6        Q    Two of them, right?
7        A    I think you're looking at the reflection
8   of the water in the glass.
9        Q    Oh, okay.  I see what you're saying.
10  Thank you.
11            And you prepared this slide, and you put
12  that text in, again, "How is ur mother-in-law,"
13  right?
14       A    That text is from a prior year.  So they
15  do reappear in various places.
16       Q    Well, how do they reappear?  Do they just
17  magically reappear or do you put them there?
18            MS. SOLLER:  Objection.
19            MS. WEISBORD:  Objection.
20       A    I would put it in there, if I changed the
21  picture.  I could move it around the show from
22  year-to-year.
23       Q    What kind of animal is that, sir?
24       A    I believe it to be a monitor lizard.
25       Q    A mona --
```

Page 172

```
1                    EDWARD HEINRICHS
2        A    A monitor lizard.
3        Q    So you're depicting your mother-in-law --
4   you chose to now depict her, instead of as a hog or
5   a buffalo as a lizard, right?
6            MS. SOLLER:  Objection.
7            MS. WEISBORD:  Objection to form.
8        A    No.
9        Q    So why is the message, "How is ur
10  mother-in-law" on this particular photo?
11       A    Because the bottom of the picture has a
12  big empty space, and I was putting something in that
13  space to fill it.
14       Q    Why, "How's ur mother-in-law" to fill it
15  in that space?
16       A    Because the text size of the text message
17  fit the picture.
18       Q    No other reason?
19       A    No other reason.
20       Q    So it didn't matter what the words said?
21       A    No.
22       Q    They just happen to get there, the same
23  text that fit, right?
24       A    Yes.
25       Q    Could you have put wieners in there?
```

Page 173

```
1                    EDWARD HEINRICHS
2   Would that have fit?
3        A    Yes.
4        Q    So why didn't you choose wieners?
5        A    Because I used it someplace else.
6        Q    So in this picture, if I'm looking at it,
7   and I don't know the reason you've chosen it, is it
8   fair to stay that I would see that there is a
9   depiction of a lizard being referred to as a woman?
10           MS. WEISBORD:  Objection to form.
11           MS. SOLLER:  Objection.
12       A    No.
13       Q    No?  Is a mother-in-law a woman?
14       A    Yes.
15       Q    How would you expect a student to perceive
16  that picture with the caption, "How's ur
17  mother-in-law"?
18           MS. WEISBORD:  Objection.
19           MS. SOLLER:  Note my objection, as
20           well.
21       A    I wouldn't know how the student sees it.
22       Q    Well, you're the one preparing these
23  slides for the students to have an effect on their
24  minds.
25           Didn't you anticipate how they would see
```

Page 174

EDWARD HEINRICHS

1  this photo with that caption?
2
3      A   I would perceive that they looked at it as
4  one of the animals they saw at the zoo, and a
5  reminder -- a remembrance of some messages that they
6  sent to my cell phone.
7      Q   So did many students send the same message
8  to your cell phone or just one?
9      A   Many students sent messages, not always
10  the same.  And these are messages that are spanning
11  many years.
12     Q   Yeah, but did more than one student send
13  you the text message quote, "How's ur mother-in-law"
14  unquote?
15     A   Not those exact words, no.
16     Q   How would you be refreshing the memories
17  of other students about what they sent by showing
18  this particular message in this particular slide,
19  Slide 66?
20     A   Because the students don't know what other
21  students had texted.  So by using older text
22  messages, it doesn't matter what the name of the
23  student was that sent it.  It was simply a
24  remembrance of, oh, I remember sending Mr. Heinrichs
25  a text message, and it was funny.

Page 175

EDWARD HEINRICHS

2      Q   I see.  So you're saying that you showed
3  this slide with this particular message, so other
4  students memories would be refreshed as to texts
5  that they had sent you; is that accurate?
6      A   I believe I follow what you're saying,
7  yes.
8          MR. RAY:  If you wouldn't mind
9          looking at Exhibit 6, and we're looking at
10         Slide 171.
11     Q   That's the -- the year's trip is 2015.
12         MS. SOLLER:  Just tell me where to
13         stop.
14         MR. RAY:  Yeah.  It's the second to
15         last one, so.  There we go.
16             There you go.  Right.
17     Q   You see that, where you're showing four
18  students with "Monkey see.  Monkey do"?
19     A   Yes.
20     Q   And the previous slide to that monkey do
21  is also two monkey's saying, "Monkey see."
22         And that's Slide No. 138, right?
23     A   Yes.  It's the same picture.
24     Q   And in that picture, you have the students
25  doing the same thing as you had the other students

Page 176

EDWARD HEINRICHS

1  in the other picture I showed you --
2
3      A   Correct.
4      Q   (Continuing) -- of monkey do, right?  And
5  how many Caucasians are in that picture?
6      A   One.
7      Q   And where would that Caucasian be?
8      A   The second boy from the left.
9      Q   And you're sure he's Caucasian, not
10  Hispanic or, possibly, Middle Eastern or Far
11  Eastern?
12         MS. SOLLER:  Objection.
13             You can answer.
14     A   I don't know his official nationality.
15     Q   Do you know his name?
16     A   No.
17     Q   Did you have him as a student?
18     A   No.
19     Q   In that picture, Monkey see, Monkey do,
20  you never showed as the -- withdrawn.
21         In the picture following 139, Slide 139,
22  you never showed a picture of any kind of a primate,
23  did you, any kind of a monkey or a gorilla?
24     A   I don't recall.
25         MR. RAY:  Going to, please, Exhibit

Page 177

EDWARD HEINRICHS

2      7.  It's the trip in 2016.
3          If you wouldn't mind looking at
4          Slide 14.
5          MS. SOLLER:  Tell me when to stop.
6          MR. RAY:  You have it right there.
7          You got it.  Thank you.
8              Just bring it down a little, if you
9          don't mind.  Other way around.  Right
10         there.
11             Oops, little too far.  Perfect.
12     Q   In that picture, you have a Caucasian man
13  to your left.
14     A   No.
15     Q   No?
16     A   They're both African-American.
17     Q   How do you know?
18     A   Because they were both my students.
19     Q   And you have an African-American student
20  on the right, dark-skinned, attacking the student
21  light-skinned, right?
22         MS. SOLLER:  Objection.
23         MR. WEISBORD:  Objection to form.
24     A   Correct.
25     Q   And you're showing the darker-skinned

Page 178

```
                    EDWARD HEINRICHS
1
2    young man choking the other student, right?
3              MS. WEISBORD:  Objection.
4              MS. SOLLER:  Note my objection, as
5    well.
6    A    This is the similar photo that you showed
7    earlier.
8    Q    And what do you mean by similar?
9    A    The zoo pals don't always agree what to
10   see.
11   Q    What do you mean by that?
12   A    When a group or a group of students don't
13   agree which -- what to see next, it can be
14   frustrating.  And we show that, remind the students
15   of not always agreeing using this same style
16   picture.
17   Q    So you used a violent picture or a picture
18   that purports to be violent in order to demonstrate
19   what?
20             MS. SOLLER:  Objection.
21             MS. WEISBORD:  Objection to form.
22   A    Disagreement in what to see.
23   Q    So in your view, disagreement needs to be
24   depicted by suggesting choking.
25             MS. SOLLER:  Note my objection to
```

Page 179

```
                    EDWARD HEINRICHS
1
2         form.
3              MS. WEISBORD:  Objection.
4    A    Not necessarily.
5    Q    Well, in this picture, is that what it
6    means?
7    A    In this picture, yes.
8    Q    And what's the educational value of that?
9    A    None.
10             MR. RAY:  And if you wouldn't mind
11        taking a look at Slide 38.
12             MS. KLATT:  Right there.
13             MR. RAY:  Right there.  There you
14        go.
15   Q    What's depicted in that picture?
16   A    What is different in this picture?
17   Q    No.  What is depicted?
18   A    The same as before.
19   Q    What do you mean?
20   A    A group of students playing in the zoo.
21   Q    Playing?
22   A    Pretending.
23             MS. SOLLER:  I didn't hear what you
24        said, Mr. Ray.
25             MR. RAY:  I said playing.
```

Page 180

```
                    EDWARD HEINRICHS
1
2    Q    Is that what you're saying?
3    A    Pretending.  Having fun with each other.
4    Q    I see.  And did you set up that
5    photograph?
6    A    Yes.
7    Q    And you chose to have another depiction of
8    pretend violence, right?
9              MS. WEISBORD:  Objection to form.
10             MS. SOLLER:  Objection, as well.
11   A    Yes.
12   Q    And you show, in this instance, not
13   choking, no gun, but instead stabbing, right?
14             MS. SOLLER:  Objection.
15             MS. WEISBORD:  Objection.
16   A    No.  I believe that's just raising a fist,
17   not a knife.  There is no knife there.  There's
18   nothing that looks like a knife.
19   Q    Well, like, there was no gun where the boy
20   had his hands pretending to be a gun, was there?
21             MS. SOLLER:  Objection.
22   Q    So in this picture, there's also a pretend
23   knife in their hands as they towards his back with
24   their arms; am I correct.
25             MS. SOLLER:  Objection.
```

Page 181

```
                    EDWARD HEINRICHS
1
2              MS. WEISBORD:  Objection.
3    A    That's your opinion.
4    Q    Well, is it yours?  Is that what you set
5    up?
6              MS. SOLLER:  Objection.
7    A    No.
8    Q    And he's at an ATM machine, right?
9    A    Correct.
10   Q    And from behind, they're coming at him
11   with their fists, right?
12   A    Correct.
13   Q    Upraised?
14   A    Correct.
15   Q    And they could be pretending to be holding
16   knives with their fists upraised as they attack him
17   at the machine as he's taking out money, right?
18             MS. WEISBORD:  Objection.
19             MS. SOLLER:  Objection.
20   A    They could be doing anything with their
21   hand.
22   Q    In the South Bronx, right?
23             MS. SOLLER:  Objection.
24   A    Irrelevant.
25   Q    Maybe irrelevant, but it's in the South
```

Page 182

EDWARD HEINRICHS

1
2  Bronx where you're depicting this picture, right,
3  sir?
4       A   The picture is taken in the Bronx.
5       Q   In all these pictures where you're showing
6  pretend violence, are you expressing a fantasy or
7  fantasies that you have?
8              MS. SOLLER:  Objection.
9              MS. WEISBORD:  Objection.
10      A   No, sir.
11      Q   Did you set up any pictures where the
12  students were happily loving each other?
13             MS. SOLLER:  Objection.
14             MS. WEISBORD:  Objection to form.
15      A   I would imagine, yes.
16      Q   You would imagine.
17             MR. RAY:  Look at Slide 98, please.
18             MS. SOLLER:  Just tell me when to
19         stop.
20             MR. RAY:  Okay.  Right there.  You
21         got it.
22      Q   You see that slide where you have two
23  young men?
24      A   Yes.
25      Q   And the word "Prom dates?"  With a

Page 183

EDWARD HEINRICHS

1
2  question mark?
3       A   Yes.
4       Q   Did you pose that picture, too?
5       A   I had them pick whatever animal they
6  wanted in the gift shop.
7       Q   And you had them pose with those animals,
8  right, in that picture, right?
9       A   Sure.  Yes.
10      Q   If you look at the darker skinned
11  African-American boy there, you see him?
12      A   Yes.
13      Q   And he's holding a monkey, isn't he, sir?
14      A   Yes.
15      Q   And you had him pose in that way, didn't
16  you, with a monkey?
17             MS. SOLLER:  Objection.
18             You can answer.
19      A   I didn't tell him how to stand, no.
20      Q   And, in fact, that slide is shown in the
21  same sequence of slides where you showed the monkey
22  see, monkey do depiction of African-Americans in it,
23  right?
24      A   Different part of the slide show.
25      Q   But all part of one slide show, wouldn't

Page 184

EDWARD HEINRICHS

1
2  you agree?
3       A   All part of one slide show, yes.  There's
4  only one slide show a year.
5       Q   And the lighter skinned young man on the
6  left, what is his ethnic background?
7       A   I belive it to be African-American, as
8  well.
9       Q   He's also holding a monkey, right?
10      A   Yes.
11      Q   Yes.  And then you indicate that the
12  words, "Prom dates?"  With a question mark just
13  below those two young men, right?
14      A   Yes.
15      Q   But you're suggesting, when you put that
16  language in there, that their prom dates were
17  monkeys, right, sir?
18      A   No.
19             MS. SOLLER:  Objection.
20             MS. WEISBORD:  Objection.
21      Q   Are you suggesting that they are dating
22  each other, these two young men?
23             MS. SOLLER:  Objection.
24             MS. WEISBORD:  Objection.
25      A   I don't know whether they're -- I'm not

Page 185

EDWARD HEINRICHS

1
2  depicting that they're dating each other.
3       Q   So why did you put down "Prom dates?"
4  Question mark?
5       A   Are you under the impression -- I'm sorry.
6  You're asking the question.  At Longwood High School
7  proms, not all students go with dates that they're
8  dating.  They can go with friends.
9       Q   Do some of them go with monkeys?
10             MS. SOLLER:  Objection.
11             MS. WEISBORD:  Objection.
12             MS. SOLLER:  These questions are
13         borderline in appropriate, at times.  I'm
14         objecting and letting him answer to not,
15         you know, obstruct the deposition so we
16         can just get this done.  But I'm just
17         noting that on the record, so you're aware
18         that it's, you know, getting to that
19         point.
20             But go ahead.
21      Q   Did you finish your answer?
22      A   No.
23      Q   So what does the saying "Prom dates?"
24  With two young African-American men holding monkeys
25  have to do with going to the prom?

Page 186

1               EDWARD HEINRICHS
2     A    Nothing.
3              MR. RAY:  If you wouldn't mind
4     going to Exhibit 8.  It's the trip in
5     2017.  And if you wouldn't mind looking at
6     Slide 26.
7              MS. SOLLER:  Just tell me when to
8     stop.
9              MR. RAY:  You got it right there.
10    Right there.  Thank you.
11    Q    You see that where you have two
12    African-American students --
13    A    Yes.
14    Q    (Continuing) -- in that photo?  Females?
15    A    Yes.
16    Q    And you -- did you put the language in
17    there, "BEWARE" all in capital letters, and then,
18    "Not all animals are cute and friendly!" unquote --
19    A    Yes.
20    Q    (Continuing) -- with a little exclamation
21    point?  You did that, right?
22    A    Yes.
23    Q    So you're referring to these two
24    African-American young ladies as animals, right?
25             MS. SOLLER:  Objection.

Page 187

1               EDWARD HEINRICHS
2              MS. WEISBORD:  Objection.
3     A    No.  I'm referring to the gazelles behind
4     them.
5     Q    The gazelles behind them as animals.
6     A    The gazelles behind them are animals.
7     Q    So you're not referring to -- you're not
8     asking anybody looking at this picture to conclude
9     or conceive that these two young ladies are animals?
10             MS. SOLLER:  Objection.
11             You can answer.
12    A    I took this picture.  Those two young
13    African-American women have beautiful smiles.
14    Q    And you said to "Beware, not all animals
15    are cute and friendly!"
16    A    Yes.
17    Q    So how does that reflect that you thought
18    of these two girls as having beautiful smiles?
19    A    The quote is not related to these women.
20    This is --
21    Q    Did you --
22             (Simultaneous cross talk.)
23    A    (Continuing) -- two students on the trip.
24    In fact, having a good time with each other without
25    depicting violence, as you asked earlier.

Page 188

1               EDWARD HEINRICHS
2     Q    So they're depicted as cute and friendly
3     animals?
4              MS. SOLLER:  Objection.
5              MS. WEISBORD:  Objection.
6     A    They're cute and friendly.  And we're in a
7     zoo.
8     Q    And how many Caucasian people did you take
9     where you indicated that they were cute and friendly
10    in the zoo?
11    A    I wouldn't use the same quote in two
12    separate pictures in any one year.
13             MR. RAY:  One second.  Sorry.  I
14    lost something.
15             If you wouldn't mind going in the
16    same package to Slide 114.
17             MS. SOLLER:  And tell me when to
18    stop.
19             MR. RAY:  Right there.
20    Q    And now that's the picture of a warthog,
21    isn't it?
22    A    Yes.  It's the same picture as we saw
23    earlier.
24    Q    You changed the caption, didn't you?
25    A    The same meaning.

Page 189

1               EDWARD HEINRICHS
2     Q    The same meaning?
3     A    As the caption over there, as the last
4     picture you showed.
5     Q    So what's the reason that you changed the
6     caption?
7     A    There's no reason.
8     Q    Then how did it get changed?
9     A    I changed it, but there was no need to
10    change it.
11    Q    Right.  But the first time that you used
12    the warthog you said quote "Warthog or
13    mother-in-law" on Exhibit 1, Slide 118.
14    A    Correct.
15    Q    And this one you changed it to, on Slide
16    114 in 2017, all is Exhibit 8, you said quote, "When
17    did my mother-in-law get here" unquote.
18    A    Correct.
19    Q    What were you trying to convey in that
20    statement that was different than the first
21    statement?
22    A    Nothing.
23    Q    So why did you change it?
24             MS. SOLLER:  Objection.
25             You can answer, again.

Page 190

EDWARD HEINRICHS

1
2    A    No reason.
3    Q    And again here you are referring to people
4  as animals, right?
5              MS. SOLLER:  Objection.
6              You can answer.
7              MS. WEISBORD:  Objection.
8    A    Yes.
9    Q    So you remember when you told us about,
10  just now, about the -- referring to Slide 26, about
11  the two African-American girls that are in that
12  picture that you told us that you didn't need more
13  than one picture, words to that effect, of this type
14  when I asked you about whether or not you had ever
15  taken pictures of Caucasian girls in that pose?
16              MS. STOLLER:  Objection.
17              MS. WEISBORD:  Objection.
18    A    You asked me if I used those words in
19  another picture in this same year's slide show, and
20  that's when I said I wouldn't be using the same
21  quote twice in, you know, one slide show.
22    Q    And why not?
23    A    Redundancy.
24    Q    And you didn't want to be redundant,
25  right?

Page 191

EDWARD HEINRICHS

1
2    A    Correct.
3    Q    And would it have mattered that they were
4  African-Americans, in making that slide show?  Would
5  that have mattered to you?
6    A    No.
7              MR. RAY:  So let's go to Exhibit 9,
8         the 2017 trip, and look at Slide 26.
9              MS. WEISBORD:  Sorry.  Are we in
10        the same exhibit?
11              MS. SOLLER:  This is 9.
12              MR. RAY:  This is Exhibit 9.
13              MS. WEISBORD:  What year?
14              MR. RAY:  2017.
15              MS. WEISBORD:  Isn't that what we
16        just did?
17              MS. SOLLER:  No.  This is 2017, the
18        second one.
19              MR. RAY:  The second trip.
20              MS. WEISBORD:  Oh, 2017.
21              THE WITNESS:  There are two trips
22        each year.
23              MS. WEISBORD:  Okay.  Thank you.
24              MR. RAY:  I'm sorry.  I didn't mean
25        to confuse you.

Page 192

EDWARD HEINRICHS

1
2              MS. KLATT:  See the dash?
3              MR. RAY:  I see it.
4    Q    You see three African-American girls?
5    A    Yes.
6    Q    What does it say there?
7    A    Same thing as the last time.
8    Q    So it is redundant, right?
9    A    This is a different slide show.
10    Q    Understood.  But it's the same quote in a
11  different slide, right?
12    A    I said that I wouldn't use the same quote
13  in the same slide show.
14    Q    So what's the reason that you picked three
15  -- two African-Americans in the first slide that we
16  showed you, that is Slide 26, where you said not all
17  animals are cute and friendly, and the second one,
18  Slide 26 in the Sprint time trip of 2017, you said
19  the same thing?
20    A    What's your question?
21    Q    Why did you choose it, the second time, to
22  have all African-American girls in there again?
23    A    Because I don't see -- I see my students.
24  I don't look at color or race or anything.  I see my
25  students having a good time.

Page 193

EDWARD HEINRICHS

1
2    Q    I see.  And where are the White children?
3  Have you ever taken pictures of White girls standing
4  in front of this display of animals and said,
5  beware, not all animals are cute and friendly?
6              MS. WEISBORD:  Object to the form.
7    A    I probably do.
8    Q    Does such a slide appear in any of the
9  slide shows you reviewed?
10    A    I don't recall.
11    Q    Can we agree it doesn't?
12              MS. SOLLER:  Objection.
13    A    No, we don't agree.
14              MR. RAY:  If you wouldn't mind
15        going to exhibit -- same exhibit, Slide
16        64.  The exhibit is Exhibit 9.
17              MS. SOLLER:  Tell me when to stop.
18              MS. KLATT:  I think she had to go
19        back.  Back up.
20              MR. RAY:  Go back up.  Sorry.  I
21        was looking at something else.
22              MS. KLATT:  Right here.
23              MR. RAY:  There it is.  Okay.
24    Q    And what is in this slide?
25    A    This is a slide where my kids are

Page 194

EDWARD HEINRICHS
1    EDWARD HEINRICHS
2  pretending to pray to me.
3      Q    And your arms are spread outwards, right?
4      A    Yes.
5      Q    In the form of a crucifix, right?
6      A    No.
7      Q    You're not pretending to be Jesus Christ
8  with these people praying to you?
9              MS. SOLLER:  Objection.
10     A    No.
11             MS. WEISBORD:  Objection.
12     Q    Was it just a coincidence that your arms
13 are spread in the way a crucifix arms would be
14 spread --
15             MS. WEISBORD:  Objection to form.
16     Q    (Continuing) -- slightly apart?
17     A    Yes, that's a coincidence.
18     Q    And kneeling before you and praying, seven
19 of them, they're students of yours?
20     A    Some of them are mine, and some are in the
21 other class.
22     Q    You set this picture up?
23     A    Yes.
24     Q    What was the reason do that, sir?
25     A    To be in the picture with some of my

Page 195

EDWARD HEINRICHS
1    EDWARD HEINRICHS
2  students on a fun, educational experience.
3      Q    Why, in particular, this form of picture
4  where there are -- you're depicting students
5  praying to you with your arms outspread?
6      A    Because it follows the same theme.
7      Q    What same theme?
8      A    Of being called Father H.
9      Q    In what way does it follow being called
10 Father H when they're actually praying to you?
11             MS. WEISBORD:  Objection to form.
12             MS. SOLLER:  Note my objection, as
13       well.
14     A    It follows the theme of what you would do
15 as a congregation in a religious setting.
16     Q    And why would you need that in a Bronx Zoo
17 field trip?
18             MS. SOLLER:  Objection.
19             You can answer.
20     A    Don't.
21     Q    Pardon me?
22     A    You don't.
23     Q    So why did you do that?  Why did you set
24 that up and use it?
25             MS. SOLLER:  Objection.

Page 196

EDWARD HEINRICHS
1    EDWARD HEINRICHS
2              You can answer, again.
3      A    Just to remind the students.
4      Q    Of what, sir?
5      A    That they had fun at school.
6      Q    So you're saying this is fun to have
7  somebody kneeling and pretending they're praying to
8  you?
9      A    If you could see all the smiles on their
10 faces, they were having fun.
11     Q    Having fun ridiculing the Christian faith;
12 is that fun?
13             MS. SOLLER:  Objection.
14     A    No.
15     Q    In this you're calling yourself Father H,
16 not Pastor H, right?
17     A    Correct.
18     Q    So you're, in this case, particularly
19 sneering at the Catholic religion, aren't you, sir?
20             MS. SOLLER:  Objection.
21             MS. WEISBORD:  Objection to form.
22     A    No, sir.
23     Q    Did it occur to you that, in showing this
24 video slide, that it might offend certain Catholics
25 in your class?

Page 197

EDWARD HEINRICHS
1    EDWARD HEINRICHS
2      A    No, sir.
3      Q    Christians in your class, would it have
4  offended them?
5      A    No, sir.
6      Q    Did you take any pictures of students on
7  their rugs praying towards Mecca?
8      A    No, sir.
9      Q    Did you take any pictures of students
10 praying with regard to their Buddhist religion?
11     A    No, sir.
12             (WHEREUPON, a recess was taken at
13       3:34 p.m., after which the following
14       transpired:)
15             MR. RAY:  If you wouldn't mind
16       going to exhibit -- so which is the
17       transcript in 2018 of the Spring time
18       trip?
19             MS. WEISBORD:  Sorry.  I had turned
20       my volume off.  What exhibit was that?
21             MS. SOLLER:  Exhibit 10.
22             MR. RAY:  Slide No. 63.
23             MS. SOLLER:  Just tell me when.
24             MR. RAY:  Keep going.  Right there.
25       Right there.

Page 198

EDWARD HEINRICHS

2  Q    Okay.  And looking at that picture there,
3  Mr. Heinrichs, you see the picture to the left where
4  your arms are outstretched?
5  A    Yes.
6  Q    That's a cut up of the picture that I
7  showed you before from another year where you were
8  having your arms spread and you had seven -- six or
9  seven children kneeling, praying around you, right?
10  A    Correct.
11  Q    But then look at the other picture that's
12  there to the right.  And there you have three
13  students, none of them smiling, all of them kneeling
14  before you; is that true?
15         MS. SOLLER:  Objection.
16  A    How can you tell they're not smiling?
17  Q    Take a look.  Do you see any smiles?  At
18  least not on the two males.
19  A    I believe the gentleman in the middle is,
20  in fact, smiling.
21  Q    You do?  Okay.
22  A    Yes, I do.
23  Q    So you have three people kneeling there
24  with their hands folded.
25         They were students of yours, right?

Page 199

EDWARD HEINRICHS

2  A    Correct.
3  Q    And you are there, again, standing before
4  them and --
5  A    Welcoming arms, yes.
6  Q    Your open arms, again, which is not a
7  coincidence, is it?  You purposely put your arms
8  that way; am I correct?
9  A    Correct.
10         MS. SOLLER:  Objection.
11  Q    And you put it that way so that you would
12  appear to be Christ, right?
13         MS. SOLLER:  Objection.
14         MS. WEISBORD:  Objection.
15  A    No.
16  Q    Were you spreading your arms to show that
17  you were praying?
18  A    No.  I'm spreading my arms to say I'm
19  welcoming.
20  Q    I see.  And what's the educational value
21  of that picture?
22  A    None.
23  Q    And in that picture, since you captioned
24  it "Father H and his congregation," you intended
25  that people would perceive that you were mimicking a

Page 200

EDWARD HEINRICHS

2  Catholic priest, right?
3  A    Yes.
4  Q    And in mimicking a Catholic priest with
5  three people praying towards you, it was your
6  intention to deride the Catholic church; am I
7  correct?
8         MS. SOLLER:  Objection.
9         MS. WEISBORD:  Objection to form.
10  A    No.
11  Q    It was your intention to ridicule the
12  Catholic faith; am I right?
13         MS. SOLLER:  Objection.
14         MS. WEISBORD:  Objection.
15  A    No.
16  Q    And did you ask the students to pose in
17  that regard, in that way?
18  A    I suggested the pose.
19  Q    And they obeyed you willingly?
20  A    They were having fun, yes.
21         MR. RAY:  If you wouldn't mind, in
22  the same packet, Slide 123.
23         MS. KLATT:  The last page.
24         MR. RAY:  The last one.
25  Q    And in that picture, do you see students

Page 201

EDWARD HEINRICHS

2  of yours at the Bronx Zoo, right?
3  A    Correct.
4  Q    And what's going on in that picture?
5  A    They're pretending to disagree with their
6  zoo pal.
7  Q    And disagree in what way?
8  A    On wasting their time and where they want
9  to go.
10  Q    But in what way are they showing they're
11  disagreeing?
12  A    They have their hands on his neck.
13  Q    Both students have both their hands around
14  his neck, correct?
15  A    Correct.
16  Q    As if they were choking him, correct?
17  A    Pretending to, yes.
18  Q    You set that one up, too, didn't you, sir?
19  A    Correct.
20  Q    And that would depict an act of violence,
21  wouldn't it?
22         MS. SOLLER:  Objection.
23         MS. WEISBORD:  Objection.
24  A    Yes.
25  Q    And that, you believe, is having fun,

Edward Heinrichs 05/05/2023                                    Pages 202..205

Page 202

1                  EDWARD HEINRICHS
2   right, sir?
3              MS. SOLLER:  Objection.
4              MS. WEISBORD:  Objection.
5       A   They are, in fact, smiling.
6       Q   I didn't ask you that.  I asked you, you
7   believe that's fun; am I correct?
8              MS. SOLLER:  Objection.
9              MS. WEISBORD:  Objection.
10      A   Yes.
11      Q   And the person being choked is the Asian
12  male, correct?
13      A   I guess, yes.
14             MS. SOLLER:  We don't want you to
15             guess.
16      A   I don't know his nationality.
17      Q   You can't tell by looking at him if he's
18  Asian or not?
19             MS. WEISBORD:  Objection.
20      A   It could be Filipino.
21      Q   That's not Asian?
22      A   I don't know the classifications of what
23  is construed as Asian.
24      Q   Well, could he be -- well, being Filipino,
25  could he not be considered an Asian person?

Page 203

1                  EDWARD HEINRICHS
2              MS. SOLLER:  Objection.
3              MS. WEISBORD:  Objection.
4              MS. SOLLER:  You can answer, again.
5       A   Yes.
6       Q   So he's not Caucasian, is he?
7       A   No, he's not Caucasian.
8       Q   He's not African-American, is he?
9       A   No.
10      Q   And he's not Hispanic, is he?
11      A   I believe not.
12      Q   And the two people choking him with their
13  hands or pretending to be choking him, they are not
14  Asians, can we agree?
15             MS. WEISBORD:  Objection.
16             MS. SOLLER:  Objection.
17      A   Agree?
18      Q   Okay.  Do you agree?  I sounded like --
19      A   I agree.
20      Q   And did it occur to you that showing an
21  Asian male being choked by two non-Asians would be
22  offensive to Asian students in your class who were
23  shown on this slide?
24             MS. SOLLER:  Objection.
25      A   No.

Page 204

1                  EDWARD HEINRICHS
2              MR. RAY:  If you don't mind looking
3              at Exhibit 11 and the 2018 field trip.
4              And if you wouldn't mind going to Slide
5              53.
6              Right there.  Thank you.
7       Q   Looking at the picture, did you pose that
8   picture?
9       A   I suggested the pose, yes.
10      Q   And in that suggested pose, you have an
11  African-American student being pretend choked by
12  other non-African-American students; am I correct?
13             MS. WEISBORD:  Objection.
14      A   Correct.
15      Q   And you chose this young man to be choked,
16  pretend choked by these other students, correct?
17      A   Because he was male.
18      Q   But you chose him, right?
19      A   Yes.
20      Q   And what's the reason that he had to be
21  male to be depicted as being choked?
22      A   He was the only male in the group.
23      Q   So why did he have to be the person being
24  choked and not one of the others in the group?
25      A   Because when I asked the group who was the

Page 205

1                  EDWARD HEINRICHS
2   most difficult to decide where to go next, it was
3   him.
4       Q   I see.  You remember that?
5       A   Most times in this situation, it is.
6       Q   What do you mean in this situation it is?
7       A   When there's a group of students, and all
8   girls with one boy, the one boy tends to be most
9   troublesome in deciding where to go.
10      Q   I see.  By that you meant that the boy
11  tends to be someone who is in charge of the girls,
12  right?
13             MS. SOLLER:  Objection.
14             MS. WEISBORD:  Objection.
15      A   No.
16      Q   You didn't mean that, did you?
17      A   No.
18             MR. RAY:  If you wouldn't mind
19             going to Slide 148 in the same packet,
20             Exhibit 11.
21             Right there.
22      Q   Now we have this picture.  Did you take
23  it?
24      A   Yes, sir.
25      Q   And this is a picture of a young

Page 206

```
 1              EDWARD HEINRICHS
 2   African-American man sound asleep?
 3       A    Yes, sir.
 4       Q    Where was that taken?
 5       A    On the bus ride home.
 6       Q    And did you notify him that you were
 7   taking a picture of him before you took it?
 8       A    No.
 9       Q    And did you seek his permission to publish
10   his picture with the slide show?
11       A    No.
12       Q    And who wrote the words, "That baboon was
13   cute"?
14       A    I did.
15       Q    And you put it as a thought that he was
16   having as he was dreaming, this young
17   African-American, right?
18       A    Yes.
19       Q    And why did you pick a baboon?
20       A    Because earlier -- the quote comes from
21   earlier shows that don't get changed.  Only the
22   picture of the student is the one that gets changed.
23       Q    But why did you use a baboon instead of
24   some other thought, such as, a beautiful woman or
25   something of that sort?
```

Page 207

```
 1              EDWARD HEINRICHS
 2       A    Because it was one of the animals that we
 3   saw at the zoo.
 4       Q    So why would you have an African-American
 5   young man dreaming of a baboon as cute?
 6       A    Because I didn't look at his color, the
 7   color of his skin when I took the picture.
 8       Q    Just is a pure coincidence, right, sir?
 9       A    Yes, sir.
10       Q    And when you published this -- before you
11   published the actual photo, did you seek permission
12   of this young man to have his thoughts shown as
13   dreaming of a baboon being cute?
14       A    No, sir.
15       Q    And what is the educational value of that
16   picture?
17       A    None.
18              MR. RAY:  If you wouldn't mind
19         going to Exhibit 12.  It's a 2019 trip.
20              MS. WEISBORD:  What year was
21         Exhibit 11?
22              MR. RAY:  Exhibit 11 was 2018.
23              MS. KLATT:  There might be two for
24         '18, that's 18-11.
25              MS. SOLLER:  There are two for '18.
```

Page 208

```
 1              EDWARD HEINRICHS
 2              MR. RAY:  And Exhibit 12, if you
 3         wouldn't mind going to the Slide 125.
 4         Keep going down, please.  The other way.
 5         Okay.
 6              We can start with that one.  That's
 7         monkey see.  And that's Slide No. 114 --
 8         sorry, 124.  My mistake, it's 124.
 9       Q    And therein you see there's the same
10   picture, monkey see, that you've shown in other
11   slide shows, right?
12       A    Correct.
13       Q    And then monkey do, in this case, are
14   four, I think, African-American men, right?
15       A    Correct.
16       Q    And that's in slide, just so we're clear,
17   125.  And they have their hands on one another's
18   heads.
19              You see that?
20       A    Yes.
21       Q    And you posed them in that way?
22       A    I suggested they pose that way, yes.
23       Q    And they complied with your suggestion,
24   didn't they?
25       A    Yes.
```

Page 209

```
 1              EDWARD HEINRICHS
 2       Q    And these are the plaintiffs in this case,
 3   true?
 4       A    Correct.
 5       Q    Any of them your students?
 6       A    Two of them.
 7       Q    Who?
 8       A    The young man in the front is Desmond
 9   Dent.  And the one -- the young man in the red
10   jacket is Jakeem Moye.
11       Q    Did you know the other two students?
12       A    No.
13       Q    Was anybody present with you when you took
14   that photograph?
15       A    Yes.  They would be Mr. Dowd, Ms. Streim
16   and Ms. Rock.
17       Q    And how do you know they were there
18   present when you took this photograph?
19       A    Because the four chaperones go around the
20   zoo together.
21       Q    Well, you remember them being present with
22   you at this part of the zoo at the time you took the
23   picture?
24       A    Yes, I do.
25       Q    And did any of them participate in helping
```

Page 210

EDWARD HEINRICHS

2  you to set up this picture?
3      A   No.
4      Q   Where were they in relation to you when
5  you took this picture?
6      A   On either side of me.  I don't recall the
7  exact order.
8      Q   Were they standing there observing what
9  you were doing, to your knowledge?
10     A   Yes.
11     Q   So when these four young men complied with
12 you, standing around were three other teachers,
13 right?
14     A   Correct.
15     Q   And Mr. Dowd was a teacher of one of them,
16 right?
17     A   Correct.
18     Q   Do you know if Mr. Streim was, as well?
19     A   Ms. Streim is a social studies teacher.  I
20 don't know who her students are.
21     Q   What's her first name?
22     A   Pennie.
23     Q   How do you spell her last name?
24     A   S-T-R-E-I-M.  And it's Pennie with I-E,
25 not a Y.

Page 211

EDWARD HEINRICHS

2      Q   Got it.  Okay.  Thank you.  And who was
3  the other?  Rock?
4      A   Yes.  Ms. Janet Rock, R-O-C-K.
5      Q   Was she one of the teachers of the young
6  men there?
7      A   She is a biology teacher.  I don't know
8  who -- if she ever had any of them as students.
9      Q   And did you ask permission of these young
10 men to use their photograph in the slide show before
11 you put it in the slide show?
12     A   No.
13     Q   How long did it take you to set up this
14 picture?
15     A   I'm sorry.  You garbled.
16     Q   Okay.  I'm sorry.  How long did it take
17 you to set up this picture?
18     A   Not long, at all.
19     Q   Well, what do you mean by that?
20     A   Less than -- less than five minutes.
21     Q   How much less?  A minute?  Two minutes?
22 Three minutes?  What?
23     A   I would say two minutes.
24     Q   And did you explain to the young men why
25 you were showing them in that way before doing so?

Page 212

EDWARD HEINRICHS

2      A   They knew they were in the slide show, and
3  were familiar with the pose as to what they were
4  doing.
5      Q   If you listen to my question, please.
6              MR. RAY:  Can I have the question
7              read back?
8      Q   Because you didn't answer.
9              (WHEREUPON, the stenographer read
10             back the last question.)
11     A   I believe I explained the purpose of the
12 picture and as to why they were in that position.
13     Q   You explained that to the four young men?
14     A   I believe I did.
15     Q   When you say you believe you did, do you
16 know if you did or not?
17     A   Yes.
18     Q   And what do you know?
19     A   That I explained that they're showing
20 grooming behavior.
21     Q   And give me the words you spoke to them in
22 telling them they were showing grooming behavior?
23     A   I don't recall.
24     Q   Well, in sum and substance?
25     A   Pretend to be picking things out of the

Page 213

EDWARD HEINRICHS

2  person in front of you's hair.
3      Q   Anything else you said to them?
4      A   Not that I recall.
5      Q   So you didn't tell them why you wanted
6  them to pretend that?
7      A   I told them it's for the slide show.
8      Q   Other than telling them it's for the slide
9  show, did you tell them why they should be picking
10 hair -- picking things out of people's hair?
11     A   No.
12     Q   And did you tell them anything with
13 relation to monkeys?
14     A   No.
15     Q   Did you tell them anything in relation to
16 chain gangs?
17     A   No.
18     Q   In that pose that you put them in in that
19 order, did it come to your mind that in showing this
20 video or showing this slide show to other students,
21 that they can conceive that these four
22 African-American young men were depicted in a chain
23 gang?
24             MS. SOLLER:  Objection.
25             MS. WEISBORD:  Objection.

Page 214

EDWARD HEINRICHS

2    A    No.
3    Q    And when you said to them that they should
4  be showing how to be picking something out of
5  people's hair, did you notice that none of them have
6  their hats off?
7         All of them have their hoods on, so that
8  you can't pick anything out of their hair?  Did you
9  notice that?
10   A    Yes.
11   Q    So why didn't you repose it to show what
12 you intended?
13   A    Because I don't want to have them start
14 taking their coats and stuff off.  It was a cold,
15 rainy day.
16   Q    You see rain on the ground there?
17   A    It was raining that day, yes.  It was
18 drizzling.
19   Q    Do you see rain on the ground there?
20   A    I see some puddles on the ground, yes.
21   Q    You do?
22   A    Yes.  Dark spots right at Desmond's feet.
23   Q    Sorry.  Dark spots or puddles?  You said
24 dark spots.  Now you said puddles.  Which is it?
25   A    I'm sorry.  Wet spot.

Page 215

EDWARD HEINRICHS

2    Q    Where do you see a wet spot?
3    A    Right at Desmond's feet.
4    Q    Okay.  Anywhere else?
5    A    Yeah.  At the bottom right-hand corner
6  there are several dark spots.
7    Q    So those dark spots, if it was raining,
8  you wouldn't see them, would you?
9              MS. SOLLER:  Objection.
10   A    It had rained that day.
11   Q    So while you took that picture, it was not
12 raining.  Are we --
13   A    It was not raining when they picture was
14 taken.
15   Q    So they could have taken off their hoods,
16 if you had asked them to, to show what you claimed
17 you were going to show, that they were picking
18 things out of their hair, right?
19   A    I could have asked them to take their
20 hoods down, but I didn't think it was necessary.
21   Q    And that was because you weren't really
22 trying to show them picking things out of one
23 another's hair, were you, sir?
24             MS. SOLLER:  Objection.
25             MS. WEISBORD:  Objection.

Page 216

EDWARD HEINRICHS

2    A    No, sir.
3    Q    Am I correct?
4    A    Correct.
5    Q    When -- after you took that picture, where
6  did the young men go in that picture?
7    A    They continued on their journey through
8  the zoo.  I don't know their exact location.
9    Q    And did you collect from any of the four
10 young men the packet that they filled out?
11   A    No, sir.
12   Q    Why not?
13   A    Because they don't have to turn it in that
14 day.
15   Q    Well, did they turn it in any other day,
16 any of them?
17   A    Not that I recall.
18   Q    Did you ask for it?
19   A    No.
20   Q    Why not?
21   A    Because after the trip is over, is when we
22 discuss with class that it is, in fact, going to be
23 used as an extra credit assignment.  And if they
24 choose to turn it in for credit, they can.  If they
25 choose not to, they don't need to.

Page 217

EDWARD HEINRICHS

2    Q    And how would they go about doing that,
3  turning it in?
4    A    I have a plastic bin on my desk in the
5  classroom where they would place it, the completed
6  assignments, in that.
7    Q    And did you direct them to do that?
8    A    To put --
9    Q    To put it in --
10   A    I did not direct them to put their packets
11 in that bin, no.
12   Q    Did any of them put their packets in that
13 bin?
14   A    Not that I recall.
15   Q    Did you ever check?
16   A    Yes.
17   Q    And when you checked, did you see any of
18 their packets in the bin?
19   A    Not that I recall.
20   Q    Were any packets in the bin, at all, when
21 you checked?
22   A    Yes.
23   Q    How many?
24   A    Approximately, maybe, three a day,
25 totaling 15.

Edward Heinrichs 05/05/2023                                    Pages 218..221

EDWARD HEINRICHS

2  Q    And did you ever see one of their packets
3  in the bin on any given day when you checked?
4              MS. WEISBORD:  Objection.
5  A    I don't recall.
6  Q    Sorry?
7  A    I don't recall.
8  Q    And did -- withdrawn.
9              MR. RAY:  Now, take a look at the
10             same packet, same exhibit, sorry, Exhibit
11             12, which is the 2019 trip.  Take a look
12             the Slide 126?
13             MS. KLATT:  The last page.  One
14             slide up.
15             Yeah, there you go.  Sorry.
16             MR. RAY:  Is that 126?
17             MS. KLATT:  Yeah, it is.  They
18             don't have it that way.
19  Q    You see that picture?
20  A    Yes.
21  Q    Who took that?
22  A    A student.
23  Q    And what is it a picture of?
24  A    It is a picture of a baboon.
25  Q    And how did you come to have that picture?

EDWARD HEINRICHS

2  A    The student sent it to my e-mail.
3  Q    When?
4  A    Years prior.  I don't recall the year.
5  Q    Approximately, how many years prior?
6  A    Approximately, five.
7  Q    And so from the time that the picture was
8  sent to you by a student five years before this trip
9  in 2019, until that trip in 2019, you never used
10 that picture of the -- is it a baboon or a gorilla?
11 A    I believe that to be a baboon.
12 Q    Who -- let me withdraw my question, then.
13 In the five years between the time that the picture
14 of the baboon was sent to you by a student until you
15 used the picture in the 2019 slide show, you never
16 used a baboon picture in any slide shows; am I
17 correct?
18 A    I don't recall.
19 Q    You don't recall?
20 A    No.
21 Q    Did you review the slide shows before you
22 came here to testify?
23 A    No.
24 Q    Did you ever review the slide shows?
25 A    After I show the slide show during the

EDWARD HEINRICHS

2  school year, I very seldom ever look at them again.
3  Q    Well, of the slides that I showed you of
4  the monkey see, monkey do depictions from the prior
5  years, none of those slides had the baboon following
6  the monkey see, monkey do picture; am I correct?
7  A    I don't know.
8  Q    Why did you put the baboon in this
9  particular picture right after you went and produced
10 the monkey see, monkey do depictions again?
11 A    Just random.
12 Q    What do you mean by that?
13 A    There's no reason that it's there.
14 Q    Then why would you put it there, if
15 there's no reason?
16      You choose to do all of these slides
17 yourself.  So why did you put it there?
18 A    There's no mental though behind it.
19 Q    Well, let's see.  If we look at Slide 124,
20 we see two monkeys and it says, "Monkey see."
21 A    Correct.
22 Q    When we look at Slide 125, we see four
23 African-American young men in a row allegedly taking
24 things out of the hairs of others, and it says,
25 "Monkey do."

EDWARD HEINRICHS

2      Correct so far?
3  A    Correct.
4  Q    And now the very next slide is of a
5  baboon, right?
6  A    Correct.
7  Q    And so you were trying to depict these
8  four young men as primates, weren't you, sir?
9              MS. SOLLER:  Objection.
10 A    Absolutely not.
11 Q    Why do you say absolutely not when there's
12 a picture of a baboon right after these four
13 students?  Why use the word "Absolutely"?
14 A    Because those two pictures are unrelated.
15 Q    Which two pictures?
16 A    The picture of the four students and the
17 picture of the baboon are unrelated.
18 Q    Well, why didn't you put any caption on
19 the baboon?
20 A    I don't need one.  It didn't require one.
21 Q    And that's because you put the four young
22 African-American men -- monkeys and a baboon.
23             MS. WEISBORD:  You cut out.
24 A    Yes.
25             MS. WEISBORD:  We couldn't hear

Page 222

```
1                    EDWARD HEINRICHS
2        you.  You cut out.
3                    MR. RAY:  Can you hear me now?
4                    THE WITNESS:  Yes.
5        Q    And that's because you put the four young
6    African-American men between monkeys on one side and
7    a baboon on the other, and they're in the middle
8    slide, true?
9                    MS. SOLLER:  Objection.
10                   MS. WEISBORD:  Objection.
11       A    No.
12       Q    You were attempting to depict them as
13   monkeys, weren't you, sir?
14       A    No.
15                   MS. SOLLER:  Objection.
16                   MS. WEISBORD:  Objection.
17       A    No.
18       Q    Did Mr. Dowd or anybody else help you to
19   select and screen the slides before they were
20   produced for the 2019 trip?
21       A    No.
22       Q    Did anybody help you with that, at all?
23       A    No.
24       Q    And when it was shown in your class, when
25   was that -- the video shown -- the slide show?
```

Page 223

```
1                    EDWARD HEINRICHS
2        A    December 2019.
3        Q    When in December?
4        A    I would -- close to Christmas, the 20th.
5        Q    And that was the day before the Christmas
6    break?
7        A    True.
8        Q    And was there any reaction to the slide
9    show that you observed in your class?
10       A    Not in my class, no.
11       Q    Were any of the students who were depicted
12   in that slide of the four students, were any of them
13   in your class on December 20th when you showed that
14   slide show?
15       A    No.
16       Q    Do you know why not?
17       A    I was told that they were with
18   administration someplace.
19       Q    Who told you that?
20       A    Mr. Reese.
21       Q    Who is he?
22       A    He'd be an assistant principal.
23       Q    And how did he come to tell you that?  Did
24   he come to your classroom?  Did he call you up?
25   What?
```

Page 224

```
1                    EDWARD HEINRICHS
2        A    He informed Mr. Grasso, who told me in my
3    prep room prior to the class.
4        Q    So it wasn't Reese who told you directly,
5    it was Grasso?
6        A    Correct.
7        Q    And what did Grasso tell you?
8        A    He told me that there was an issue with
9    the slide show.  Told me that, as per Mr. Reese's
10   suggestion, we take the two slides out of the slide
11   show, and that the students would be with him.
12       Q    What two slides?
13       A    The monkey see, monkey do.
14       Q    Did he tell you why you should do that?
15       A    No.  Just that we should take it out.
16       Q    And did it occur to you as to why he told
17   you that?
18       A    No.
19       Q    So you just -- he just tells you to take
20   out these two slides, and you don't even know the
21   reason why, and you just do it, you take them out.
22            Is that your testimony?
23                   MS. SOLLER:  Objection.
24                   You can answer.
25       A    I removed the slides as administration
```

Page 225

```
1                    EDWARD HEINRICHS
2    tells me to do so.
3        Q    Hold on one second, please.  So who was
4    present in the room when that was said to you by Mr.
5    Grasso?
6        A    Mr. Grasso and myself.
7        Q    Did it upset or worry you, in any way,
8    when he told you that?
9        A    No.
10       Q    Well, do you know -- did you learn from
11   Mr. Grasso or anyone why the students were in with
12   administration at that time?  Did you come to learn
13   that?
14       A    I was told that there was a cell phone
15   screenshot of the slide show.
16       Q    And what else were you told about that?
17       A    That they were sending it to each other.
18       Q    And what else were you told about that?
19       A    That's all I was told.
20                   THE WITNESS:  I'm going to ask for
21            a brief pause so I could -- my wife just
22            came home from work.  My dog is freaking
23            out.  And I would tell her to go next door
24            so there is no one else --
25                   MR. RAY:  Not a problem.
```

Edward Heinrichs 05/05/2023                                                    Pages 226..229

Page 226

```
1                    EDWARD HEINRICHS
2              (WHEREUPON, a recess was taken at
3         4:19 p.m., after which the following
4         transpired:)
5              (WHEREUPON, the stenographer read
6         back the last two questions and answers.)
7  CONTINUED EXAMINATION
8  BY MR. RAY:
9       Q      Were you told anything about it dealing
10 with a racial issue?
11      A      No.  Just that they had a problem with the
12 slide -- the show -- the picture.
13      Q      Did you learn who it was that had a
14 problem with the slide to show the picture?
15      A      I don't know which of the four took the
16 picture and/or had an issue.
17      Q      Were the students named to you, so you
18 knew who they were, who had the issue?
19      A      I knew who the students in the picture
20 were -- two, by name.  I don't know the other two
21 apart.
22      Q      So what did you do as soon as Mr. Grasso
23 had said that to you?
24      A      I removed the two pictures from the slide
25 show that was going to be seen again that day.
```

Page 227

```
1                    EDWARD HEINRICHS
2       Q      The two pictures being monkey see, monkey
3  do pictures?
4       A      Correct.
5       Q      But not the baboon?
6       A      No.
7       Q      Am I correct?
8       A      Correct.
9       Q      And what did you do with them?  Give them
10 to Mr. Grasso?
11      A      They're digital.
12      Q      When you said you removed them, I didn't
13 understand --
14      A      I mean, if you open up a PowerPoint and
15 you take one slide out, that would be removing the
16 picture.  You remove the slide from the slide show.
17      Q      But did you destroy it by doing that?  Did
18 you send it up into a Cloud?  What did you do?
19      A      No.  It's in the -- well, when I take it
20 out -- when you take a slide out of a show, you just
21 delete the slide.
22      Q      So when you deleted the slide, were you
23 able to provide the slide to the administration?
24      A      I was -- the original slide show, yes.
25      Q      Did you do that?
```

Page 228

```
1                    EDWARD HEINRICHS
2       A      Yes.  The district has the slide show,
3  which is how you --
4       Q      How did they get it?
5       A      How?
6       Q      Yeah.
7       A      It's a slide show on the network drive.
8       Q      Right.
9       A      That's not the one I showed to the
10 students.
11      Q      So the one you showed to the students, you
12 deleted the two pictures.
13      A      Right.
14      Q      But the original one you kept intact.
15      A      Yes.
16      Q      And did Mr. Dowd continue to have the
17 slide show and show it after you were told about the
18 complaint of the students?
19      A      Mr. Dowd, his classes had already gone
20 that day.  I believe he only had one class.
21      Q      Well, as to that one class, had he already
22 shown the slide show when you first learned of the
23 problem with the slide show?
24      A      Yes.  It was his class that the screenshot
25 was taken.  And following the -- that class is when
```

Page 229

```
1                    EDWARD HEINRICHS
2  I received message from Mr. Grasso to remove the two
3  pictures.
4       Q      And in the rest of the school day, was the
5  slide show shown to students?
6       A      Yes.  Without the two slides.
7       Q      When was that?
8       A      What periods?
9       Q      Yes.  Your -- withdrawn.
10             Were they your classes they were shown to?
11      A      Yes, they were my classes.
12      Q      Two of them?
13      A      Two of them.
14      Q      And did Mr. Dowd show them again?
15      A      I believe Mr. Dowd only had one period,
16 one class.
17      Q      What was the next event that occurred,
18 that you're aware of, incident involving the
19 objection to those two slides?
20             MS. SOLLER:  Note my objection.
21      A      I don't understand your question.
22      Q      Well, you got rid of the two slides.  And
23 then what happened next?
24      A      I showed my two classes the now altered
25 slide show and finished the school day.
```

*Accurate Court Reporting Service, Inc. 631-331-3753*

Page 230

EDWARD HEINRICHS

1
2     Q     Well, did anybody contact you that day
3   from administration regarding the slides or slide
4   show?
5     A     No.
6     Q     How about the next day?  Did you come to
7   have any contact with administration regarding --
8     A     I believe -- I believe we went on
9   Christmas break or holiday break following that day
10  and so, I -- we didn't hear anything other than
11  that.
12    Q     Did you provide any administration with
13  any other of your slide shows besides that slide
14  show in 2019?
15    A     Not following -- when I was removed from
16  the classroom is when the district asked for the
17  slide show and -- as well as, other slide shows that
18  I had.
19    Q     When was that?
20    A     I was removed and asked to go see
21  administration on January 8th, 2020.
22    Q     And that's the day that you provided them
23  or -- withdrawn.
24          That's the day -- withdrawn, again.
25          January 8, 2020, was the date that you

Page 231

EDWARD HEINRICHS

1
2   provided the administration, for the first time,
3   with the copies or originals of the other slide
4   shows from prior years?
5     A     From prior years -- well, it was probably
6   several days following that I provided them
7   additional slide shows, because I wasn't remanded to
8   the central office for administration leave until, I
9   believe, the 9th, January 9th.
10    Q     And do you know when was the first time
11  that any parent or parents visited with
12  administration of the school regarding this matter
13  of the slide show?
14    A     I know that the parents met with Mr.
15  Walcott or had spoken to him.  I don't know if they
16  met or spoke to Mr. Walcott, whether it be
17  face-to-face or by phone, but I don't know when that
18  conversation occurred.
19    Q     How do you know it occurred?
20    A     Because Mr. Walcott had said that we were
21  originally going to sit down and speak, and then I
22  was told that we weren't.
23    Q     Who told you that?
24    A     Mr. Walcott.
25    Q     Did he tell you why you weren't going to

Page 232

EDWARD HEINRICHS

1
2   speak?
3     A     Just that the -- it was brought to the
4   media.
5     Q     So he said we're not going to speak
6   because it was brought to the media?
7     A     Yeah, to that extent.
8     Q     Well, you become aware that some of the
9   parents of the student who were in the photo came to
10  the school to complain?
11    A     I wasn't aware that they came to the
12  school to complain.
13    Q     Were you aware that the administrators
14  showed those parents, who were the parents of the
15  students who complained, the slides from previous
16  years?
17    A     No.
18    Q     Do you have any idea how the
19  administrators got hold of the slides from previous
20  years in order to be able to show them to the
21  parents?
22    A     The slide shows are kept on a district
23  network.  They could have gotten them there.
24    Q     Okay.
25    A     I don't know.

Page 233

EDWARD HEINRICHS

1
2     Q     Why are they kept on a district network?
3     A     Because all our work is on a district
4   network.
5     Q     I'm sorry.  Go ahead.  I didn't mean to
6   cut you off.
7     A     It's the school's computer system.
8     Q     Okay.  So when you do work for the school
9   of an academic nature, that work appears or if it's
10  photos, it appears on a district network; is that
11  true?
12    A     Correct.
13    Q     And how does it get to the district
14  network?
15    A     I work off the -- I put it there.  I work
16  on the district network.  I'm on a district
17  Chromebook right now.
18    Q     So when these other slide shows were made
19  before 2019 --
20    A     Correct.
21    Q     (Continuing) -- after you made them, you
22  or while you made them, you tell me, they end up on
23  a district network; is that true?
24    A     They are created and stored on the
25  district network.

Page 234

```
1                    EDWARD HEINRICHS
2      Q    And they're stored immediately after
3  they're created on a district network?
4      A    Yes.
5      Q    And what's the reason that they end up on
6  a district network?
7      A    Because if it's school related, we store
8  it on the school network.
9      Q    What's the reason that you do that, is the
10 point?  That's the question.
11     A    The reason that I use the district network
12 is because it's school related.
13     Q    Is there a policy that requires you to use
14 a district network to store such things as a video
15 show or the slide show, I'm sorry?
16     A    There's no policy that says I have to use
17 the network.  But I don't use my home equipment for
18 business.
19     Q    So you use the school's equipment for
20 school business, right?
21     A    Yes.
22     Q    And is that true of other teachers, as
23 well?
24     A    I wouldn't -- I would say in most cases,
25 yes.
```

Page 235

```
1                    EDWARD HEINRICHS
2      Q    How about lesson plans?  Are they
3  submitted on the district network?
4      A    Yes.
5      Q    Were yours?
6      A    There's no formal lesson plans for -- no
7  formal lesson plans required.
8      Q    The school district doesn't require
9  teachers to provide lesson plans?
10     A    Not a written lesson plan, no.
11     Q    Okay.  Did you make lesson plans for your
12 classes?
13     A    I have lesson plans, yes.  Not in a formal
14 layout.  They're some -- some school districts have
15 a formal lesson plan that has to be written in a
16 special way.  We don't.
17     Q    So is there anything, at all, that
18 indicates that you're going to teach or use to teach
19 with students that need be submitted to the school
20 on a regular basis?
21     A    No.
22     Q    Or a yearly basis?
23     A    No.  We -- our course guides --
24     Q    You broke up there, Mr. Heinrichs.  I'm
25 sorry.
```

Page 236

```
1                    EDWARD HEINRICHS
2      A    The course curriculum is approved by the
3  district.  At the beginning of the year, they know
4  what it is that we're going to be teaching the
5  students.
6      Q    Right.  But do you have a week-to-week,
7  day-to-day or anything of that sort plan which you
8  have to let the district know about regarding your
9  teaching?
10     A    There's no report that I need to provide
11 the district administration as to what I'm doing on
12 a daily basis.
13     Q    But is there some requirement by the
14 district that you provide something periodically on
15 the district network regarding what you're teaching?
16          MS. WEISBORD:  Objection to form.
17     A    The course curriculum is approved by the
18 district.
19     Q    Other than the course curriculum?
20     A    No.  The district doesn't tell us what to
21 teach on a weekly or a daily basis.
22     Q    So when you -- you put your -- when you
23 put your slide shows on the district network, did
24 you do so for every year that you did the slide
25 show?
```

Page 237

```
1                    EDWARD HEINRICHS
2      A    Yes, I believe so.
3      Q    And what's the reason you did that?
4      A    They are -- because they're so large, as
5  far as how much room it takes up, the district
6  network has the ability to handle files of that
7  size.
8      Q    Why do they need to handle them, at all,
9  if there's no requirement that you show them what
10 you're teaching?
11          MS. WEISBORD:  Objection to form.
12     A    I don't use the district -- I don't use my
13 home computers for anything.
14     Q    But are you aware of any administrative
15 personnel who look upon -- look into the district
16 network and see what's on there?
17     A    Not to my knowledge.
18     Q    So if you put your slide show on the
19 district network, would a district administrator be
20 able to look at it?
21     A    I don't know the -- I don't know how to
22 answer that.  I don't know how -- if they can or if
23 they can't.  That would be a question that you'd
24 have to ask the district.
25     Q    Well, did you inform any administrator
```

Page 238

EDWARD HEINRICHS

1  EDWARD HEINRICHS
2  that you were putting these slide shows up on a
3  district network?
4      A    No.
5      Q    Is there a way to tell whether or not your
6  slide shows -- withdrawn.
7          Is there any way that you know of to tell
8  whether or not anybody had viewed your slide shows
9  on a district network, at any time?
10          MS. WEISBORD:  Objection to form.
11     A    I don't know if I could tell if someone
12 else saw it.
13     Q    Were you, yourself, pleased with your
14 production of the slide shows?
15          MS. SOLLER:  Note my objection.
16          MS. WEISBORD:  Objection to form.
17     A    I thought it was a decent, entertaining
18 slide show.
19     Q    Did you take pride in the slide shows that
20 you made?
21          MS. WEISBORD:  Objection to form.
22          MS. SOLLER:  Objection.
23     A    I take pride in a lot of the work that I
24 do.
25     Q    Did you take pride in the slide shows that

Page 239

1  EDWARD HEINRICHS
2  you made?
3          MS. WEISBORD:  Objection.
4      A    Yes.
5      Q    And would that pride in mind, did you
6  inform anybody to go on the district network to look
7  at your slides?
8      A    No.
9      Q    Do you know of any administrators who did
10 look at your slides at any time over the years?
11     A    Not that I know of.
12     Q    Were you observed by your chairperson in
13 your teaching -- you have a teacher observation of
14 yourself?
15     A    Yes.
16     Q    And did there come a time that any of
17 your, either the chairperson or anybody above the
18 chairperson came and looked at your slides being
19 presented to the students?
20     A    No.
21     Q    Did you ever invite anybody to do that?
22     A    No.
23     Q    Did you ever make any homework assignments
24 to the students as to the slide show, other than the
25 package that you showed us?

Page 240

1  EDWARD HEINRICHS
2      A    No.
3      Q    Did you ever discuss with your chairperson
4  the production of the slide show?
5      A    No.
6          MS. WEISBORD:  Objection to form.
7      Q    So when you were -- let me see --
8  withdrawn.  There are two years you didn't show any
9  slide shows.  Is there a reason for that?
10     A    There were a couple of years where the
11 field trips were cancelled due to financial reasons
12 of the school.  We didn't go.
13     Q    So you didn't have the trips.  That's why
14 you didn't have the slide shows.
15          Is that pretty true?
16     A    Correct.
17     Q    How did you come to learn that you had a
18 problem with the slide show presentation?  When did
19 you first come to learn that when Grasso came --
20          MS. SOLLER:  Objection.
21          MS. WEISBORD:  Objection to form.
22     Q    I wasn't finished with my question.  Try
23 it again.
24          When did you first come to learn you had a
25 problem with the slide show?  Was that when Mr.

Page 241

1  EDWARD HEINRICHS
2  Grasso approached you or what's his name -- Grasso,
3  yeah?
4          MS. WEISBORD:  Objection to form.
5          MS. SOLLER:  Objection.
6      A    I first became aware that there was an
7  issue with the slide show when Mr. Grasso came into
8  my prep room and told me.
9      Q    Okay.  And then after that, before you
10 were actually suspended from the position, did you
11 learn anything else about the complaints of parents
12 or students regarding the slide show?
13          MS. SOLLER:  Objection.
14          MS. WEISBORD:  Objection.
15     A    Only from what Mr. Walcott had told me
16 that we were supposed to be meeting with parents.
17     Q    And then that meeting did not take place,
18 true?
19     A    Correct.
20     Q    And then once Mr. Walcott told you there
21 was going to be no meeting, did you become -- was
22 there anything else communicated to you by the
23 administrators regarding this matter?
24     A    No.
25     Q    And then you were suspended or how did

Page 242

EDWARD HEINRICHS

2 that go?

3    A    Then I received a letter from central
4 office, requesting a meeting at central office with
5 Dr. Cotter where he told me that I would be removed
6 from classroom and placed on administrative leave.

7    Q    And did he tell you why?

8    A    Yes.  Yes.  He told me that it was a -- a
9 disciplinary procedure, due to the slide show that
10 was presented.

11    Q    Did he tell you more specifics than that?

12    A    I don't recall any specifics.

13    Q    Did you tell him anything?

14    A    I answered his questions as to what was
15 shown, what was told to me.  And that's about it.

16    Q    And then did you face New York State
17 Education Law Section 3020A charges?

18    A    I don't know what those are.

19    Q    Disciplinary charges.

20    A    I didn't have to face anyone, other than
21 the assistant superintendent.

22    Q    Did anybody ever serve you with
23 disciplinary charges?

24    A    I don't understand.

25    Q    Well, did anybody ever come to your home

Page 243

EDWARD HEINRICHS

2 or mail to you a packet of documents wherein you
3 were indicated to have committed misconduct or
4 anything else of a disciplinary nature?

5    A    I received paperwork from a law firm
6 saying that, yes, I was being disciplined.

7    Q    And did it say in what way you were being
8 disciplined?

9    A    It told me -- well, I was told that, by
10 central office, that I was -- what I was going to be
11 or doing during my disciplinary administrative
12 leave.

13    Q    Other than being told what you were doing,
14 did anyone tell you anything else about the nature
15 of the charges against you?

16              MS. SOLLER:  Objection.

17              You can answer.

18    A    It outlined the -- outlined the charges
19 that I was being charged with.

20    Q    Did you have to get a lawyer?

21    A    No.  The district has one.

22    Q    Okay.  Did you ever go to a hearing
23 regarding the charges?

24    A    No.

25    Q    Did you enter into any kind of an

Page 244

EDWARD HEINRICHS

2 agreement regarding what had happened with the
3 district?

4    A    I was told not to speak about anything to
5 anybody who either worked for the district, students
6 of the district, parents of the students of the
7 district.  I was told I needed to complete a
8 sensitivity training course, and a letter would be
9 placed in my file.

10    Q    Was that -- did that occur?

11    A    Yes.

12    Q    And what did the letter say?

13    A    Just that it dealt with a picture of an
14 insensitive nature, and I was going to be --
15 outlined that I had to take the sensitivity training
16 course, and any additional PowerPoint slide shows
17 that I present to students would have to be
18 previewed by a member of the administrative team.

19    Q    Did you respond to that letter?

20    A    No.

21              MR. RAY:  I don't know if I had
22         that, Chelsea or Cristina.  I'm going to
23         ask for it.

24              MS. SOLLER:  You have it, as far as
25    I know.  I think it came from Chelsea.

Page 245

EDWARD HEINRICHS

2              MR. RAY:  I just don't remember it,
3         as I sit here.  Okay, so --

4              MS. SOLLER:  If not, let us know.

5              MS. WEISBORD:  It was supplemented
6         by production after the confidentiality
7         agreement was so ordered to, like, a
8         supplemental --

9              MR. RAY:  I got you.  All right.
10         Fair enough.  Thank you.

11    Q    Did there come a time that you went on
12 Facebook and you saw that there was an organization
13 called "Justice for Heinrichs"?

14    A    I was aware of it.  But I am not a member
15 of it.

16    Q    How did you become aware of it?

17    A    We saw it.

18    Q    I'm sorry?

19    A    I saw it advertised on Facebook.  But I'm
20 not a member of it.

21    Q    Did you participate, in any way, in
22 Facebook with respect to the issue with the
23 students?

24    A    Never.

25    Q    Slides?

Edward Heinrichs 05/05/2023                                      Pages 246..249

Page 246

```
 1                    EDWARD HEINRICHS
 2      A    Never.
 3      Q    When you went on Facebook, were you able
 4 to read what was being posted on Facebook about this
 5 incident?
 6      A    Not from that group, because I wasn't a
 7 member of it.
 8      Q    Well, from other groups?
 9      A    I could see some, yes.  In a Facebook
10 group of the Longwood community.
11      Q    And what was that called?
12      A    Longwood community.
13      Q    Just Longwood community?
14      A    Longwood community news, I believe.
15      Q    Did you go on and see entries on Facebook
16 where people in the community were saying quote,
17 "You niggers look like some dumb fucking monkeys,"
18 unquote?
19      A    I don't recall the wordage.
20      Q    Do you recall any wordage like that, that
21 you've seen on the Internet?
22      A    Throughout the numbers of posts, there
23 were posts that were both against and supportive,
24 varying in nature of language --
25      Q    Okay.
```

Page 247

```
 1                    EDWARD HEINRICHS
 2      A    (Continuing) -- none of which that I
 3 replied to.
 4      Q    Were there signs put up in school
 5 regarding you?
 6      A    I was told, yes.  I was told that after I
 7 was removed, that there were signs that I had
 8 nothing to do with.
 9      Q    Did you take any steps to have those signs
10 removed?
11      A    No.  I wasn't in the building anymore nor
12 was I allowed to speak to anybody.
13           MR. RAY:  Just give me a few
14           moments, please.
15           (WHEREUPON, a recess was taken at
16           4:53 p.m., after which the following
17           transpired:)
18 CONTINUED EXAMINATION
19 BY MR. RAY:
20      Q    Mr. Heinrichs, did anybody from the
21 administration ever express to you any concern or
22 objection with respect to any of the slides in any
23 of your slide shows, other than the two slides
24 dealing with monkey see, monkey do?
25      A    No.
```

Page 248

```
 1                    EDWARD HEINRICHS
 2      Q    Did anybody from the administration ever
 3 raise to you any issues regarding the way you
 4 depicted students and the rabbi?
 5      A    No.
 6      Q    Did anybody from the administration
 7 discuss with you anything regarding the way you
 8 depicted women?
 9           MS. WEISBORD:  Objection.
10           MS. SOLLER:  Objection.
11      Q    When I said depicted, I meant in the slide
12 show, so I'll try to ask it again.
13           Did anyone from the administration ever
14 raise with you the issue of the way you depicted
15 women in the slide shows?
16           MS. WEISBORD:  Objection.
17           MS. SOLLER:  Objection.
18      A    No.
19      Q    Did anybody raise with you any issues with
20 respect to the way you made a reference to wieners
21 with the animal looking at itself?
22           MS. WEISBORD:  Objection.
23           MS. SOLLER:  Objection.
24      A    No.
25      Q    Did anybody ever express to you, from
```

Page 249

```
 1                    EDWARD HEINRICHS
 2 administration, any problems or objections to the
 3 depiction of people being choked?
 4           MS. WEISBORD:  Objection.
 5      A    No.
 6      Q    Did anybody from the administration raise
 7 with you any concerns or objections with regard to
 8 the depiction of you as Father Heinrichs?
 9           MS. WEISBORD:  Objection.
10      A    No.
11      Q    And did any administrator raise with you
12 any concerns with you depicting yourself as a priest
13 with children praying to you or praying around you?
14      A    No.
15      Q    Did any of the administrators express any
16 objection to you depicting Asians in a way they were
17 depicted in the slide show?
18           MS. WEISBORD:  Objection as to
19           form.
20           MS. SOLLER:  Objection.
21      A    No.
22      Q    Do you know if any administrators ever saw
23 any of the slides that I just referenced regarding
24 women, Asians, a rabbi and wieners?
25           MS. WEISBORD:  Objection.
```

Page 250

EDWARD HEINRICHS

2    A    Not to my knowledge.

3    Q    Did you discuss this issue of the slide
4  show with -- well, withdrawn.

5         With whom did you discuss the issue of the
6  slide show, other than Grasso and, I think, the
7  assistant superintendent you mentioned -- I forgot
8  his name already?

9    A    I would -- if you're referring to any of
10 my discipline or any of the information regarding
11 this case, I did speak to my wife.

12   Q    Other than your wife?

13   A    A little bit with my mother.

14   Q    Okay.

15   A    And --

16   Q    They don't work in the school as a teacher
17 or administrator, right?

18   A    My wife worked for a school -- my wife
19 works for the Greenport School District.  My mother
20 used to work for Longwood School District, but that
21 was decades ago.

22   Q    And in doing your day-to-day work for
23 classes, what sort of supervision did the school
24 district exercise over you up until January of 2020?

25   A    I would be observed twice a year.  Once by

Page 251

EDWARD HEINRICHS

2  my department chairman.  Once by an -- either an
3  assistant principal or the director of science.

4    Q    And those would be announced, preciously
5  announced visits?

6    A    One observation is announced.  The other
7  is unannounced.

8    Q    So the unannounced one comes once a year?

9    A    Correct.

10   Q    Are there any other forms of supervision
11 that took place over that same span of time, from
12 the time you started until January 2020?

13   A    No.

14   Q    Was there any supervision that, you know,
15 of over the content of what you taught, in any time,
16 up until January of 2020?

17   A    Besides the curriculum approval?  No.

18   Q    Did the curriculum contain a field trip to
19 the Bronx Zoo?

20   A    No.

21   Q    So did it contain anything regarding slide
22 shows?

23   A    No.

24   Q    Has anybody, to your knowledge, any parent
25 or member of the community ever written or made a

Page 252

EDWARD HEINRICHS

2  complaint against you before this incident, in any
3  way?

4    A    Not that I'm aware of.

5    Q    Did Kelly know that he was being depicted
6  as Father Kelly, if you know, in your videos in you
7  slide show?

8    A    Brian Kelly would have known during the
9  trip and then following the trip.

10   Q    Did you ever tell him while you were
11 calling him Father Kelly?

12   A    We probably spoke about it on the day of
13 the field trip.

14   Q    Do you know if you did or not?

15   A    Yes.

16   Q    And how do you know that?

17   A    Because it would have come up in
18 conversation as we were walking around together as
19 the various students approached and used the term.

20   Q    Do you know -- your chairperson in
21 December of 2019, who was that?

22   A    I don't recall the years where Grasso or
23 Suarez were chair.

24   Q    Well, I'm asking you only about the time,
25 you were, from when the slide show was -- well,

Page 253

EDWARD HEINRICHS

2  withdrawn.

3         I'm asking about from the time the trip
4  took place in 2019 in December through the time that
5  you got suspended, who was the chairperson of your
6  department?

7    A    While I was on administrative leave, I
8  believe, that Andy de Dinnato was chair, but was
9  deployed.  And in that -- in his absence, it would
10 be Mr. Grasso.

11   Q    So who communicated regarding this
12 incident with the slide show with the administration
13 as a chairperson?  Was it di Dinnato or was it
14 Grasso or both?

15   A    I believe it was Grasso.

16   Q    And do you have any idea when Grasso
17 communicated with the administration what he did to
18 explain to the administration the nature of your
19 slide shows?

20   A    I don't --

21        MS. WEISBORD:  Objection.

22   A    I don't know what he said to
23 administration.

24   Q    You had told us before that Grasso
25 participated with you in proofing and working with

Page 254

EDWARD HEINRICHS

1    the slide show before it was published.
2         Do you know whether or not Grasso told the
3    administration that fact?
4              MS. WEISBORD:  Objection.
5    A    I don't know what he told administration.
6              MR. RAY:  Okay, Mr. Heinrichs, I
7         appreciate that, your testimony.  Thank
8         you I'm finished.
9              MS. WEISBORD:  I have some
10        questions.
11   EXAMINATION BY
12   MS. WEISBORD:
13             MS. WEISBORD:  Hello.  My name is
14        Chelsea.  I'm from Sokoloff Stern, and I
15        representing the district and Mr. Reese.
16        I just have a few questions for you, just
17        clarifying questions.
18   Q    You may have already testified to this,
19   but Mr. Grasso wasn't at the field trip in the Fall
20   of 2019, correct?
21   A    Correct.
22   Q    And did he or anyone else help you edit
23   the slide show before it was shown in class during
24   the Fall of 2019?

Page 255

EDWARD HEINRICHS

1    A    No.
2    Q    And do you remember earlier we were
3    talking about the district's network?
4    A    Yes.
5    Q    Can you tell me, exactly, what that is in
6    your own words?
7    A    The district network would be -- the
8    network owns the rights to any of the applications
9    -- Google, Microsoft Office, that kind of thing.
10   And so we have our own private district drive and
11   then there's a shared district drive.
12        That's what I'm referring to as the
13   district network.  It's all the computer
14   applications and places for storage for school
15   business.
16   Q    So let's say you're drafting a document on
17   your work computer, and you want to save it.  Where
18   would you do that?
19   A    I could -- that could be on the -- we call
20   it the H drive, which is a network drive.  And I
21   have access to that, and I also have access to my
22   own drive, Heinrichs' drive.  That would be it.
23   Q    And the Heinrichs' drive, where does that
24   exist in the network?

Page 256

EDWARD HEINRICHS

1    A    That's also in the school's network.
2    Q    Do you ever save anything just on a work
3    computer or do you save it to the network?
4    A    We can't save to individual desktops.  We
5    have to save it to the networks.
6    Q    Why is that, if you know?
7    A    Because all the desktops are linked to the
8    network.
9    Q    So there's no capabilities to just save it
10   to your own personal desktop?
11   A    No.
12   Q    Now, can you tell me, to your knowledge,
13   how is this network organized?  Are there folders
14   for specific individuals?  Departments?
15   A    The network has an H drive.  The H drive,
16   which any, say, science teacher could get to.  And
17   then there's the Heinrichs' drive which, unless I
18   give someone permission, a teacher couldn't get into
19   it.  But I don't know whether or not the district's
20   tech people can or not.
21        I don't know the answer to that.
22   Q    So I just want to make sure I heard you
23   correctly.
24        Your Heinrichs' file, are you the only

Page 257

EDWARD HEINRICHS

1    person who has access to that, unless IT is able to
2    come in and --
3    A    Correct.
4    Q    And so, is that where you will save your
5    slide shows?
6    A    The slide shows are, typically, in the H
7    drive, which is the bigger one, because we have a
8    limited amount of space available on our own, the
9    Heinrichs' drive.
10   Q    I understand that.  I have that problem
11   with Dropbox, because I won't pay for it.
12        So who uses the H drive in your district?
13   A    Almost every teacher.
14   Q    I see.  So within the H drive, do people
15   have your own folders?  Where does it go in the H
16   drive?
17   A    In the H drive, the science drive, which
18   is the section of the H drive, we break it up by
19   courses.  So it would be the advanced zoology file
20   of the science H drive.
21   Q    And to your knowledge, who, in any given
22   school year, who's using that zoology drive, other
23   than --
24   A    In most school years, it would be only the

Edward Heinrichs 05/05/2023                                                     Pages 258..261

Page 258

EDWARD HEINRICHS
1  EDWARD HEINRICHS
2  teachers who are teaching that course.  So in one
3  school year there would be, probably, three teachers
4  that would be using that drive.
5      Q    And is that -- you might have already
6  testified to this.  And if so, I apologize.  It's
7  been a long day.  But the slide shows, were they
8  stored in that zoology drive?
9      A    Correct.
10     Q    Got it.  Let's see.  I just have a few
11 other questions for you.  I just --
12          MS. WEISBORD:  Am I able to share
13          my screen very quickly?
14          COURT REPORTER:  Yes.
15          MS. WEISBORD:  So I just took a
16          screen shot.  I don't know what exhibit
17          this is from.
18          MS. SOLLER:  I could probably tell
19          you, if you give me a minute.
20          MS. WEISBORD:  I just took a quick
21          screen shot for later.
22          Does anybody happen to know what --
23          MS. SOLLER:  Oh, okay.  I got it.
24          It was Exhibit 7, the 2016 slide show.
25          MS. WEISBORD:  Thank you.  This is

Page 259

EDWARD HEINRICHS
1  EDWARD HEINRICHS
2          me being prepared.
3      Q    Did you pick the two stuffed animals that
4  the two students are holding?
5      A    No.  I told them to grab whatever animal
6  they wanted to use.
7      Q    And those are the two stuffed animals that
8  each student decided to pick up?
9      A    On their own, yes.
10     Q    Thank you.  Did you ever have any
11 discussions with Scott Reese about the slide shows?
12     A    No.
13     Q    And you mentioned there were -- there was
14 supposed to be a meeting with the parents that you
15 were supposed to attend.
16          Do you remember that?
17     A    Yes.
18     Q    Do you know who scheduled that meeting?
19     A    It came out of Mr. Walcott's office.  I
20 don't know which way the meeting was organized
21 from.  But I came out of Mr. Walcott's office.
22     Q    And you never ended up attending a meeting
23 with the parents, right?
24     A    No.  I was told it was cancelled.
25     Q    Do you know who cancelled it?

Page 260

EDWARD HEINRICHS
1  EDWARD HEINRICHS
2      A    No.
3      Q    Do you know why it was cancelled?
4      A    I was told it was cancelled because the
5  media was brought into the picture.
6      Q    Do you know if it was -- do you know one
7  way or the other if it was the school or a parent
8  who chose to cancel the meeting?
9      A    I would be guessing.
10     Q    And we don't want you to do that.  I just
11 have one more question.
12          Since the Fall of 2019, have you shown any
13 other slide shows from a Bronx Zoo field trip?
14     A    No.
15          MS. WEISBORD:  I don't have any
16          further questions.
17          MS. SOLLER:  I just have very few.
18          I'll be quick, so we can get done.
19 EXAMINATION BY
20 MS. SOLLER:
21     Q    Prior to 2019, had any student, parent or
22 staff member made any complaints to you about the
23 slide show from the Bronx Zoo field trip?
24     A    No.
25     Q    In 2019, did the students in your class,

Page 261

EDWARD HEINRICHS
1  EDWARD HEINRICHS
2  your advanced zoology class, did they know that
3  photographs taken at the zoo could be used in your
4  slide show?
5      A    Yes.
6      Q    The students that were depicted in the
7  monkey do slide show for 2019, did any of those
8  students object to being in the photograph of the
9  pose you suggested?
10     A    No.
11     Q    In your prior years of having the monkey
12 do slide show -- having the monkey do in your slide
13 show, have they depicted students of all different
14 races and ethnicities?
15     A    Yes.
16     Q    And that would include some Caucasian
17 students?
18     A    Yes.
19     Q    I'm just going to show you a document.
20 I'll mark it as Defendant's Exhibit A.  I think it
21 was marked by plaintiff, but you didn't use it, so
22 I'll mark it as mine.
23          (WHEREUPON, the above-referred to
24          document, pages 1 through 12 of
25          Defendant's Discovery Response, was deemed

Page 262

```
 1              EDWARD HEINRICHS
 2         marked as Defendant's Exhibit A, for
 3         identification, as of this date.)
 4      Q   I'm just going to scroll through it quick.
 5  It's just a few pages, just so you can see.  And
 6  this is Bates 1 through 12 of our discovery
 7  response.  Just scrolling down.
 8         Do you recognize what's indicated in this
 9  document?
10      A   They're grooming, representing altruistic
11  behaviors.
12      Q   But are these monkey do slides from
13  various slide shows you've done in past years?
14      A   Yes.
15      Q   And in 2010, were Caucasian students used
16  for the monkey do slide?
17      A   Yes.
18      Q   What about in 2013?
19      A   Yes.
20      Q   What about in 2014?
21      A   Yes.
22      Q   What about in 2016?
23      A   Yes.
24      Q   And how about 2017?
25      A   Yes.
```

Page 263

```
 1              EDWARD HEINRICHS
 2      Q   And 2018?
 3      A   Yes.
 4      Q   And the second slide show in 2018?
 5      A   Yes.
 6         MS. SOLLER:  Okay.  Thank you.  I
 7      have nothing further.
 8         COURT REPORTER:  Before we jump off
 9      the record.  It's a federal case.  There
10      are no courtesy copies.
11         Cristina, are you going to be
12      ordering a copy of today's transcript?
13         MS. SOLLER:  Well, I would ask or
14      demand that the transcript be served on
15      Mr. Heinrichs review and make correction,
16      if needed.  So usually, that means
17      plaintiff's counsel does send a copy to
18      us.
19         COURT REPORTER:  Not in a federal
20      case.  That's in a state case.
21         MS. SOLLER:  I usually have it sent
22      to me in a federal cases, too.  If we have
23      to order, we will order.  But I want to
24      make sure that demand is on the record.
25         COURT REPORTER:  Chelsea, are you
```

Page 264

```
 1              EDWARD HEINRICHS
 2  going to be ordering a copy today?
 3         MS. WEISBORD:  I'll figure it out.
 4  But the witness has a right to review it
 5  and have an errata sheet.
 6         MS. SOLLER:  Exactly.  That's why I
 7  don't want to say I'm necessarily
 8  ordering.  I will be in touch, if I need
 9  to purchase a copy.
10         MR. RAY:  Well, just so the record
11  -- we're making records about these
12  things.  Allow me to say that this has
13  been -- this issue of who pays has been a
14  controversy before in other cases.  And I
15  don't really know how it ends up being
16  resolved.
17         But the federal rules do -- they
18  are such that the court reporter normally
19  gets paid for every transcript that they
20  produce.  And I don't want to be in a
21  position to undermine my court reporters
22  of many years standing of Accurate
23  Reporting by, basically, torpedoing their
24  ability to collect a fee to which they can
25  be entitled under the federal law by
```

Page 265

```
 1              EDWARD HEINRICHS
 2  providing a free transcript.
 3         So we have that dilemma.  So right
 4  now, I'll just take the position --
 5         MS. SOLLER:  Because the federal
 6  rules say you have to make a demand for a
 7  copy with the errata sheet and everything.
 8  So that's why I'm doing that.  It's really
 9  unrelated to the cost of the transcripts.
10  If, you know, that is the case and
11  everyone gets a bill, you know, then, you
12  know, send us the bill.
13         And if we have a problem with it,
14  we'll let you know.
15         (CONTINUED ON THE FOLLOWING PAGE.)
16
17
18
19
20
21
22
23
24
25
```

Edward Heinrichs 05/05/2023                                                    Pages 266..269

Page 266

```
1            EDWARD HEINRICHS
2        MR. RAY:  Yeah.  I mean, the way I
3    have handled it in the past is that, when
4    you make that demand, which is often
5    enough, we write back and say you're
6    entitled to a copy through Accurate Court
7    Reporting.  You can purchase it and so on
8    and provide it that way.  That's how we do
9    it, so.
10            (WHEREUPON, this proceeding was
11    concluded at 5:24 p.m.)
12            *    *    *    *    *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 268

```
1                EDWARD HEINRICHS
2                I N D E X
3    WITNESS          EXAMINATION BY BY      PAGE
4    Edward Heinrichs Mr. Ray                  6
5                     Ms. Weisbord           254
6                     Ms. Soller             260
7                 *    *    *    *    *
8                E X H I B I T S
9    PLAINTIFFS'      DESCRIPTION             PAGE
10       13          Lab packet                4
11       14          Cert 23                   4
12       15          E-mails                   4
13       16          Field trip memo           4
14       17          Directive to meet letter  4
15       18          Lonergan letter           5
16       19          Photo of sign-in classroom 5
17       20          Monkey do picture         5
18       21          Social media posts        5
19       22          Answers to Interrogatories 121
20                 *    *    *
21    DEFENDANT'S      DESCRIPTION             PAGE
22       A           Pages 1 through 12 of    262
23                   defendant's discovery
24                   response
25    (All exhibits retained by respective counsel)
```

Page 267

```
1                EDWARD HEINRICHS
2         A C K N O W L E D G E M E N T
3    STATE OF NEW YORK   )
4              :ss
5    COUNTY OF          )
6            I, EDWARD HEINRICHS, hereby certify
7    that I have read the transcript of my testimony
8    taken under oath in my deposition of          ;
9    that the transcript is a true, complete and correct
10   record of my testimony, and that the answers on the
11   record as given by me are true and correct.
12            _____
13                EDWARD HEINRICHS
14
15   Signed and subscribed to before me,
16   this        day of              , 2023.
17   _____
18   Notary Public, State of New York
19
20
21
22
23
24
25
```

Page 269

```
1                EDWARD HEINRICHS
2            INFORMATION REQUESTED
3    DESCRIPTION                           PAGE
4    Search your records, including in school,   38
5    for any documentation, including the one you
6    mentioned to us, the form that you think you had.
7    And if you have any such documentation related to
8    the field trips, I would ask you to produce them.
9                 *    *    *    *    *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 270

1              EDWARD HEINRICHS
2           C E R T I F I C A T I O N
3   STATE OF NEW YORK    )
4              Ss.:
5   COUNTY OF NASSAU     )
6         I, SINDEE J. BAUM a Notary Public for and
7   within the State of New York, do hereby certify:
8         That the witness whose examination is
9   hereinbefore set forth, appeared remotely and was
10  duly sworn and that such examination is a true and
11  accurate transcription of stenographic notes of the
12  testimony given by that witness.
13        I further certify that I am not related to
14  any of the parties to the action by blood or
15  marriage and that I am in no way interested in the
16  outcome of this matter.
17        IN WITNESS WHEREOF, I have hereunto set my
18  hand this 19th day of May, 2023.
19  _____
20        SINDEE J. BAUM
21  THIS TRANSCRIPT IS MY WORK PRODUCT AND IS NOT TO BE
22  DISTRIBUTED TO ANY THIRD PARTY.  YOU MAY COPY IT OR
23  SEND IT INTERNALLY WITHIN YOUR OWN OFFICE.  PLEASE
24  NOTIFY MY OFFICE FIRST IF YOU NEED TO DISTRIBUTE IT
25  OR COPY ANY PORTION OF IT FOR ANOTHER PURPOSE.

Page 271

1              EDWARD HEINRICHS
2           E R R A T A   S H E E T
3   CASE NAME:  JAKEEM MOYE, B.B., a minor by BUTCH
    MURRAY, his grandfather, KHEVIN BEAUBRUN and DESMOND
4   DENT, JR.  V. LONGWOOD CENTRAL SCHOOL DISTRICT, et
    al.
5   DATE OF DEPOSITION:  5/5/2023
    WITNESS' NAME: EDWARD HEINRICHS
6
7   PAGE/LINE(S)/    CHANGE            REASON
8   ____/_____/_____/_____
9   ____/_____/_____/_____
10  ____/_____/_____/_____
11  ____/_____/_____/_____
12  ____/_____/_____/_____
13  ____/_____/_____/_____
14  ____/_____/_____/_____
15  ____/_____/_____/_____
16  ____/_____/_____/_____
17  ____/_____/_____/_____
18  ____/_____/_____/_____
19  ____/_____/_____/_____
20  ____/_____/_____/_____
21              _____
22              EDWARD HEINRICHS
23  SUBSCRIBED AND SWORN TO BEFORE ME THIS_____DAY
    OF_____, 2023.
24  _____
25  NOTARY PUBLIC MY COMMISSION
    EXPIRES_____

Edward Heinrichs 05/05/2023

---

**-**

---

**--in** 34:23

---

**1**

---

**1** 71:3 77:7 78:7 80:8 84:14,16 85:19 90:21 95:4 99:17 104:23 109:23 114:16 124:10 127:7 189:13 261:24 262:6

**10** 197:21

**100** 49:5,7,20 60:25 61:3

**10:49** 34:12

**11** 204:3 205:20 207:21,22

**114** 109:23 188:16 189:16 208:7

**118** 97:5 189:13

**11953** 6:4

**11:01** 39:4

**11th** 22:19

**12** 207:19 208:2 218:11 261:24 262:6

**123** 200:22

**124** 208:8 220:19

**125** 208:3,17 220:22

**126** 218:12,16

**12:58** 116:25

**12th** 22:19

**13** 17:20 53:25 54:3,21 66:14 67:22,25 71:4

**130** 95:3

**136** 135:21 148:17

**137** 140:12 142:13 148:17

**138** 139:14 140:17 142:8 146:2 175:22

**139** 176:21

**14** 121:21 122:8 177:4

**148** 205:19

**15** 25:10 60:22 61:9 62:11 70:3 119:20 217:25

**16** 39:9,16,19 40:18

**17** 54:15

**170** 149:2

**171** 153:18 175:10

**172** 156:6

**18** 54:20 55:21,22 67:25 71:4 207:24, 25

**18-11** 207:24

**1969** 7:23

**1991** 9:10

**1996** 9:16

---

**2**

---

**2** 54:14,16 123:11,17,25 135:21 139:14 149:2

**20** 21:23 24:7,13 29:15 30:6 33:12 40:2 74:4 132:22

**2010** 114:17,19,20 262:15

**2010/2011** 132:5

**2011** 123:12 128:14 129:2,21

**2013** 168:8 262:18

**2014** 170:23 262:20

**2015** 175:11

**2016** 177:2 258:24 262:22

**2017** 186:5 189:16 191:8,14,17,20 192:18 262:24

**2018** 36:19 40:2,5 197:17 204:3 207:22 263:2,4

**2019** 54:25 55:7 56:15 60:10,16,24 61:16 62:2,18 63:19 70:16 83:19 84:10 133:2,9,24 207:19 218:11 219:9,15 222:20 223:2 230:14 233:19 252:21 253:4 254:21,25 260:12,21,25 261:7

**2020** 10:21 12:2 17:11 64:11,16 66:19 67:7 70:16 132:22 133:9 230:21,25 250:24 251:12,16

**20th** 223:4,13

**21** 6:3 19:3

**22** 18:19 121:9,12

**24** 61:19 160:15

**25** 11:23

**26** 18:19 186:6 190:10 191:8 192:16,

18

---

**3**

---

**3** 54:20 67:25 160:13 168:7

**30** 11:24

**3020A** 242:17

**35** 62:5,7,10 70:4

**37** 84:15

**38** 85:19 179:11

**3:34** 197:13

---

**4**

---

**4** 168:6

**40** 62:6,7,10 70:4

**44** 61:5

**48** 61:23,25

**4:19** 226:3

**4:53** 247:16

---

**5**

---

**5** 170:22

**50** 20:3,7

**50/50** 20:3

**53** 204:5

**54** 7:21

**5:24** 266:11

---

**6**

---

**6** 175:9

**60's** 59:13

**63** 197:22

**631** 52:22

**64** 193:16

**65** 59:14

**66** 170:24 174:19

**68** 90:21 91:24 98:5

**69** 93:8

---

**7**

**7** 177:2 258:24

**70's** 59:13

**75** 8:20 9:20,23 10:6,9 61:2,3,7,9

**79** 99:17

---

**8**

**8** 121:20 186:4 189:16 230:25

**80** 104:23 123:25

**80's** 59:13

**8th** 230:21

---

**9**

**9** 191:7,11,12 193:16

**90** 59:12

**90's** 59:12

**96** 9:16

**98** 182:17

**9th** 231:9

---

**A**

**a.m.** 34:12 39:4

**abided** 127:21

**abides** 25:6

**ability** 77:25 237:6 264:24

**above-referred** 261:23

**absence** 167:7 253:9

**absolutely** 51:12 141:16 150:12 154:22,23 155:3 170:2,20 221:10,11, 13

**absorbing** 63:13

**academic** 9:18 233:9

**academically** 22:23

**acceptable** 158:4

**access** 255:22 257:2

**accommodate** 7:10

**accompanied** 48:5,10,15,19,24 49:24

**accompany** 49:4

**accuracy** 57:7

**accurate** 26:25 42:12 53:10,18 62:12 68:6 69:2 72:17 73:21 114:17 160:19 162:24 175:5 264:22 266:6

**act** 137:6 138:23 146:18 162:2 201:20

**actively** 131:24

**actual** 207:11

**ad** 33:14

**add** 98:19

**addition** 72:4

**additional** 36:15 55:17 69:16,24 231:7 244:16

**address** 6:2 18:23

**addressed** 13:17

**administration** 35:16 66:3 223:18 224:25 225:12 227:23 230:3,7,12,21 231:2,8,12 236:11 247:21 248:2,6,13 249:2,6 253:12,17,18,23 254:4,6

**administrative** 237:14 242:6 243:11 244:18 253:7

**administrator** 237:19,25 249:11 250:17

**administrators** 35:20 232:13,19 239:9 241:23 249:15,22

**admit** 53:13

**adopt** 104:6 144:10

**advance** 10:4 61:15 62:17,21 63:3,18 130:19 167:17,21

**advanced** 8:11 18:4 21:12,21,25 22:3,5,9,22,23 23:6 24:8,14,15 29:15 30:3 41:8 47:7 61:21 105:16 158:13 257:20 261:2

**advertised** 245:19

**advised** 65:8

**advisor** 26:10,12

**African-american** 19:20 20:8 21:3 139:20 142:5 144:21 145:16,20 149:6, 23 150:22 152:3,12 162:24 163:21 164:3 177:16,19 183:11 184:7 185:24

186:12,24 187:13 190:11 192:4,22 203:8 204:11 206:2,17 207:4 208:14 213:22 220:23 221:22 222:6

**African-americans** 141:18 144:14, 17 145:5,14 150:4 160:23 183:22 191:4 192:15

**afternoon** 18:5

**ages** 18:18 22:6

**agree** 44:20,22 65:18 75:17,19 104:8 112:2,6 138:22 152:11 153:8 161:21 178:9,13 184:2 193:11,13 203:14,17, 18,19

**agreeing** 178:15

**agreement** 244:2 245:7

**ahead** 185:20 233:5

**allegedly** 148:8 220:23

**alligator** 105:9,10 106:10,12,13,15,21 107:2,17 108:17,21,22 109:2,4 124:10 126:11 127:7,15 128:16 129:5

**alligators** 106:17

**allowed** 64:14 247:12

**altered** 229:24

**altering** 130:12

**altruism** 122:23

**altruistic** 122:12,15,17 123:3 140:24 141:6,15 147:20 148:3 262:10

**amount** 257:9

**amounts** 20:16

**anatomical** 41:21 46:25 47:9,18,22 111:14,16 112:9,12

**anatomy** 49:23 111:7,10

**and/or** 100:13 226:16

**Andy** 132:12,13 253:8

**Angel** 132:15 133:15,18

**animal** 42:11 47:11 48:8,21,25 49:9, 18 50:23 82:12 94:19 97:6,18 101:6 109:24,25 113:2 122:18,22 147:3,17 171:23 183:5 248:21 259:5

**animals** 28:2 41:22 46:14,23,25 47:8, 19,21 50:10,12,20 83:8 139:8 148:16, 17 174:4 183:7 186:18,24 187:5,6,9, 14 188:3 190:4 192:17 193:4,5 207:2 259:3,7

**announced** 251:4,5,6

**another's** 147:6 148:9 208:17 215:23

**answering** 68:18 138:15

**answers** 32:25 33:22 57:22,25 58:5, 21 59:16 69:20 81:22 118:11 121:10 226:6

**Anthony** 132:13

**anticipate** 173:25

**Antony** 133:13

**anymore** 247:11

**AP** 8:11 17:18 21:16 26:6 27:3

**apologize** 258:6

**apparent** 126:2

**appears** 12:12 112:17 233:9,10

**applications** 255:9,15

**apply** 144:12

**approach** 34:3

**approached** 241:2 252:19

**approaching** 20:3

**approval** 35:9 99:10 151:23 152:3 251:17

**approve** 40:16 155:16,18

**approved** 236:2,17

**approximately** 9:15,16 17:20 24:13 49:25 60:19 62:4 129:20 217:24 219:5,6

**area** 19:5

**arm** 153:25

**arms** 180:24 194:3,12,13 195:5 198:4, 8 199:5,6,7,16,18

**arrangement** 135:25

**Asian** 19:19 20:9 21:8 99:23 100:16 102:3,12 103:2,7,12 137:13,16 138:5, 8 202:11,18,21,23,25 203:21,22

**Asians** 100:22 115:2 117:13 123:2 203:14 249:16,24

**asks** 87:6 93:14

**asleep** 149:16 150:10,13,19,22 151:15 152:12,23,24 153:12,20 154:19 206:2

**assessment** 42:16 44:8,9

**assignment** 42:19,23 44:12,14 216:23

**assignments** 217:6 239:23

**assistant** 17:14 223:22 242:21 250:7 251:3

**assuming** 27:17

**ATM** 136:18 138:7 181:8

**attack** 106:17 108:17,21 181:16

**attacking** 177:20

**attempt** 101:25 102:10,17 136:21

**attempting** 106:16 126:3,21 127:2 138:7 150:9 162:22 222:12

**attend** 259:15

**attended** 20:17,18,21 63:23

**attending** 259:22

**attorney** 118:24

**attorneys** 66:2

**attracted** 150:5

**atypical** 131:10

**August** 10:21 11:20,22 12:2

**AV** 17:6

**average** 23:4

**avoid** 65:23

**avoided** 45:23

**awarded** 26:15

**aware** 6:9 34:6 35:2 38:3 58:2,9 67:9 75:6 78:19 80:4,6 99:9 128:2,6 185:17 229:18 232:8,11,13 237:14 241:6 245:14,16 252:4

---

**B**

**baboon** 149:9,17 150:10,24 152:5,13 153:4,12 206:12,19,23 207:5,13 218:24 219:10,11,14,16 220:5,8 221:5,12,17,19,22 222:7 227:5

**baboons** 149:23 150:5

**back** 8:18 30:25 31:4 33:4,7 38:5 39:17 46:17,20 54:2 58:3 60:7 64:14 68:20,23 87:2,4 113:5,6 124:4 129:17, 19 132:4,9,15 133:15 136:4,15

138:18,20 180:23 193:19,20 212:7,10 226:6 266:5

**background** 18:11 184:6

**bad** 70:6 137:24 138:8

**balloon** 151:19,24 152:4 153:4

**ballpark** 13:5,8

**banquet** 26:10,11,14,18

**basic** 6:23

**basically** 264:23

**basis** 235:20,22 236:12,21

**Bates** 55:21 67:25 71:4 262:6

**Bates-stamped** 54:15,20

**bear** 46:16 127:8

**beautiful** 187:13,18 206:24

**began** 22:3 24:8 30:8

**begin** 21:21

**beginning** 24:18 64:13 236:3

**behavior** 49:23 122:13,15,17 123:4 140:24,25 141:6 146:3 147:11,13 212:20,22

**behaviors** 49:19 141:12 147:20 262:11

**belive** 184:7

**bench** 68:17

**bending** 112:18

**beneficial** 141:2

**beware** 186:17 187:14 193:5

**bias** 10:8,11,15 15:6

**big** 121:3 172:12

**bigger** 257:8

**bigoted** 109:18

**bigotry** 11:18 13:18,23 14:3,5,8 109:12 138:24

**bill** 265:11,12

**bin** 67:8,12,15 217:4,11,13,18,20 218:3

**biology** 8:12,24 9:6,7 17:17,18 21:16 22:13 26:6 27:3 72:11,12 73:8,14,19 211:7

**bird** 50:24,25 52:14

**birds** 51:20 147:19

**birth** 7:22

**bison** 95:7,9,18

**bit** 250:13

**black** 20:8 71:7 72:5 76:10,21 77:25 81:16 82:22 83:23 84:7,20,24 85:5,10 87:17 88:11 90:14 114:24 122:25 144:21 145:20 161:5

**black-colored** 80:22 81:9 82:2 89:19 90:5

**Blacks** 163:21

**blacktop** 72:3

**blue** 67:8,12,15

**blurb** 128:13

**Board** 16:11

**body** 41:19 112:19

**bold** 154:8

**book** 58:14 70:13,15 72:19 73:2,8 74:3,4

**books** 29:3,11 70:20

**borderline** 185:13

**boring** 31:16

**bottom** 55:21 112:19 172:11 215:5

**Boulevard** 6:4 19:3

**boy** 136:3,9,18 137:12,13,16 138:8 150:22 153:25 154:2 176:8 180:19 183:11 205:8,10

**boy's** 136:16

**boys** 136:2 154:24

**brain** 51:7

**branch** 113:6

**break** 34:9 223:6 230:9 257:19

**Brian** 158:15,17 252:8

**bring** 85:18 177:8

**broke** 235:24

**broken** 143:11

**Bronx** 24:10,16,19 25:22 28:22 29:16, 20 30:6 35:21 38:20 39:25 42:2,24 43:15 44:3,5 47:14 51:9 54:4,11,13

55:15 63:23 68:3,4 71:3,8,15,24 72:5 73:20,23 74:14,15,16,17,20,22 75:6, 14,22,23,25 76:11,22,24,25 77:4,10, 11,19 78:3,4,5 79:22 80:21 81:10,15, 17,25 82:2,23 83:22,24 85:2 87:8,10 90:15 95:9 102:3 114:25 133:21 135:2,7,15 163:22,25 164:5,9 165:20, 21,22 166:3 169:9 181:22 182:2,4 195:16 201:2 251:19 260:13,23

**Brook** 9:4,12 10:2

**Brookhaven** 21:16 26:6 27:4,14 28:13

**brought** 232:3,6 260:5

**bubble** 85:24 86:3,4,13,14 105:3,5 107:16 124:11

**Buddhist** 197:10

**Buddhists** 160:2,10

**buffalo** 95:13,20,22 96:4,13,15,21 98:9,20 114:24 117:7 172:5

**building** 35:15 64:15 247:11

**bus** 61:5 149:16 151:11 206:5

**buses** 61:5,6,8

**business** 234:18,20 255:16

**busing** 40:17

---

**C**

**call** 106:8 107:11 156:12 166:15,20 223:24 255:20

**called** 26:18 105:23 124:21 125:7,16, 24 131:20 164:11 195:8,9 245:13 246:11

**calling** 166:6,11,13 196:15 252:11

**calls** 105:24 106:4

**Campbell** 73:7,18

**campus** 10:2

**cancel** 260:8

**cancelled** 240:11 259:24,25 260:3,4

**capabilities** 256:10

**capital** 42:19,20 84:21 85:4 149:18 150:24 186:17

**capitalize** 84:24 85:10 149:10

**Capri** 86:10

**caption** 101:21 129:22 155:18 173:16 174:2 188:24 189:3,6 221:18

**captioned** 199:23

**care** 102:20 104:2 167:9

**career** 13:2,11 17:13 26:20

**carried** 114:19

**case** 6:21 7:15 118:24 120:6,12 196:18 208:13 209:2 250:11 263:9,20 265:10

**cases** 234:24 263:22 264:14

**Catholic** 125:9 126:6,11,21 196:19 200:2,4,6,12

**Catholics** 196:24

**Caucasian** 19:19 20:6 153:2 176:7,9 177:12 188:8 190:15 203:6,7 261:16 262:15

**Caucasians** 176:5

**cell** 6:11 91:5 99:13 174:6,8 225:14

**center** 140:4 160:19

**central** 10:17 35:16 66:6 231:8 242:3, 4 243:10

**certificate** 11:8

**certification** 10:25

**chain** 213:16,22

**chair** 133:13,17,18 252:23 253:8

**chairman** 35:15 133:21 251:2

**chairpeople** 132:7,11

**chairperson** 132:2,4,18,19,25 133:5, 8 134:5,8,11,18 239:12,17,18 240:3 252:20 253:5,13

**chance** 50:4

**change** 33:18 61:3 127:12 129:22 189:10,23

**changed** 127:10 128:13,16 171:20 188:24 189:5,8,9,15 206:21,22

**chaperone** 105:17

**chaperones** 36:9 130:14 165:24 166:3 209:19

**characterize** 126:18

**charge** 26:12 62:21 63:8,10,11 205:11

charged 243:19

charges 242:17,19,23 243:15,18,23

chat 52:23

check 101:19 131:5 134:4,7,10,14
    217:15

checked 217:17,21 218:3

checking 130:21

Chelsea 244:22,25 254:15 263:25

chemistry 22:14

chest 153:20

childhood 141:9,11

children 18:16 78:12 124:22 153:2
    193:2 198:9 249:13

choke 161:18 164:4

choked 202:11 203:21 204:11,15,16,
    21,24 249:3

choking 162:5 163:21 178:2,24
    180:13 201:16 203:12,13

choose 22:16 55:12,17 150:21 173:4
    192:21 216:24,25 220:16

chose 96:14 164:2,3,8,18 172:4 180:7
    204:15,18 260:8

chosen 93:16 173:7

Christ 194:7 199:12

Christian 126:16,19 196:11

Christianity 127:3

Christians 159:15 197:3

Christmas 223:4,5 230:9

Chromebook 233:17

church 35:5 104:5,7,14 107:25
    157:23 200:6

claimed 215:16

clarify 32:15,17,18 65:22 122:16

clarifying 254:18

class 20:2 21:12,16 22:4,6 24:9
    26:10,12,13 30:24 36:8 42:12 44:2,7
    46:15 49:18 56:5,8 61:18,19,25 63:8,
    9,23 82:22 83:5 103:8 104:20 140:2
    155:24 159:16 169:9 170:8 194:21
    196:25 197:3 203:22 216:22 222:24
    223:9,10,13 224:3 228:20,21,24,25
    229:16 254:24 260:25 261:2

classes 11:8 21:15 26:2 41:13 57:12
    61:16,20 62:17 63:3,18 78:13 94:23
    103:23 107:9 228:19 229:10,11,24
    235:12 250:23

classifications 202:22

classroom 11:11 31:8 66:7 130:4
    217:5 223:24 230:16 242:6

cleaning 27:12 147:18

clear 6:13 85:5 208:16

clergy 125:3 157:10,12

clergyman 126:4,7,11,14

clever 78:7

close 20:20 60:25 107:18 149:7
    154:18 223:4

clothes 167:15,17,20

Cloud 227:18

club 23:13

coach 32:8

coats 214:14

coincidence 194:12,17 199:7 207:8

cold 167:16 214:14

collaborative 17:21,23

collect 42:15 167:3 216:9 264:24

collected 64:3

collecting 42:25 120:7

college 9:3 10:13 17:19 122:17

color 71:6,7,18 72:6 73:20 75:7,13,21
    76:3,10,11,21 77:25 78:13,20 79:6
    81:16 82:22 83:23 90:9 141:21 192:24
    207:6,7

coloration 72:14 90:14

colored 79:25 85:25 87:16,17

combination 93:4

combine 113:18

combined 93:23 111:24 112:17
    114:3 170:5

combining 102:24

comedian 23:13,15

comedy 23:10

comfortable 154:14 155:5

comical 169:4

comment 169:14

committed 243:3

common 12:6

commonly 144:13

communicated 81:24 241:22
    253:11,17

communities 147:18 165:13

community 20:11,12 23:8 246:10,12,
    13,14,16 251:25

companion's 148:2

compare 41:21 47:21 50:5

compared 94:19 96:3,20 97:23
    103:11

comparing 98:9 142:22 143:4 149:22

complain 232:10,12

complained 232:15

complaint 228:18 252:2

complaints 241:11 260:22

complete 42:15,18 68:4,8 244:7

completed 69:17 217:5

completely 113:5

completing 143:8

completion 44:12 143:17,20

complied 208:23 210:11

compose 42:10

composes 22:5

composition 23:6

computer 6:11 16:13 25:15 47:10
    67:2 99:14 131:23 233:7 255:14,18
    256:4

computers 237:13

conceive 34:3 163:4 164:10 187:9
    213:21

conceived 31:5,12

concept 28:22

concepts 49:18

concern 102:6 247:21

concerned 53:6 63:15 109:17

concerns 249:7,12

conclude 187:8

concluded 266:11

conduct 21:12 25:11

conducting 17:8

conference 12:14

conferences 12:7

confidentiality 245:6

confuse 191:25

confused 46:24

congregation 195:15 199:24

connected 165:19,21,22,24 166:2

connection 114:7,8,14,15

considered 14:4 134:17 142:3 202:25

consists 75:13

constituted 49:20

construed 137:11 162:11,12,18 202:23

contact 230:2,7

contained 57:24 74:11

content 251:15

context 79:7 125:19 141:8

continue 22:17 142:20 165:12 228:16

continued 34:14 39:6 98:24 117:3 216:7 226:7 247:18 265:15

continues 140:17 145:18

Continuing 7:14 56:12 137:2 144:12, 24 176:4 186:14,20 187:23 194:16 233:21 247:2

contrast 41:21

control 53:12

controversy 264:14

conversation 65:17 231:18 252:18

conversations 119:19

converted 59:11

convey 189:19

convince 68:15 82:8

coordinate 26:22

copies 27:23,25 66:21 67:3 231:3 263:10

copy 37:24 70:22 263:12,17 264:2,9 265:7 266:6

core 57:8

corner 215:5

correct 19:12 25:24 27:2 31:6 35:11 40:3,7 41:16 42:5,7,13,17 43:15 44:10,11,13,18 47:23 56:9,14 58:23 59:21 60:17 62:9 63:20 66:14,24 68:24 69:25 70:2 75:7 77:12 85:25 89:15 93:21,22 94:9,15 95:11 96:21 97:2,7 100:22 104:20,21 105:9 111:11 123:4,9,10,23 128:9 129:24,25 130:17 131:15 137:16 140:15,19 148:12,25 149:8,12 153:21,24 156:9,11 160:20, 25 161:4,9 163:19 164:20 166:16 168:14,18 176:3 177:24 180:24 181:9, 12,14 189:14,18 191:2 196:17 198:10 199:2,8,9 200:7 201:3,14,15,16,19 202:7,12 204:12,14,16 208:12,15 209:4 210:14,17 216:3,4 219:17 220:6,21 221:2,3,6 224:6 227:4,7,8 233:12,20 240:16 241:19 251:9 254:21,22 257:4 258:9

correction 263:15

correctly 256:24

correlation 100:17

cost 40:17 265:9

Cotter 242:5

counsel 32:7 65:13,17 263:17

counsels 39:12

count 137:5

couple 27:22 83:17 120:19 240:10

courses 9:18,21 10:2,3,5,7,10,24 11:13,16,17 17:11 18:9 21:10 22:12, 19 35:4 57:12 132:25 257:20

court 38:24 52:17,21 53:10,15,18 145:12 258:14 263:8,19,25 264:18,21 266:6

courtesy 263:10

cover 11:20

crayfish 50:14,16,17 51:13 52:5

create 24:17 28:23 30:16 33:14 54:21

created 27:4 28:21 33:11 48:13,14 54:12,22 55:11 233:24 234:3

creating 33:13 161:15

creation 30:5 34:4

creature 122:21

creatures 47:2 50:8 51:23 90:24

credit 57:3,4,6,8 59:8,10 60:3,14,15, 20 62:12 68:10 69:2,11,13,17,25 216:23,24

credits 8:20 9:20,23 10:4,6,9

Cristina 119:3 244:22 263:11

cross 64:2 187:22

crucifix 194:5,13

curious 18:22

curled 136:10

current 6:2 33:20 114:21 130:13

curriculum 62:22 236:2,17,19 251:17,18

cut 65:10 198:6 221:23 222:2 233:6

cute 149:10,18,24 150:24 152:5,13 153:4,13 186:18 187:15 188:2,6,9 192:17 193:5 206:13 207:5,13

---

D

daily 236:12,21

dark 214:22,23,24 215:6,7

dark-skinned 177:20

darker 79:25 183:10

darker-skinned 177:25

dash 192:2

data 42:15

date 7:22 12:20 36:8 121:13 230:25 262:3

dated 40:2

dates 12:18 182:25 184:12,16 185:3, 7,23

dating 184:21 185:2,8

day 55:18 56:6 214:15,17 215:10 216:14,15 217:24 218:3 223:5 226:25 228:20 229:4,25 230:2,6,9,22,24 252:12 258:7

day-to-day 236:7 250:22

days 83:17 119:7,22 231:6

de 253:8

deal 77:7,10

dealing 10:7,10 11:17 38:19 72:22 226:9 247:24

dealt 29:11 49:22 244:13

decades 250:21

December 84:10 223:2,3,13 252:21 253:4

decent 238:17

decide 205:2

decided 259:8

deciding 205:9

deemed 121:11 261:25

deer 51:6 52:15,16

Defendant's 261:20,25 262:2

defined 111:22

definition 111:24,25

definitions 111:12 112:8

degree 8:19,20,21,25 9:2,3

delete 65:7,9 66:12 227:21

deleted 227:22 228:12

demand 263:14,24 265:6 266:4

demands 121:16

demean 126:21 127:2

demonstrate 146:16 178:18

demonstration 51:6

Dent 209:9

department 17:6,14 35:14 132:25 133:6,7,9 134:5 251:2 253:6

Departments 256:15

depending 72:15

depict 28:5 122:12 126:3,17 136:21 141:14 142:7 149:6 150:22 157:11 160:6,9 172:4 201:20 221:7 222:12

depicted 95:22 109:5 126:10 127:23 136:2 151:7 153:11 156:8,18 163:5 164:18,21 165:3 171:4 178:24 179:15, 17 188:2 204:21 213:22 223:11 248:4,

8,11,14 249:17 252:5 261:6,13

depicting 28:2 137:5 138:8 145:15 151:19 153:4 172:3 182:2 185:2 187:25 195:4 249:12,16

depiction 139:11 152:14 161:17 169:24 173:9 180:7 183:22 249:3,8

depictions 220:4,10

deployed 253:9

deposition 79:9 118:17 185:15

deride 200:6

descent 21:3,6,8

describe 16:9 22:8 23:5 116:16

describing 45:24

design 24:7

designed 24:6 44:19,20,21,23 45:10 55:22 57:24 97:17

desk 131:22 217:4

desktop 256:11

desktops 256:5,8

Desmond 209:8

Desmond's 214:22 215:3

destroy 227:17

detail 42:12

determine 101:20 102:17

determined 30:16

determining 29:4

detriment 122:19

devise 58:13

devised 57:15 58:5,11

devoted 13:9

di 132:12 253:13

difference 55:6 84:25

differences 47:2,9,19

differently 14:12

difficult 205:2

difficulties 161:15

difficulty 7:8

digital 66:21 70:17,24 227:11

digitally 70:18

dilemma 265:3

Dinnato 132:12 253:8,13

direct 217:7,10

directed 24:3 68:8

directly 121:4 224:4

director 251:3

disagree 201:5,7

disagreeing 201:11

disagreement 178:22,23

disappear 27:9

disapprove 40:16

disciplinary 242:9,19,23 243:4,11

discipline 250:10

disciplined 243:6,8

discouragement 15:23

discover 102:10

discovery 261:25 262:6

discrimination 10:8,11,15 11:14 12:5 13:4,10

discuss 216:22 240:3 248:7 250:3,5

discussed 13:4 42:11

discussing 42:11

discussion 13:10 82:21 83:5 84:6,9 118:15

discussions 65:13 259:11

dislike 14:10

display 193:4

displayed 124:10

displaying 170:3

displeasure 161:25

dissect 50:7,13,21 51:6 94:22,24 110:5

dissected 42:4 50:6,11 92:23

distance 16:24

distinguish 69:22

district 9:22 10:17 12:3 15:11 36:7 37:14,18,19 40:15 45:10,11 120:25 121:3 228:2 230:16 232:22 233:2,3,

10,13,16,23,25 234:3,6,11,14 235:3,8
236:3,8,11,14,15,18,20,23 237:5,12,
15,19,24 238:3,9 239:6 243:21 244:3,
5,6,7 250:19,20,24 254:16 255:8,11,
12,14 257:13

**district's** 255:4 256:20

**districts** 10:3 235:14

**document** 36:12,13,14 37:9 38:14
39:21 40:8,10,14 121:9,10,14,15
255:17 261:19,24 262:9

**documentation** 37:18 38:6,9,19

**documents** 29:10 37:23 66:10 67:10,
14,21 118:10 120:14,19 121:5 243:2

**dog** 225:22

**door** 19:10,11 225:23

**Dowd** 56:18,22,25 57:9 58:8,10 61:14
62:15 63:3,18 209:15 210:15 222:18
228:16,19 229:14,15

**Dowd's** 63:23

**drafting** 255:17

**draped** 153:22

**dreaming** 153:12 206:16 207:5,13

**dress** 167:12,14

**drive** 228:7 255:11,12,21,23,24
256:16,18 257:8,10,13,15,17,18,19,
21,23 258:4,8

**drizzling** 214:18

**Dropbox** 257:12

**dropped** 61:7

**due** 40:17 240:11 242:9

**Duffy** 119:9

**dumb** 246:17

———————————

**E**

———————————

**e-mail** 118:21 121:3,4 219:2

**e-mails** 65:9

**earlier** 33:9 42:4 114:18 132:23 169:8
178:7 187:25 188:23 206:20,21 255:3

**earliest** 55:10

**earth** 22:12

**earthworm** 50:13,15 51:9,10,25

**easier** 58:21 72:8

**Easily** 13:13

**eastern** 71:6 72:6,14 73:3 79:24
176:10,11

**eating** 110:20 111:4 112:20

**echoes** 129:13

**ecology** 74:8

**ed** 17:14 18:2

**edit** 254:23

**educate** 31:6

**educating** 108:9

**education** 8:18,19,22 11:7 18:7
103:3 242:17

**educational** 30:19,21 31:9,12,19
32:6 44:23 45:2,5,18 46:6,11 47:17
48:6,9,10,20,22,24 49:8 69:9 92:20
93:3 102:23 117:6,12,17,22 139:4
152:21 155:14 179:8 195:2 199:20
207:15

**EDWARD** 6:1 7:1 8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1 100:1 101:1 102:1
103:1 104:1 105:1 106:1 107:1 108:1
109:1 110:1 111:1 112:1 113:1 114:1
115:1 116:1 117:1 118:1 119:1 120:1
121:1 122:1 123:1 124:1 125:1 126:1
127:1 128:1 129:1 130:1 131:1 132:1
133:1 134:1 135:1 136:1 137:1 138:1
139:1 140:1 141:1 142:1 143:1 144:1
145:1 146:1 147:1 148:1 149:1 150:1
151:1 152:1 153:1 154:1 155:1 156:1
157:1 158:1 159:1 160:1 161:1 162:1
163:1 164:1 165:1 166:1 167:1 168:1
169:1 170:1 171:1 172:1 173:1 174:1
175:1 176:1 177:1 178:1 179:1 180:1
181:1 182:1 183:1 184:1 185:1 186:1
187:1 188:1 189:1 190:1 191:1 192:1
193:1 194:1 195:1 196:1 197:1 198:1
199:1 200:1 201:1 202:1 203:1 204:1

205:1 206:1 207:1 208:1 209:1 210:1
211:1 212:1 213:1 214:1 215:1 216:1
217:1 218:1 219:1 220:1 221:1 222:1
223:1 224:1 225:1 226:1 227:1 228:1
229:1 230:1 231:1 232:1 233:1 234:1
235:1 236:1 237:1 238:1 239:1 240:1
241:1 242:1 243:1 244:1 245:1 246:1
247:1 248:1 249:1 250:1 251:1 252:1
253:1 254:1 255:1 256:1 257:1 258:1
259:1 260:1 261:1 262:1 263:1 264:1
265:1 266:1

**effect** 173:23 190:13

**effectively** 92:7

**elaborate** 87:5

**elective** 22:9

**electives** 18:3 22:15,18

**electro** 21:17

**eliminate** 8:5

**ELL** 17:15

**emanating** 85:24

**emphasize** 84:25 85:3

**employee** 80:12,13 81:15

**employees** 65:20 80:17,25 81:2

**employment** 8:15

**empty** 113:11 172:12

**enable** 42:14

**encounter** 82:7,13

**encountered** 72:22

**encouragement** 69:6

**encourages** 69:8

**end** 26:17 56:7 60:8 64:10 233:22
234:5

**ended** 259:22

**Ending** 9:15

**ends** 264:15

**engaging** 109:12

**engineering** 21:18

**English** 17:15

**enjoy** 69:19

**enjoyable** 88:2,4 100:14

enjoying 87:14

enroll 9:25

enter 145:15 243:25

entertaining 238:17

entire 13:11 26:20 170:15

entitled 121:14 127:11 264:25 266:6

entries 246:15

environment 72:15

equal 20:16

equipment 234:17,19

errata 264:5 265:7

essentially 31:6

estimate 13:3 49:22 60:21 62:8,11,13 67:19

estimating 67:18

ethnic 184:6

ethnicities 261:14

event 26:17 229:17

events 26:13,14

everyone's 6:9

evidence 65:4

exact 174:15 210:7 216:8

EXAMINATION 6:15 34:14 39:6 117:3 226:7 247:18 254:12 260:19

examples 14:4 34:19,20 122:23

exclamation 149:11 186:20

Excuse 129:12

exercise 250:24

exhibit 39:9,16,19 52:25 53:24 54:3, 21 66:14 67:22,25 71:4 80:19 84:14, 16 85:19 90:21 95:4 99:17 104:23 109:23 114:16 118:5,8 121:9,12 123:11,17,25 124:10 127:7 135:21 139:14 149:2 160:13 168:6 170:22 175:9 176:25 186:4 189:13,16 191:7, 10,12 193:15,16 197:16,20,21 204:3 205:20 207:11,21,22 208:2 218:10 258:16,24 261:20 262:2

exhibits 39:10,12 80:16 81:3,7

exist 27:7 255:25

existence 24:18

existent 27:10

expect 78:23 79:6,9 80:7 81:13 173:15

expected 82:15

expecting 167:23

experience 9:6 30:19 31:16 32:5 33:10 42:15 43:11,19 45:3,13 69:9,21 82:19 83:6 195:2

explain 11:4 45:11 58:10 211:24 253:18

explained 212:11,13,19

explanation 45:17 72:13 73:19

exploration 68:3

express 161:25 247:21 248:25 249:15

expressing 182:6

expression 15:14

extent 65:12 232:7

extra 10:4 57:3,4,8 59:8 60:14,15,19 62:12 68:10 69:2,11,12,17,25 216:23

___

**F**

fables 141:9,11

face 113:7 242:16,20

face-to-face 231:17

Facebook 245:12,19,22 246:3,4,9,15

faces 196:10

fact 69:22 77:18 78:4 83:3 88:7 89:17 137:12 142:7 151:18 166:15 167:24 169:22 170:8 183:20 187:24 198:20 202:5 216:22 254:4

fair 33:25 34:2 50:8 64:17,18 104:17, 18 134:3 173:8 245:10

faith 126:22 196:11 200:12

fake 137:12 138:6

Fall 29:20 40:4 54:25 55:8 56:15 60:10,24 61:16 62:2,18 63:19 70:15, 16 133:25 254:20,25 260:12

familiar 11:9 41:3 212:3

family 18:12 21:2,5 110:2

fantasies 182:7

fantasy 182:6

fashion 148:11

father 124:15,16,18,19,21,22 125:10, 18,22,24 126:12,18 127:10,11,16,23 128:9,17,23 129:5,24 134:22,25 135:7,9,10,11,12,15,16 156:8,12,19 158:16,17 165:4,5,7,9 166:6,11,13,16, 20,21 168:16 169:2,5,24 170:4 195:8, 10 196:15 199:24 249:8 252:6,11

fathers 159:14

faux 137:2

favor 122:21 141:3

favorable 72:2

favored 71:8,15 72:7 73:20 76:10,11, 22 78:3 81:16

favoring 79:24 80:21 81:9,25

federal 263:9,19,22 264:17,25 265:5

fee 264:24

feeding 122:22

feelings 100:21

feet 214:22 215:3

fell 149:16

fellow 151:5

female 12:23 160:21

females 161:5 162:24 186:14

field 17:8 21:12 24:7,11 25:11,13,18, 22 35:7,9,13 36:6,16 38:10,17,20 39:24 40:16 43:18 45:9,17 60:23 62:11 77:16 123:12 170:16 195:17 204:3 240:11 251:18 252:13 254:20 260:13,23

fifty 17:25 18:2 20:5

figure 13:8 157:16,21 264:3

figured 87:10

file 244:9 256:25 257:20

files 27:12 237:6

Filipino 202:20,24

fill 35:17 36:8 44:16 55:24 61:21 69:8 172:13,14

filled 56:17 57:10 64:24 66:19 67:22 216:10

**filling** 37:2 69:24

**films** 16:6

**final** 44:9

**financial** 240:11

**find** 58:21 81:22 96:16 99:23 102:2 103:2 149:23

**finding** 69:20

**fine** 8:2 34:10 154:4

**finger** 136:12 137:15

**fingers** 136:10,11

**finish** 79:2 113:23 152:2 185:21

**finished** 11:20 229:25 240:22 254:9

**firearms** 15:24,25

**firm** 119:14 243:5

**firsthand** 46:15

**fist** 180:16

**fists** 181:11,16

**fit** 61:8 100:8 172:17,23 173:2

**fits** 61:5

**Florida** 99:12

**focus** 8:23

**folded** 198:24

**folders** 256:14 257:16

**follow** 112:5 156:16 175:6 195:9

**forgot** 16:16 18:24 250:7

**form** 23:2 28:9 33:16 35:13,17,18,25 36:3,4,6,7 37:5,11,14 38:7,18 45:9,24 70:11 73:5 74:5 76:5,13 77:14 78:16, 24 79:24 81:19 92:2 98:12 101:15 103:14 104:16 105:22 106:19,23 107:20 108:3,13 109:9 112:3 115:6,7, 11 116:15 117:8,14,19,20 118:2 127:5,18 137:9 138:11 143:25 146:12, 23 148:5,6 150:2,7,25 152:16 154:21 158:2,8,25 159:6,11,18,24 161:8,19 162:3,16 163:2 164:7 168:3 169:17 172:7 173:10 177:23 178:21 179:2 180:9 182:14 193:6 194:5,15 195:3,11 196:21 200:9 236:16 237:11 238:10, 16,21 240:6,21 241:4 249:19

**formal** 38:11 235:6,7,13,15

**forms** 36:21,22 37:2 251:10

**forward** 33:12

**found** 102:4,13

**freaking** 225:22

**free** 265:2

**freezes** 21:17

**friendly** 186:18 187:15 188:2,6,9 192:17 193:5

**friends** 185:8

**frog** 50:13,15 51:11 52:3

**front** 113:4 140:7 146:10 193:4 209:8 213:2

**frustrating** 161:22 178:14

**fucking** 246:17

**full** 11:2 12:13 61:6

**fun** 31:15 48:17 149:15 163:8,9,11,12 180:3 195:2 196:5,6,10,11,12 200:20 201:25 202:7

**function** 31:9

**funny** 91:12 92:14,17,19 96:9,25 106:8 157:3 174:25

**fur** 71:18

**future** 37:2

---

**G**

**gang** 213:23

**gangs** 213:16

**garbled** 46:8 211:15

**gave** 17:5 18:23 20:14 34:19,20 54:24 57:3 59:15 72:13 112:8 115:15

**gay** 154:24 155:6,10,24

**gazelles** 187:3,5,6

**gel** 21:17

**genders** 14:15

**general** 14:10 36:6

**generate** 84:6

**genetic** 21:17

**genetics** 74:9

**gentleman** 53:4 198:19

**gentlemen** 147:24

**German** 19:6

**get along** 90:17

**gift** 168:21,25 183:6

**gifted** 22:23

**girls** 162:13 163:14 187:18 190:11,15 192:4,22 193:3 205:8,11

**give** 12:4 14:4 32:25 57:8 60:7 159:21 212:21 227:9 247:13 256:19 258:19

**glass** 171:8

**good** 6:17,19 15:18 31:15 38:23 47:10 137:23 170:16 187:24 192:25

**Google** 16:12 17:4 255:10

**gorilla** 176:23 219:10

**grab** 259:5

**grade** 22:20 56:25 57:4,6,7,8 59:5,9 60:2 69:14 70:6,13,15,20

**graded** 59:20 60:6

**grades** 59:11,12 70:24

**grading** 59:16

**graduate** 9:9 10:12

**grasshopper** 50:14,18 51:15 52:7,9

**Grasso** 41:6,7,15 124:17 125:23 127:16,22,24 128:2 129:3,4,22,24 130:16 132:13,14,18,19,24 133:14,20 134:3,22,25 135:5,6,7,11,14,15 155:16 156:10 166:11 224:2,5,7 225:5,6,11 226:22 227:10 229:2 240:19 241:2,7 250:6 252:22 253:10, 14,15,16,24 254:3,20

**gray** 71:7,14 72:2,3,6,14 73:3 76:22 77:2 79:25

**great** 53:19 123:16 149:5

**Greenport** 250:19

**grooming** 122:22 140:25 146:3,5,16, 19 147:2 212:20,22 262:10

**ground** 6:24 214:16,19,20

**group** 14:10 95:9 106:7 161:21 164:8 169:7,10,13,15,21,23 170:6,11,13,19 178:12 179:20 204:22,24,25 205:7 246:6,10

**groups** 14:13 164:2 246:8

**grow** 19:9

growing 20:11

guess 62:19,20 67:17 91:12 109:4 125:11,14 126:9 130:5 137:21 140:9 202:13,15

guessing 62:5 67:16 109:2 260:9

guesstimating 84:5

guided 69:21

guides 235:23

gun 136:3,21 137:3,12,15 138:6 180:13,19,20

guys 129:12

### H

hair 26:16 213:2,10 214:5,8 215:18,23

hairs 220:24

half 113:5 120:2

half-year 22:10

hand 136:9 181:21

handle 237:6,8

handled 266:3

hands 140:7 145:25 146:9,20,21 147:6 162:13 180:20,23 198:24 201:12,13 203:13 208:17

hanging 113:6

happen 91:22 172:22 258:22

happened 92:7 128:25 163:20 168:22 229:23 244:2

happily 182:12

happy 69:12

harm 157:19

hats 214:6

hawks 72:3,8

head 7:2 51:6 52:15 112:18 113:2 136:4,16,22 146:21

heading 137:22

heads 82:19 140:7 146:2,9 147:6,8 148:2,9,20 208:18

hear 15:3 23:19 46:9 141:7,10 179:23 221:25 222:3 230:10

heard 14:25 144:17,20 145:5 256:23

hearing 16:24 129:14 243:22

Heinrichs 6:1,18 7:1 8:1,7 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1,24 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1,16 35:1 36:1 37:1 38:1 39:1,14,17 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1,2,17 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1, 5 118:1,16 119:1 120:1 121:1 122:1 123:1 124:1,7 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1,11 165:1 166:1,7,9,16,20,21 167:1 168:1,17 169:1,2,24 170:1,4 171:1 172:1 173:1 174:1,24 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1,3 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1,24 236:1 237:1 238:1 239:1 240:1 241:1 242:1 243:1 244:1 245:1, 13 246:1 247:1,20 248:1 249:1,8 250:1 251:1 252:1 253:1 254:1,7 255:1 256:1 257:1 258:1 259:1 260:1 261:1 262:1 263:1,15 264:1 265:1 266:1

Heinrichs' 255:23,24 256:18,25 257:10

held 118:15

helped 131:5

helping 130:18,20 146:17,21 209:25

Hennington 24:22

Hennington's 24:23

hide 72:7

high 8:9 26:20 31:15 61:5 185:6

highest 8:19

hindquarters 113:3,5

Hispanic 176:10 203:10

history 42:24 54:10,12 76:17,20,24 77:4

hoc 33:14

hog 114:24 172:4

hold 14:19 225:3 232:19

holding 153:25 154:3 181:15 183:13 184:9 185:24 259:4

holiday 230:9

home 16:21,22 18:23 131:16 206:5 225:22 234:17 237:13 242:25

homework 239:23

hoods 214:7 215:15,20

hope 82:20

hopes 122:20 141:2 146:17

hoping 68:15 87:10

hotdog 111:6,15,17,24 112:2

hour 12:15 120:2

hours 12:15 13:7,8

house 16:25 19:11 105:12

How's 91:3 92:10 93:4 172:14 173:16 174:13

hug 162:19,20

hugged 162:23

human 112:12

humans 47:22 141:15 142:22 143:16 144:4,12 146:9

Humor 156:24

hundred 61:7

hunt 69:20

### I

I-E 210:24

**Ian** 56:20,21

**idea** 19:18,25 53:20 104:7 110:13 134:21,24 163:4 164:10 232:18 253:16

**ideas** 46:13,22,24 47:5,6

**identically** 57:13

**identification** 39:10,19 48:21 54:3 121:13 262:3

**identified** 49:9

**identify** 53:3

**identifying** 48:8,25 52:19

**identities** 45:7

**image** 162:5

**imagine** 70:19 103:24 162:7 182:15, 16

**Imams** 160:7

**immediately** 91:8 234:2

**importance** 58:24

**important** 59:2 166:15 167:25

**imposed** 70:8

**impression** 185:5

**incident** 229:18 246:5 252:2 253:12

**include** 45:16 66:13 261:16

**included** 47:18 91:12,17,19

**includes** 10:25 11:5

**including** 38:6,7 83:8 107:10 121:6 147:21,22 148:14,15

**inclusion** 17:21,24

**increased** 72:9

**increases** 9:21

**indicating** 137:6

**individual** 14:11 53:22 127:20 256:5

**individuals** 142:8 256:16

**infer** 112:20 150:9

**inform** 151:5 237:25 239:6

**information** 30:23 37:20,22 43:2 46:14 64:3 72:10 73:2,25 74:11 76:16 77:3 250:10

**informed** 224:2

**inquisitive** 81:21

**Insects** 51:16 52:8

**insensitive** 244:14

**insert** 29:7

**instance** 85:12 124:23 180:12

**Instruct** 12:10

**instructed** 65:3 66:4,5,8

**instruction** 17:5

**intact** 228:14

**intend** 127:14

**intended** 95:21 199:24 214:12

**intending** 149:13

**intensive** 17:17

**intent** 47:21

**intention** 200:6,11

**Internet** 58:15 246:21

**interrogatories** 118:10 121:11

**interrogatory** 121:16,20 122:7

**interrupt** 32:11 65:11

**invention** 25:23

**invite** 239:21

**involved** 7:17 30:10,13

**involves** 65:16

**involving** 34:24 229:18

**iphone** 52:18,22

**irrelevant** 181:24,25

**Island** 6:3,4 19:3,7 71:25

**issue** 65:23 130:11 224:8 226:10,16, 18 241:7 245:22 248:14 250:3,5 264:13

**issues** 34:19,24 248:3,19

**item** 121:15

**Ivan** 132:14 133:5,17

---

**J**

**jacket** 168:5 170:4,7 209:10

**Jakeem** 209:10

**Janet** 211:4

**January** 17:11 230:21,25 231:9 250:24 251:12,16

**Jesus** 194:7

**Jew** 105:20

**Jewish** 103:16,18,23 105:18 107:17 128:19

**Jews** 115:2

**John** 6:20 34:7 65:22

**join** 53:11,12,13

**joining** 53:7 158:20

**joke** 98:7

**jokes** 98:8

**journey** 216:7

**jump** 263:8

**June** 64:11

**jury** 7:15

**Justice** 245:13

**justification** 35:19,23,25 36:10,11,15 39:24 40:16 43:4,19 44:2,19 45:6,10, 17,24

**justify** 44:2

---

**K**

**Kelly** 156:19 158:12,16,17 166:13 252:5,6,8,11

**key** 57:14 58:4,7,8 59:17

**kid's** 136:4

**kids** 22:21 55:12 63:8 107:18 193:25

**kind** 10:14 16:9 22:5 33:14 65:22 109:24 131:18 140:10 167:10 171:23 176:22,23 243:25 255:10

**KLATT** 118:6 135:18 170:25 179:12 192:2 193:18,22 200:23 207:23 218:13,17

**kneeling** 194:18 196:7 198:9,13,23

**knew** 74:10 169:3 212:2 226:18,19

**knife** 180:17,18,23

**knives** 181:16

**knowing** 87:20 116:7

**knowledge** 210:9 237:17 250:2 251:24 256:13 257:22

---

**L**

---

**lab** 21:17 22:11,14 26:7 27:4,14 28:13 42:19,22 43:2 44:12,14 54:5 55:10 60:9 66:25 70:25 82:7 87:6,11,13 167:4

**label** 48:7 91:14 166:19

**labeled** 156:19 159:14 168:16

**labels** 156:20,23

**laboratories** 131:21

**ladies** 186:24 187:9

**language** 17:16 94:5 107:4 138:2 184:16 186:16 246:24

**LAP** 18:5

**large** 237:4

**largely** 75:7,13,17,20

**late** 18:5

**Latin** 20:11,12 21:5

**law** 242:17 243:5 264:25

**lawyer** 6:20 24:2 121:4,6 243:20

**lawyers** 120:25

**laying** 153:20

**layout** 235:14

**lead** 62:23,25 63:2

**learn** 42:23 47:8 92:25 94:25 110:6 225:10,12 226:13 240:17,19,24 241:11

**learned** 30:23 31:8 46:14,22 47:2 48:15 49:15,18 228:22

**Learner** 17:16

**learning** 17:16 47:18 49:23 141:13,15

**leave** 152:19 231:8 242:6 243:12 253:7

**left** 43:17 53:22 85:4 156:8 176:8 177:13 184:6 198:3

**leg** 113:4

**legal** 7:17

**legs** 153:22

**lemur** 110:2

**lessen** 49:15

**lesson** 49:16 235:2,6,7,9,10,11,13,15

**lessons** 31:7 167:5

**letter** 59:9,11 242:3 244:8,12,19

**letters** 84:21 85:4 149:18 150:24 186:17

**letting** 185:14

**level** 17:19 22:16

**levels** 18:3,9

**licking** 113:4 114:4 117:23

**life** 47:11 144:20

**light** 12:12 85:25 87:16 157:6,7,13

**light-colored** 89:18 90:4

**light-skinned** 177:21

**lighter** 184:5

**limited** 257:9

**link** 118:21

**linked** 256:8

**listen** 212:5

**literature** 79:22

**litigation** 37:10,15 40:11 64:20 65:5

**live** 19:11 75:22

**lives** 25:4,7

**living** 8:7 50:4

**lizard** 94:21,22,24 99:18,22 100:7,16, 19 101:3,5,11,13 102:24 103:6,12 105:7 117:23 171:5,24 172:2,5 173:9

**lizards** 94:25

**locate** 101:25

**located** 19:5

**location** 36:8 216:8

**locations** 42:25

**locked** 53:17

**long** 71:25 118:16,18,19 119:17,19, 20,25 129:7 211:13,16,18 258:7

**longer** 18:6 27:25 66:16

**Longwood** 8:13 10:17 12:3 13:17 14:21 15:6,17,19 16:3,8 17:9,12 18:10

19:13,15 20:17,21 21:11 22:2 23:8 26:3 73:8 74:4 185:6 246:10,12,13,14 250:20

**looked** 134:16 174:3 239:18

**lost** 89:3 188:14

**lot** 82:10 151:11 238:23

**loud** 40:23

**loving** 182:12

**lunch** 110:16 167:10

**Lutheran** 18:21 125:4,8 126:15 164:19,22

---

**M**

---

**machine** 136:18 138:8 181:8,17

**made** 16:13 25:25 26:2,5 27:15 43:4 140:9 156:20,22 163:4 170:9 233:18, 21,22 238:20 239:2 248:20 251:25 260:22

**magically** 171:17

**mail** 243:2

**mainstream** 18:6

**maintain** 70:13,18

**major** 8:24 9:6

**make** 6:8,13 7:2 25:13,17 30:8 32:20 33:23 38:11,15 58:20 63:7 67:3,9 82:5,17 84:9 98:6,8 102:17 104:10 167:10,22 169:4 235:11 239:23 256:23 263:15,24 265:6 266:4

**makes** 69:11 73:12 88:5 100:13 116:8

**making** 30:7 78:7 169:14 191:4 264:11

**male** 12:23,24 111:14 138:5,6 160:18, 22,24 161:6 162:23 202:12 203:21 204:17,21,22

**males** 198:18

**mammal** 51:7

**man** 150:10 151:14 152:3,12,23,24 171:12 178:2 184:5 204:15 206:2 207:5,12 209:8,9

**man's** 162:13

**manuals** 29:3

**March** 26:21 29:22,24

---

**marine** 147:18

**mark** 154:6 183:2 184:12 185:4 261:20,22

**marked** 39:9 118:5,7 121:11 135:19 261:21 262:2

**marking** 121:9

**Married** 18:14

**marsupial** 110:4,5,20 112:17 114:4,9

**masters** 8:20,21 9:3,11

**match** 96:16 97:18 100:15 101:12

**material** 11:20 63:11,13

**materials** 58:20 118:21 120:7

**matter** 12:8 29:12 59:22 65:4 164:25 165:16 172:20 174:22 231:12 241:23

**mattered** 191:3,5

**matters** 11:10 34:25

**max** 61:19

**maxed** 61:20

**meaning** 85:6 86:3 131:3 188:25 189:2

**means** 141:5 179:6 263:16

**meant** 11:22 66:9 88:2 96:9 110:24 111:4 112:19 130:15 141:14 205:10 248:11

**Mecca** 197:7

**media** 16:5 232:4,6 260:5

**meet** 81:4 118:24 119:6,13

**meeting** 7:14 53:17,23 241:16,17,21 242:4 259:14,18,20,22 260:8

**meetings** 12:7

**member** 157:10,12 244:18 245:14,20 246:7 251:25 260:22

**members** 21:2,5

**memories** 174:16 175:4

**memory** 20:25 30:19 44:6

**men** 147:6 148:19 153:19 155:23 182:23 184:13,22 185:24 208:14 210:11 211:6,10,24 212:13 213:22 216:6,10 220:23 221:8,22 222:6

**mental** 220:18

**mention** 45:4

**mentioned** 13:15,16 14:13 31:22 38:7 40:5 135:14 250:7 259:13

**mess** 113:24

**message** 91:10,21,22 92:9 95:12,14, 16,18 99:21 100:3,10 101:3,10,13,21, 24 102:18 110:7,9,11,25 112:16 113:17 172:9,16 174:7,13,18,25 175:3 229:2

**messages** 91:13,15 92:5,18 100:13 114:18 174:5,9,10,22

**met** 118:25 119:8,17,22 231:14,16

**Microsoft** 29:7 255:10

**middle** 6:3,4 19:3,7 162:23 176:10 198:19 222:7

**mimicking** 141:12 147:11 199:25 200:4

**mind** 19:2 25:16 33:13 59:16 68:18 70:3 80:20,24 95:2 99:16 104:6,22 106:21 109:22 112:7 123:24 132:17 135:17 138:15 139:13 145:9,13,15 170:21,23 175:8 177:3,9 179:10 186:3,5 188:15 193:14 197:15 200:21 204:2,4 205:18 207:18 208:3 213:19 239:5

**minds** 173:24

**mine** 41:14 61:11 108:15 118:25 139:25 194:20 261:22

**mingling** 157:23

**minimum** 68:5

**minor** 11:7

**minute** 211:21 258:19

**minutes** 119:21 211:20,21,22,23

**misconduct** 15:9 243:3

**misogynist** 115:9,16 116:3,8,12,19, 22

**Misogynistic** 15:3

**misogyny** 14:21,23

**mistake** 208:8

**mistakes** 134:16

**mixed** 19:15 91:23

**mixing** 107:25

**moments** 247:14

**mona** 171:25

**money** 138:7 181:17

**monitor** 94:21 171:5,24 172:2

**monkey** 140:13,18,21 141:4 142:14, 15,20,21 143:15,19,21 144:4 145:18 146:10 147:23 148:12,13,14 175:18, 20,21 176:4,19,23 183:13,16,21,22 184:9 208:7,10,13 220:4,6,10,20,25 224:13 227:2 247:24 261:7,11,12 262:12,16

**monkey's** 175:21

**monkeys** 140:13 142:8,13,16,22,23 143:4,18 144:18,22 145:6,14,17 147:22 148:2,24 184:17 185:9,24 213:13 220:20 221:22 222:6,13 246:17

**morning** 6:17,19 39:12

**Morris** 119:9

**mother** 250:13,19

**mother-in-law** 90:18,25 91:4 92:10 93:5,15 94:9,15,19 95:13,21 96:13 97:8,12 99:2,5,7 122:25 171:12 172:3, 10,14 173:13,17 174:13 189:13,17

**mother-in-law's** 113:12

**mothers** 6:7

**mouth** 90:2

**move** 171:21

**Moye** 209:10

**multiple** 30:2 133:19 147:20

**music** 26:21

**Muslims** 159:23

---

**N**

---

**named** 111:5 158:16 168:25 226:17

**names** 125:2

**naming** 157:3

**National** 21:17 26:7

**nationalities** 138:12

**nationality** 176:14 202:16

**natural** 78:24

**nature** 48:6,11 84:7 147:4 233:9 243:4,14 244:14 246:24 253:18

**nearby** 16:23

**necessarily** 144:2,3 179:4 264:7

**neck** 201:12,14

**needed** 66:16 98:19 244:7 263:16

**nest** 147:19

**network** 228:7 232:23 233:2,4,10,14, 16,23,25 234:3,6,8,11,14,17 235:3 236:15,23 237:6,16,19 238:3,9 239:6 255:4,8,9,14,21,25 256:2,4,9,14,16

**networks** 256:6

**news** 246:14

**nice** 138:14 140:25

**niggers** 246:17

**noise** 7:2

**non-african-american** 204:12

**non-asian** 138:6

**non-asians** 203:21

**non-regent's** 22:19

**nonetheless** 101:18

**note** 8:4 22:25 23:16 28:7,16 33:15 38:15 43:21 45:19 46:3 49:11 63:5,21 68:12 69:4 70:10 73:4,22 74:24 75:8, 15 76:4,12 77:13 78:9,15,25 79:10,14 81:18 83:13 84:11 85:7,13 86:15,21 87:18,24 88:18,25 89:20 90:7 91:25 94:10,16 95:24 96:5,22 97:25 98:11, 22 100:23 101:7,14 102:14,21 103:13, 20 104:9,15 105:21 106:18,24 107:19 108:4,12,19 109:7,14,19 110:21 111:18 112:21 113:15,20 114:5,10 115:5,10,14,17,20,24 116:4,9,14 123:5 126:8,23 127:4,17 136:5 137:8, 19 138:10,25 141:19 142:9,25 143:5, 24 144:11,15,23 145:2,8,21 146:13,24 147:14 148:4,21 149:25 150:6,11,18 152:15 153:5,14 154:20,25 155:8 157:17 161:20 162:9,15 173:19 178:4, 25 195:12 229:20 238:15

**notice** 52:24 71:6 83:3,7 214:5,9

**noticing** 52:18

**notify** 206:6

**noting** 185:17

**November** 29:22,23

**number** 13:5 52:22 55:21 59:11 74:6 77:7 78:7 80:8 82:16 85:19 91:6 153:18

**numbered** 124:3

**numbers** 72:9 246:22

**numerical** 59:5

---

## O

**obeyed** 200:19

**object** 127:5 141:19 193:6 261:8

**objecting** 154:18 185:14

**objection** 22:25 23:17,25 28:8,9,16 33:15 43:22 45:20 46:3 49:12 63:5,21 68:12 69:4 70:10 73:4,22 74:5,25 75:8,15 76:4,5,12,13 77:13 78:9,10, 15,16,25 79:10,14,16,19 81:18 83:14 84:11 85:7,14 86:15,21 87:18,24 88:18,25 89:20,22,23 90:7,20 91:25 94:10,16,17 95:24,25 96:5,6,22 97:25 98:11,12,22,23 100:23,24 101:7,14,15 102:14,21 103:13,14,20 104:9,15,16 105:21,22 106:18,19,23,24 107:19,20 108:3,4,12,13,19,20,24,25 109:7,9,14, 15,19 110:21 111:19,20 112:3,4,21,22 113:15,20 114:5,10 115:5,7,10,11,14, 17,20,24 116:4,9,10,14,15 117:8,10, 14,15,19,20,25 118:2 122:10 123:6,7 126:8,23,24 127:4,17 136:6 137:8,9, 19,20 138:10,11,25 139:2 142:9,10, 24,25 143:5,7,23,24 144:11,15,23,25 145:2,8,21,22 146:12,13,23,24 147:9, 10,14 148:4,6,21 149:25 150:2,6,7,11, 17,18,25 151:2 152:15,16 153:5,10,14 154:20,21,25 155:2,8,9,11,12,25 156:3 157:17,25 158:2,7,8,24,25 159:5,6,10,11,17,18,24 160:3,4 161:7, 8,19,20 162:3,4,9,10,15,16,25 163:2, 6,23,24 164:6,7,24 165:15 166:17 168:2,3 169:16,17 171:18,19 172:6,7 173:10,11,18,19 176:12 177:22,23 178:3,4,20,21,25 179:3 180:9,10,14, 15,21,25 181:2,6,18,19,23 182:8,9,13, 14 183:17 184:19,20,23,24 185:10,11 186:25 187:2,10 188:4,5 189:24 190:5,7,16,17 193:12 194:9,11,15 195:11,12,18,25 196:13,20,21 198:15 199:10,13,14 200:8,9,13,14 201:22,23 202:3,4,8,9,19 203:2,3,15,16,24 204:13 205:13,14 213:24,25 215:9,24, 25 218:4 221:9 222:9,10,15,16 224:23

229:19,20 236:16 237:11 238:10,15, 16,21,22 239:3 240:6,20,21 241:4,5, 13,14 243:16 247:22 248:9,10,16,17, 22,23 249:4,9,16,18,20,25 253:21 254:5

**objections** 32:21 249:2,7

**obligation** 70:7

**observant** 82:9

**observation** 25:16 77:6 82:17 239:13 251:6

**observational** 141:12

**observe** 42:3 50:4

**observed** 51:9 223:9 239:12 250:25

**observing** 210:8

**obstruct** 185:15

**obtain** 9:11 10:4 11:7 35:12

**obtaining** 10:25

**occasion** 83:25

**Occasionally** 40:15

**occasions** 84:2 119:16

**occupied** 131:25

**occur** 95:23 109:20 128:4 134:19 141:17 142:2 159:13,20 196:23 203:20 224:16 244:10

**occurred** 103:11 107:23 145:19 154:15 229:17 231:18,19

**off-the-record** 118:14

**offend** 103:7 104:19 107:17 159:15, 23 196:24

**offended** 155:24 197:4

**offensive** 141:18,25 142:3 145:19 203:22

**office** 53:9 66:6 231:8 242:4 243:10 255:10 259:19,21

**official** 176:14

**older** 174:21

**one-semester** 18:4 29:19

**online** 9:21 10:2

**Oops** 177:11

**open** 170:4 199:6 227:14

**opening** 170:7

**openly** 155:10

**opinion** 94:18 104:12 115:15 181:3

**opportunity** 42:3

**opposed** 125:24

**options** 55:11

**order** 82:16 116:13 147:7 159:21 178:18 210:7 213:19 232:20 263:23

**ordered** 245:7

**ordering** 263:12 264:2,8

**ordinarily** 49:3 85:9

**ordinary** 22:23 166:6

**organization** 245:12

**organized** 256:14 259:20

**original** 58:3 227:24 228:14

**originally** 231:21

**originals** 231:3

**other's** 147:8

**outlined** 243:18 244:15

**outspread** 195:5

**outstretched** 198:4

**outwards** 194:3

**owns** 255:9

---

**P**

**p.m.** 116:25 197:13 226:3 247:16 266:11

**package** 66:13 70:9 114:16,23 188:16 239:25

**packages** 57:10

**packet** 42:22 43:2 54:5,8,16,23,24 55:3,4,9 56:17 57:24 58:6 59:7 60:5 65:6 66:14 68:5 70:4,6,24,25 76:17 82:7 86:18 87:6,11,13,21,23 99:17 168:8 200:22 205:19 216:10 218:10 243:2

**packets** 55:10 56:3 60:9,19 62:14 64:4,6,22 66:18,25 167:5 217:10,12, 18,20 218:2

**pages** 55:16 58:17 76:17 261:24 262:5

**paid** 264:19

**pal** 201:6

**pals** 178:9

**paper** 42:11 60:8 67:8,11,12

**papers** 69:2

**paperwork** 243:5

**paragraph** 41:2 68:2 69:16,23

**parasites** 147:3,8,25 148:8,19

**Pardon** 148:22 195:21

**parent** 231:11 251:24 260:7,21

**parents** 231:11,14 232:9,14,21 241:11,16 244:6 259:14,23

**park** 68:16 71:5 77:21,23 80:11,13,16 86:6

**part** 8:5 31:25 35:25 36:3 39:11 43:18 48:23 54:24 88:2 111:9 112:9,12,19 183:24,25 184:3 209:22

**participate** 209:25 245:21

**participated** 30:5 253:25

**past** 70:20 135:3 262:13 266:3

**pastor** 125:6,7,8 156:18 157:4 158:10 159:15,21 164:11,18,23 166:9 196:16

**patrons** 80:18

**pause** 38:25 225:21

**pavement** 72:5

**paw** 113:4

**pay** 9:21 257:12

**payment** 88:15,17,22,24 89:15

**pays** 264:13

**penis** 112:13

**Pennie** 210:22,24

**people** 13:9 19:19,20 34:18 53:7 68:17 75:7,13,21 76:2,11 78:13,20 80:15 81:6 103:19 120:11 131:10,12 132:10 135:14 140:7 144:21,22 145:20 163:21 188:8 190:3 194:8 198:23 199:25 200:5 203:12 246:16 249:3 256:21 257:15

**people's** 213:10 214:5

**perceive** 109:18 173:15 174:3 199:25

**percent** 17:25 18:2 20:4,5,7,15

**percentage** 19:19 20:13

**percentages** 19:24 20:16,18,23

**Perfect** 177:11

**performed** 23:12

**period** 229:15

**periodically** 236:14

**periods** 229:8

**permission** 152:6 167:3 206:9 207:11 211:9 256:19

**permitted** 6:9

**person** 11:9 14:11 30:13 73:9 99:23 100:16 102:4,11,12 103:2 108:18,23 127:11,13 146:10 153:12 163:22 164:5 202:11,25 204:23 213:2 257:2

**personal** 100:14 256:11

**personality** 26:16

**personnel** 237:15

**persons** 103:7

**phone** 6:11 91:5 99:13 174:6,8 225:14 231:17

**photo** 106:14 126:11 137:23 139:16 155:22 156:6,13 161:10 163:5 170:5 172:10 174:2 178:6 186:14 207:11 232:9

**photograph** 112:18 135:19 153:3 180:5 209:14,18 211:10 261:8

**photographs** 122:11 261:3

**photos** 48:3 123:21 233:10

**phrase** 12:11 88:24 89:7 97:11 140:20,23 141:7 143:8,10,13,15 144:13

**phyla** 41:22

**pick** 82:18 113:13 114:2 163:20 183:5 206:19 214:8 259:3,8

**picked** 192:14

**picking** 212:25 213:9,10 214:4 215:17,22

**picture** 47:10 84:15 90:24 91:17,19 92:8,14,15,23 93:7,14,18,19,20,23 94:20 95:5,7,19 96:15,16 97:4,6 99:18,23 101:21 102:3,12,24,25 103:6 106:15 107:5,15 109:6,24 111:2

112:15,25 113:9,19 114:3 117:23 124:9 125:19,21 127:8,10,15,16,23 128:2,12,15 129:5 135:23 136:2 138:5,21,23 139:5,7,19,22 140:10,11 141:14,17 142:4,17,19 143:14,16,19 150:10,13,16,21 151:6,15,20,21 152:4,11,18,21,23 153:19 155:14,16, 19 158:23 159:4,9,14 160:19 163:7 164:8 165:6 168:12 169:25 170:8 171:21 172:11,17 173:6,16 175:23,24 176:2,5,19,21,22 177:12 178:16,17 179:5,7,15,16 180:22 182:2,4 183:4,8 187:8,12 188:20,22 189:4 190:12,13, 19 194:22,25 195:3 198:2,3,6,11 199:21,23 200:25 201:4 204:7,8 205:22,25 206:7,10,22 207:7,16 208:10 209:23 210:2,5 211:14,17 212:12 215:11,13 216:5,6 218:19,23, 24,25 219:7,10,13,15,16 220:6,9 221:12,16,17 226:12,14,16,19 227:16 244:13 260:5

**pictures** 26:19,20,24 29:8 33:19 87:8 91:20,23 92:8 99:6 105:11 146:16 148:17 151:13 182:5,11 188:12 190:15 193:3 197:6,9 221:14,15 226:24 227:2,3 228:12 229:3

**pigeon** 50:20,24 51:2,3,4,19 52:13,14

**place** 29:17 161:2 217:5 241:17 251:11 253:4

**places** 171:15 255:15

**plaintiff** 261:21

**plaintiff's** 6:7 121:12,15 263:17

**plaintiffs** 6:6,21 209:2

**plan** 33:13,23 235:10,15 236:7

**planning** 12:6

**plans** 235:2,6,7,9,11,13

**plaque** 79:22 80:3

**plastic** 217:4

**platforms** 16:13

**playing** 179:20,21,25

**pleasant** 30:19 32:5 33:10 43:10 45:3

**pleased** 238:13

**point** 149:11 185:19 186:21 234:10

**pointer** 136:12

**pointing** 136:4,12 137:2,15 138:5

**policies** 104:10

**policy** 234:13,16

**Pop-tart** 85:21 86:8,20,25 87:17 88:8, 9,12,13,14,23 89:8,9,10,12,14,15,19, 21 90:6,9,13

**Pop-tarts** 86:10 87:14

**popped** 14:19

**population** 19:16 20:9 75:10,12

**portion** 6:10 32:6 59:2

**portions** 35:4

**pose** 183:4,7,15 190:15 200:16,18 204:7,9,10 208:22 212:3 213:18 261:9

**posed** 208:21

**posing** 164:4

**position** 154:14 161:13 163:15 212:12 241:10 264:21 265:4

**positive** 133:4

**possession** 38:21

**possibly** 74:9 110:4 176:10

**post** 101:2,20

**posted** 79:22 92:16,18 109:13 246:4

**postgraduate** 9:17

**posting** 103:5 107:15

**posts** 246:22,23

**potential** 39:11

**Powerpoint** 16:12 17:4 29:7 227:14 244:16

**pray** 194:2

**praying** 194:8,18 195:5,10 196:7 197:7,10 198:9 199:17 200:5 249:13

**preaching** 108:6

**preciously** 251:4

**predators** 71:20,21,23

**prefer** 127:21

**preferred** 127:22

**premade** 168:20

**premarked** 39:10

**prep** 130:3 131:20,21 224:3 241:8

**prepare** 40:8 41:12 118:20 130:20

166:23 167:2,4,5,17,20 168:10

**prepared** 40:18 131:14,16,18 168:11 171:11 259:2

**preparing** 40:13 41:9 118:17 120:6 173:22

**preprinted** 36:4

**present** 209:13,18,21 225:4 244:17

**presentation** 43:3 240:18

**presented** 129:11,21 239:19 242:10

**preservation** 66:9

**preserve** 65:3 66:23

**preserved** 50:5

**pressures** 71:17,19 86:18

**pretend** 180:8,22 182:6 204:11,16 212:25 213:6

**pretending** 136:3 161:5,18 163:11 179:22 180:3,20 181:15 194:2,7 196:7 201:5,17 203:13

**pretty** 240:15

**prevention** 15:15

**previewed** 244:18

**previous** 93:23 97:4 142:12 175:20 232:15,19

**pride** 238:19,23,25 239:5

**priest** 124:24 164:22 165:3 200:2,4 249:12

**Primarily** 59:19

**primate** 147:21,23 176:22

**primates** 221:8

**principal** 35:15 41:18 223:22 251:3

**print** 167:4

**printed** 168:16

**prior** 7:18 10:22 17:11 24:18,20 31:22 35:9 55:4,8,16 58:17 65:8 127:8 129:6,7 130:12 132:13,14 133:13,18 171:14 219:4,5 220:4 224:3 231:4,5 260:21 261:11

**private** 255:11

**privileged** 65:14

**problem** 91:7 122:6 225:25 226:11, 14 228:23 240:18,25 257:11 265:13

**problems** 249:2

**procedure** 10:19 147:2 242:9

**proceeding** 6:10 7:18 266:10

**process** 146:17

**produce** 27:25 29:4,5,13 37:9,14,18 38:11,22 43:9 51:22 54:5 264:20

**produced** 27:22 28:14,19 36:12 37:3 48:3 50:3 220:9 222:20

**producing** 43:18

**product** 67:11

**production** 16:5 17:3 30:10,14,15 238:14 240:4 245:6

**program** 10:12 17:21,22 18:5,6,7 22:20 62:22 63:10

**project** 60:15

**prom** 182:25 184:12,16 185:3,23,25

**proms** 26:13 185:7

**proof** 131:5 134:4,7,10,14,17

**proofed** 155:20

**proofing** 130:21 253:25

**properly** 7:3

**protections** 147:19

**provide** 35:19 37:19,24 40:10 42:2,22 65:6 67:20 86:9 88:15 91:5 120:14,24 227:23 230:12 235:9 236:10,14 266:8

**provided** 39:11 41:15 50:3 64:19 230:22 231:2,6

**providing** 265:2

**publish** 100:9 152:4 206:9

**published** 99:7 207:10,11 254:2

**publisher** 73:11

**puddles** 214:20,23,24

**purchase** 264:9 266:7

**pure** 207:8

**purports** 178:18

**purpose** 21:15 30:17 31:11,18,20,21 40:13 41:23 42:6,8,10 44:23 45:5,18 46:6,11 47:16,17 48:20 49:8 161:14 212:11

**purposely** 199:7

**purposes** 47:25

**put** 26:19 39:13 54:8 67:14 82:16 86:9 90:3 91:19 92:4,9 95:12,14,17 96:15 97:11 98:4 100:6,18 107:4 110:9 112:15 113:8,12 115:3 127:8 134:23 137:23 140:6 147:6 149:20 151:4,19 153:3 155:18 169:19 171:11,17,20 172:25 184:15 185:3 186:16 199:7,11 206:15 211:11 213:18 217:8,9,10,12 220:8,14,17 221:18,21 222:5 233:15 236:22,23 237:18 247:4

**putting** 45:23 90:2 121:22 146:9 169:15 172:12 238:2

---

**Q**

**quarter** 69:13

**question** 6:25 15:18 23:25 24:2 27:21 32:10 33:5,7,22 45:14,22 58:3,13,25 59:24 60:4 68:18,20,23 71:3 74:10 76:3 77:3,7,20,22 78:7 79:3,8,17 80:8 82:5,6,16 83:10,12,16,23 85:6 86:17, 24 87:6,11,12,21,23 88:11,16 89:4,5 90:11 91:7,11,15,18 94:12,13 96:11 98:16,17 101:6,8,9 107:6 111:11 113:23 115:21 116:2,17,22 124:22 129:17,19 134:14,18 138:15,16,20 141:24 146:7 154:5 183:2 184:12 185:4,6 192:20 212:5,6,10 219:12 229:21 234:10 237:23 240:22 260:11

**questioning** 108:6

**questions** 6:23 7:8 33:2 43:2 55:13, 15,19,22,25 57:15,18,23 58:5,11,16, 18,25 65:16 68:4,9 69:20 76:16 80:17 81:15,22 121:17 185:12 226:6 242:14 254:11,17,18 258:11 260:16

**quick** 34:8 258:20 260:18 262:4

**quickly** 258:13

**quotations** 169:15,19

**quote** 41:20 68:3 69:16 71:5 85:20 90:12 93:18 97:8,19 99:22 105:6 113:13 122:10 124:14 137:23 144:5,6, 7 168:16 169:7 174:13 187:19 188:11 189:12,16 190:21 192:10,12 206:20 246:16

**quotes** 170:6

**quoting** 84:20

---

**R**

**R-O-C-K** 211:4

**rabbi** 105:6,14,24 106:5,8,10,17,22 107:3,11,16 108:2,23 109:11 117:18 123:2 127:9,14 128:8,17,23 129:23 248:4 249:24

**race** 20:24 79:13,20 141:21 192:24

**races** 14:15 138:13 261:14

**racial** 11:13 12:4 13:4,10 19:15 23:6 34:18 226:10

**racist** 152:14

**rain** 214:16,19

**rained** 215:10

**raining** 214:17 215:7,12,13

**rainy** 214:15

**raise** 248:3,14,19 249:6,11

**raised** 136:10,11

**raising** 180:16

**random** 91:9 92:11,12,13 93:6,13 94:4,6 95:15,17 220:11

**randomly** 92:5,9 93:16,21 100:20

**Ray** 6:16,17,20 7:7 8:2,4 15:18 19:22 25:6 30:25 31:24 32:7,11,16,24 33:4 34:10,15 39:2,7 46:17 53:20,24 65:24 79:2,5 87:2 95:2 114:12 117:4 118:4,7 122:5 123:15,18,24 124:4 129:12,16 135:20 138:17 139:13,17 145:10 149:3 152:18 153:17 156:5 160:12 168:6 170:21 171:2 175:8,14 176:25 177:6 179:10,13,24,25 182:17,20 186:3,9 188:13,19 191:7,12,14,19,24 192:3 193:14,20,23 197:15,22,24 200:21,24 204:2 205:18 207:18,22 208:2 212:6 218:9,16 222:3 225:25 226:8 244:21 245:2,9 247:13,19 254:7 264:10 266:2

**reach** 91:7

**reaction** 223:8

**read** 30:25 31:3 33:4,6 40:20,23 46:17,19 68:20,22 69:15 87:2,3 89:5 122:9 129:16,18 138:17,19 212:7,9 226:5 246:4

**reading** 76:25

**ready** 40:21

**real** 47:11

**reappear** 171:15,16,17

**reason** 59:23 60:2 102:11 103:10 106:4,9,11 107:2,12 115:8 126:2 127:12 145:25 149:21 156:22,25 165:11 166:4 168:24 172:18,19 173:7 189:5,7 190:2 192:14 194:24 204:20 220:13,15 224:21 234:5,9,11 237:3 240:9

**reasons** 15:7 44:25 104:20 240:11

**recall** 9:13 11:15,23 12:16 13:19 14:7 17:10 35:6 36:18 37:4,11,16 40:12 48:12 49:2 52:6,10 58:12 60:21 61:5 74:6,7 84:13 120:17 129:2 132:6,23 133:10,11 140:4 151:17,22,25 152:8 153:16 155:17,20 164:12 176:24 193:10 210:6 212:23 213:4 216:17 217:14,19 218:5,7 219:4,18,19 242:12 246:19,20 252:22

**receive** 34:22 35:3 56:16 59:9 60:2,3, 12,13

**received** 13:16 15:8 34:17,23 60:13 118:21 229:2 242:3 243:5

**receiving** 16:4

**recess** 34:11 39:3 116:24 197:12 226:2 247:15

**recognize** 39:21 262:8

**recollection** 120:21

**record** 6:10 7:3,25 27:13 185:17 263:9,24 264:10

**records** 36:22 38:6 70:19 264:11

**recycle** 60:8 64:9 67:6,8,12

**recycled** 64:8,12,16 66:18 67:20

**recycling** 67:10

**red** 154:8 209:9

**Redundancy** 190:23

**redundant** 190:24 192:8

**Reese** 223:20 224:4 254:16 259:11

**Reese's** 224:9

**reestablish** 30:22

**refer** 29:2,10 39:14 40:4 77:18 108:2 122:24 127:14 135:6,14

**reference** 86:17 110:11 114:24,25 128:16,17 248:20

**referenced** 249:23

**references** 114:22,23 156:15,17

**referred** 28:23 29:6 77:21 90:25 111:15 129:5 134:22,25 143:19 144:18,22 145:6,14 173:9

**referring** 27:16 65:12 66:21 72:19 76:2,8 78:4,6,24 87:20 90:5 96:12 108:8,10,14,16 111:7 117:6,12,17,22 129:23 140:17 148:16,18 186:23 187:3,7 190:3,10 250:9 255:13

**refers** 109:11 127:9 142:15,16

**reflect** 187:17

**reflection** 171:7

**refreshed** 175:4

**refreshing** 174:16

**regard** 10:6 11:12 12:17 13:14 14:14 157:24 197:10 200:17 249:7

**regents** 17:18 22:13,18

**register** 169:8,12

**registered** 170:11

**regular** 18:2 59:10 235:20

**reinforce** 46:13

**reinforcement** 46:22

**related** 27:13 38:10 187:19 234:7,12

**relation** 37:10,14 40:11 64:20 65:4 135:2 139:4 141:11 146:10 210:4 213:13,15

**relative** 58:24

**relevance** 101:10

**relevant** 43:24 44:4

**religion** 18:20 28:15 103:17,25 104:2, 11 108:6,7,9,10,11,14,16 125:4,8,10 128:19 158:22 159:3,8 164:25 165:17, 19 196:19 197:10

**religions** 14:15

**religious** 104:20 156:15,17 157:16,21 165:12 195:15

**remained** 20:23

**remanded** 231:7

**remedial** 17:17

**remember** 12:18 13:22 34:16,20 62:3 66:20 76:18 83:10 100:4 112:9 169:6 174:24 190:9 205:4 209:21 245:2 255:3 259:16

**remembering** 18:8

**remembrance** 174:5,24

**remind** 30:18,22 31:7 43:10 45:2 46:25 48:14,17 49:14 170:12,15 178:14 196:3

**reminder** 33:9 174:5

**reminding** 32:4 87:12 92:22 109:10 170:10

**reminds** 45:12

**removal** 147:3

**remove** 227:16 229:2

**removed** 66:6 224:25 226:24 227:12 230:15,20 242:5 247:7,10

**removing** 147:8,25 148:8,19 227:15

**Repeat** 94:13 138:16

**repeats** 33:21

**replace** 33:20

**replied** 247:3

**report** 66:5 236:10

**reporter** 38:24 52:17,21 53:15 145:12 258:14 263:8,19,25 264:18

**reporters** 264:21

**Reporting** 53:10,18 264:23 266:7

**repose** 214:11

**represent** 130:13

**representing** 254:16 262:10

**reprimand** 70:7

**reptile** 93:2 105:10,12

**reptiles** 105:13

**request** 35:13 36:7 37:23 38:12,14,17 88:24 89:8,9,10 121:15

**requested** 10:16 36:15 37:13,20 120:8,16,18,19

**requesting** 242:4

**require** 221:20 235:8

required 11:9 12:2 15:11 22:10 42:18 55:15 69:23 70:8 235:7

requirement 236:13 237:9

requires 234:13

research 42:11

resolved 264:16

respect 17:8 34:18 37:23 141:10 245:22 247:22 248:20

respective 148:20

respond 244:19

response 121:14,17 261:25 262:7

rest 229:4

restroom 34:8

retired 25:2,9

return 122:21

returned 66:15

review 219:21,24 263:15 264:4

reviewed 193:9

rid 66:11 229:22

ride 206:5

ridicule 98:18 200:11

ridiculed 28:6,15

ridiculing 94:8,14 105:20 158:22 196:11

right-hand 215:5

rights 255:9

robbery 137:18

Rock 209:16 211:3,4

Roman 125:9 126:6,10

room 16:18,24 53:16 130:3 131:18, 19,20,21,24 224:3 225:4 237:5 241:8

rough 19:18,25

roughly 20:23

row 220:23

rugs 197:7

rules 6:24 32:21 264:17 265:6

run 29:22 99:6

running 26:13 81:6

RYAN 52:20

---

**S**

S-T-R-E-I-M 210:24

safety 71:25

salary 10:4

same-sex 34:25

sarcastic 169:14

save 255:18 256:3,4,5,6,10 257:5

savvy 25:15 99:15

scanned 67:3,5

scavenger 69:19

schedule 63:7

scheduled 259:18

scheduling 63:8

school 8:9 9:22 10:3,17 12:3 13:16 14:20 16:2,3,14 17:9 22:7 26:20 27:11 31:15,16 35:8,20 37:7,9 38:6,21,22 40:11 45:25 61:6 64:10,13,20 65:5,19 66:3 67:8 70:19,23,25 101:19 105:24 120:11 128:15 131:14 139:11 166:5,6 185:6 196:5 220:2 229:4,25 231:12 232:10,12 233:8 234:7,8,12,20 235:8, 14,19 240:12 247:4 250:16,18,19,20, 23 255:15 257:23,25 258:3 260:7

school's 35:9 233:7 234:19 256:2

Schuster 41:17

science 8:9,10 22:11,12,13,17 131:20 133:6,7,8 134:5 251:3 256:17 257:18, 21

scorning 159:3

Scott 259:11

screen 39:14,17 90:4 99:13 121:23 222:19 258:13,16,21

screenshot 225:15 228:24

scroll 40:22 262:4

scrolling 262:7

search 38:5

Secondary 8:22

section 55:14 69:24 74:7,8 105:11 242:17 257:19

sections 55:17 58:19 63:9 68:5,15 69:8,16,24

secular 104:3

seek 206:9 207:11

sees 143:21 173:21

seldom 220:2

select 222:19

selected 71:17 93:20 100:20

selection 78:24 84:8 86:18

selective 78:2 79:24 80:21 81:9,25 83:24 86:18 90:14

selectively 71:8,15 76:23 78:2 81:16

self-explanatory 57:19,21 78:11,14

semester 29:20,21 64:7 131:8 158:13

send 174:7,12 227:18 263:17 265:12

sending 174:24 225:17

senior 26:10,11,13,14,18,23

seniors 26:9

sensitivity 10:18 11:19 244:8,15

sentence 69:15,18

separate 36:12 188:12

separated 104:7

separation 35:5 104:4,13

September 40:2 64:16 66:19 67:6,16, 19

sequence 183:21

series 28:14

serve 242:22

served 7:15 263:14

session 16:15

set 26:21 76:16 121:15 135:25 139:22 161:10 180:4 181:4 182:11 194:22 195:23 201:18 210:2 211:13,17

setting 73:23 138:22 195:15

sexual 15:6,9

shake 6:25

share 258:12

shared 255:12

**sharing** 123:14

**sheet** 264:5 265:7

**shirt** 168:23

**shop** 183:6

**shot** 258:16,21

**show** 25:13,17,22,25 26:19,22 27:4, 14 28:13,21 29:4,12 30:5,9,11,14,17 31:5 33:11,24 34:4 37:25 38:2 41:10, 12,14 43:6,10,18 44:4,6,20,22,25 45:4,12,16,18,24 46:2,7,12,21 47:10, 16 48:4,7 49:4,6,17,21 51:22 71:16 82:8 86:5,9 87:14 88:3 90:4 91:20 92:4,5,6 97:5 99:10 100:14 106:16 115:4 121:2 122:11 123:22 128:3,7,8 129:11,21 130:13,18,21 131:14 134:4, 6 145:16 147:7,20 149:15 151:5,7,13 155:21 158:5,6 161:5,15,18 170:7,15 171:21 178:14 180:12 183:24,25 184:3,4 190:19,21 191:4 192:9,13 199:16 206:10 211:10,11 212:2 213:7, 9,20 214:11 215:16,17,22 219:15,25 222:25 223:9,14 224:9,11 225:15 226:12,14,25 227:16,20,24 228:2,7, 17,22,23 229:5,14,25 230:4,14,17 231:13 232:20 234:15 236:25 237:9, 18 238:18 239:24 240:4,8,14,18,25 241:7,12 242:9 248:12 249:17 250:4,6 252:7,25 253:12 254:2,24 258:24 260:23 261:4,7,12,13,19 263:4

**showed** 99:11 117:13 151:20 175:2 176:2,20,22 178:6 183:21 189:4 192:16 198:7 220:3 223:13 228:9,11 229:24 232:14 239:25

**showing** 65:7 87:8 105:7 107:16 130:19 138:4,5,21 147:24,25 159:13, 20 174:17 175:17 177:25 182:5 196:23 201:10 203:20 211:25 212:19, 22 213:19,20 214:4

**shown** 114:16 121:5 129:6,7 142:3 170:14 183:20 203:23 207:12 208:10 222:24,25 228:22 229:5,10 242:15 254:24 260:12

**shows** 16:6 17:3 26:2,9 27:3,24 28:2, 5,24 30:7,9 31:13,19 33:18 43:14 48:4 50:3 54:5 65:8 91:13,18 97:6 120:18 127:9 131:6 135:3 142:13 153:11 160:7 193:9 206:21 208:11 219:16,21, 24 230:13,17 231:4,7 232:22 233:18 236:23 238:2,6,8,14,19,25 240:9 244:16 247:23 248:15 251:22 253:19 257:6,7 258:7 259:11 260:13 262:13

**shrinking** 20:15

**side** 210:6 222:6

**sidewalk** 81:2

**sign** 106:7

**signed** 35:14

**signing** 106:6

**signs** 247:4,7,9

**similar** 10:23 23:8 178:6,8

**similarities** 47:9

**simply** 128:13 174:23

**simultaneous** 63:25 187:22

**Sindee** 53:11

**sir** 8:14 9:7 10:9,16 13:24 14:17,24 15:2,4 16:20 19:24 21:4,7,9,14,20 23:11,14 35:22 36:18 37:25 39:18,22 46:5 52:2 59:4 64:5 68:11 69:18 71:22 74:6 75:7 76:3,8,14 78:8 79:12 81:11 84:18,23 85:11 89:24 93:13 95:6 96:4, 9,21 97:15 100:11,25 103:3 104:4 109:13,16,21 110:6 112:16,23,24 113:9 115:4,12 126:25 127:6 138:2 141:23 149:14 157:24 163:25 168:10, 21 171:23 182:3,10 183:13 184:17 194:24 196:4,19,22 197:2,5,8,11 201:18 202:2 205:24 206:3 207:8,9,14 215:23 216:2,11 221:8 222:13

**sire** 144:21

**sit** 17:21 63:17 134:21,24 231:21 245:3

**sitting** 68:17

**situation** 205:5,6

**size** 172:16 237:7

**skin** 207:7

**skinned** 183:10 184:5

**sleeping** 150:23 155:23

**slide** 16:6 17:3 25:13,17,22,25 26:2,9, 19,22 27:3,4,14,24 28:2,5,13,14,19, 21,24 29:4,12 30:5,7,8,9,11,17 31:5,12,19 33:11,18,23 34:4 37:24 38:2 41:10,12,14 43:5,10,14,18 44:4, 6,20,22,25 45:4,12,16,18,24 46:2,7, 12,21 47:16 48:4,16 49:4,6,21 50:3 51:22 54:5 65:8 84:15 85:17,19,20 86:9 90:21 91:13,18,20,24 92:5,21 93:8,14 95:3,18,22 97:5 98:5,7 99:17

**100**:8,10,14,20 104:23 109:23 113:10 114:23 115:4 117:13 120:18 121:2 122:11 123:20,22,25 124:7 128:3,7,8 129:11,21 130:18 131:6,14 134:4 135:21 139:14 140:12,16,17 142:8,12, 13 145:16,17 146:2 149:2 151:4,7,13 153:11,17 155:21 156:6,7 158:5 160:7,14,15,18 168:7,10,11,12 170:14,15,24 171:4,11 174:18,19 175:3,10,20,22 176:21 177:4 179:11 182:17,22 183:20,24,25 184:3,4 186:6 188:16 189:13,15 190:10,19,21 191:4, 8 192:9,11,13,15,16,18 193:8,9,15,24, 25 196:24 197:22 200:22 203:23 204:4 205:19 206:10 208:3,7,11,16 211:10,11 212:2 213:7,8,20 218:12,14 219:15,16,21,24,25 220:19,22 221:4 222:8,25 223:8,12,14 224:9,10 225:15 226:12,14,24 227:15,16,20,21,22,23, 24 228:2,7,17,22,23 229:5,25 230:3, 13,17 231:3,7,13 232:22 233:18 234:15 236:23,24 237:18 238:2,6,8, 14,18,19,25 239:24 240:4,9,14,18,25 241:7,12 242:9 244:16 247:23 248:11, 15 249:17 250:3,6 251:21 252:7,25 253:12,19 254:2,24 257:6,7 258:7,24 259:11 260:13,23 261:4,7,12 262:13, 16 263:4

**slides** 17:4 28:15 33:21,24 48:5,7,10, 15,20,24 49:3,5,7,17,20,24 50:2,9 51:21 122:24 123:21 143:10,11 173:23 183:21 220:3,5,16 222:19 224:10,12,20,25 229:6,19,22 230:3 232:15,19 239:7,10,18 245:25 247:22, 23 249:23 262:12

**slightly** 194:16

**slips** 167:4

**Slower** 50:15

**smaller** 20:10

**Smart** 16:11

**smile** 88:5

**smiles** 163:13 187:13,18 196:9 198:17

**smiling** 198:13,16,20 202:5

**Smoller** 105:6,14,15,24 106:5,8,10, 17,22 107:3,11,12,17 108:2,23 109:11 127:15 128:9,17 129:23 135:5

**snack** 86:10

**snake** 50:20 51:17 52:11 92:22,23,24, 25 93:4,24 98:6,19

**sneering** 159:8 196:19

**social** 210:19

**Sokoloff** 254:15

**Soller** 6:5 7:24 8:3,6 15:16 19:21 22:25 23:16,21 25:4 27:16 28:7,11,16 31:21,25 32:9,15,23 33:3,15 34:7 38:13 43:21 45:19 46:3 49:11 53:2,6 63:5,21 65:18 68:12 69:4 70:10 73:4, 22 74:5,24 75:8,15 76:4,7,12 77:13 78:9,15,25 79:4,10,14,18 81:18 83:13 84:11 85:7,13 86:15,21 87:18,24 88:18,25 89:20,22 90:7,20 91:25 94:10,16 95:24 96:5,22 97:25 98:11, 13,22 100:24 101:7,14,16 102:14,21 103:13,20 104:9,15 105:21 106:18,24 107:19,21 108:4,12,19,25 109:7,14,19 110:21 111:18 112:4,21 113:15,20 114:5,10 115:5,10,14,17,20,24 116:4, 9,14 117:10,15,19,25 119:4,6,12,13 120:15 121:25 123:5,13,17 124:2 125:13 126:8,23 127:4,17 129:14 136:5 137:8,10,19 138:10,25 139:15 141:19 142:10,24 143:5,23 144:11,15, 23,25 145:8,21,23 146:13,24 147:10, 14 148:4,21 149:25 150:6,11,18 151:2 152:15 153:5,10,14 154:20,25 155:8, 11,25 157:17,25 158:7,24 159:5,10,17 160:3 161:7,20 162:4,9,15,25 163:6, 23 164:6,24 165:15 166:17 168:2 169:16 171:18 172:6 173:11,19 175:12 176:12 177:5,22 178:4,20,25 179:23 180:10,14,21,25 181:6,19,23 182:8,13,18 183:17 184:19,23 185:10, 12 186:7,25 187:10 188:4,17 189:24 190:5 191:11,17 193:12,17 194:9 195:12,18,25 196:13,20 197:21,23 198:15 199:10,13 200:8,13 201:22 202:3,8,14 203:2,4,16,24 205:13 207:25 213:24 215:9,24 221:9 222:9, 15 224:23 229:20 238:15,22 240:20 241:5,13 243:16 244:24 245:4 248:10, 17,23 249:20 258:18,23 260:17,20 263:6,13,21 264:6 265:5

**somebody's** 111:10

**someone's** 52:18

**someplace** 131:25 173:5 223:18

**son** 168:21,25

**sort** 14:13 93:9 94:5 206:25 236:7 250:23

**Sought** 77:19

**sound** 206:2

**sounded** 203:18

**source** 28:23 58:14

**South** 71:8,15,24 73:20,23 74:14,15, 17,20,22 75:6,13,23,25 76:10,22 77:11 78:3,5 80:21 81:10,17 82:2,23 83:24 90:14 114:25 163:25 164:5 181:22,25

**space** 113:11 172:12,13,15 257:9

**span** 251:11

**spanning** 174:10

**speak** 32:13 77:2 231:21 232:2,5 244:4 247:12 250:11

**speaker** 12:19,21,25

**speakers** 13:3,15,17

**speaking** 32:12,20

**special** 17:13 18:2 235:16

**species** 71:16 92:24 122:18 147:3,17, 20

**specific** 12:18 27:17 78:17 256:15

**specifically** 15:25 17:2 31:18 84:13

**specifics** 242:11,12

**specimen** 50:4,5

**spell** 210:23

**spend** 119:25 120:5

**spent** 17:20 118:16

**spoke** 65:25 81:6 119:16 212:21 231:16 252:12

**spoken** 81:8 119:10 231:15

**spot** 113:10 214:25 215:2

**spots** 214:22,23,24 215:6,7

**spread** 194:3,13,14 198:8

**spreading** 199:16,18

**Spring** 29:21 197:17

**Sprint** 192:18

**squirrel** 71:7,14 72:2,3,6,14,15 73:3 77:2,25 82:13 83:9 85:25 86:6,23,25 87:16,17,20,22 88:7,17 89:11,18,19 90:5

**squirrels** 73:20 76:8,10,22 79:25 80:22 81:10 82:2,10,11,22 83:24 84:7

85:2 87:7,9 90:14 114:25 123:2

**stabbing** 180:13

**staff** 260:22

**stand** 183:19

**standard** 10:24 73:2

**standards** 59:15

**standing** 136:2 193:3 199:3 210:8,12 264:22

**start** 6:5 19:22 93:19 123:13 208:6 214:13

**started** 6:14 24:10,13 251:12

**starting** 29:15 33:12

**starts** 143:18

**state** 22:11 35:5 104:5,7,14 107:25 157:23 242:16 263:20

**stated** 33:9 48:21

**statement** 78:7 89:11 98:15 101:3 102:25 103:7 109:18 112:5 143:17,18 189:20,21

**stating** 68:14 80:3

**stations** 147:18

**stay** 173:8

**stenographer** 31:3 33:6 46:19 68:22 87:3 129:18 138:19 212:9 226:5

**steps** 166:19 247:9

**Stern** 254:15

**Steve** 132:15 133:15,18

**STOLLER** 190:16

**Stony** 9:4,12 10:2

**stop** 124:2 175:13 177:5 182:19 186:8 188:18 193:17

**storage** 255:15

**store** 234:7,14

**stored** 233:24 234:2 258:8

**stories** 99:5 141:9,11

**strange** 129:15

**strangle** 161:6

**Streim** 209:15 210:18,19

**stretching** 132:9

**structure** 47:18,22 50:4 111:14,16

**structures** 41:21 42:3 47:9

**student** 19:16 20:19 22:5 26:24 64:22 66:15,16 78:18 81:13 86:24,25 91:10, 14 92:18 95:16 96:12,15 97:14 98:5 100:10 101:25 102:2,4,18 104:19 110:10,12,13 111:7,8 130:13 149:7 173:15,21 174:12,23 176:17 177:19, 20 178:2 204:11 206:22 218:22 219:2, 8,14 232:9 259:8 260:21

**student's** 59:25 100:5 149:15

**students** 17:17,25 18:6 22:10,16,22, 24 23:4,6 26:15,19,25 28:2,6 30:18 31:6,14 32:5 33:19,20 35:8 42:3,14, 18,22 43:10 44:5 45:12 46:15,22 47:13 48:14 50:3,7,13,21 51:8 54:25 55:7,14,24 57:10 58:21 60:8,18,23 61:6,7,9,18,19,23,25 62:7,10 63:12,22 66:19 67:22 68:8,16 69:6,19,23 70:4,5 74:19 77:9,19,24 78:18,20 79:6 80:7, 20 81:21 82:6 86:11 87:10 88:5 91:6,8 92:17 99:8,11 100:12 103:8,23 107:13 109:10 122:12 123:22 137:24 138:13 139:20,24 140:6 141:22 142:4,23 143:14 145:16 151:11 155:24 157:5, 13,15,20 158:5 159:21 164:4 167:6 170:13,16 173:23 174:7,9,17,20,21 175:4,18,24,25 177:18 178:12,14 179:20 182:12 185:7 186:12 187:23 192:23,25 194:19 195:2,4 196:3 197:6,9 198:13,25 200:16,25 201:13 203:22 204:14,16 205:7 209:5,11 210:20 211:8 213:20 221:13,16 223:11,12 224:11 225:11 226:17,19 228:10,11,18 229:5 232:15 235:19 236:5 239:19,24 241:12 244:5,6,17 245:23 248:4 252:19 259:4 260:25 261:6,8,13,17 262:15

**students'** 56:3 59:6 70:24

**studies** 210:19

**stuff** 214:14

**stuffed** 259:3,7

**style** 85:8,9,10 178:15

**Suarez** 132:14 133:5,17 252:23

**subject** 11:3,6 29:12 132:2

**submit** 26:19

**submitted** 26:25 35:14 235:3,19

**subsequent** 123:21

**substance** 13:25 212:24

**sufficient** 98:6,18

**suggest** 137:4 162:22 163:17

**suggested** 161:11,12 163:18 200:18 204:9,10 208:22 261:9

**suggesting** 150:4 154:23 178:24 184:15,21

**suggestion** 140:9 154:17 208:23 224:10

**suit** 156:14,16

**sum** 13:25 212:24

**Suns** 86:10

**superintendent** 12:7 242:21 250:7

**superintendent's** 12:14

**supervision** 250:23 251:10,14

**supplemental** 245:8

**supplemented** 245:5

**supplied** 87:14

**supplies** 131:22

**supportive** 246:23

**supposed** 241:16 259:14,15

**surfacing** 72:4

**surrounding** 160:24

**suspended** 241:10,25 253:5

**sweatshirt** 168:15,16

**sweep** 80:15

**sweeping** 80:25 81:14

**Syracuse** 9:3,5,8

**system** 233:7

---

**T**

---

**T-SHIRT** 169:5 170:9

**takes** 237:5

**taking** 9:24 41:19 99:23 102:3,12,25 109:22 123:11 138:7 149:2 150:15 161:2 179:11 181:17 206:7 214:14 220:23

**talk** 64:2 120:11 187:22

**talking** 15:16,19 32:17 36:21 66:2

255:4

**taught** 17:13,15,16,18 18:3,5,9 21:10 24:15,21 26:3 57:12 63:3,18 74:19 158:13 251:15

**teach** 8:10,11 17:12 21:24 24:25 30:3 62:18 81:22 122:12 145:3,4 235:18 236:21

**teacher** 8:9 30:10 41:7 56:8,13,16 62:23,25 63:2 105:15 124:20 127:20 144:21 157:8,9,14 165:18 210:15,19 211:7 239:13 250:16 256:17,19 257:14

**teacher's** 10:25 11:8 17:14

**teachers** 30:2 56:13,16,24 94:11 131:8,13,20 159:14 160:6,9 210:12 211:5 234:22 235:9 258:2,3

**teaches** 105:16

**teaching** 21:21 22:3 24:8,14,20 41:8 61:16,17 63:4 72:22 74:12 131:24 236:4,9,15 237:10 239:13 258:2

**team** 244:18

**tech** 99:15 256:21

**technical** 29:9

**technically** 169:20,23

**technologies** 16:8

**technology** 16:13

**telling** 19:2 69:7 76:18 116:19 212:22 213:8

**tells** 224:19 225:2

**ten** 13:6,9,13 20:15 25:10 49:25 84:3, 4,5 132:10,16

**term** 111:22,24 122:17 252:19

**terms** 20:13,24 55:9

**testified** 7:12 32:4 254:19 258:6

**testify** 219:22

**testimony** 49:9 72:12,17 88:14,20 144:24 224:22 254:8

**text** 48:16 49:14,23 58:17 91:8,10,13, 14,21,22 92:5,9,18 95:12,14,16,18 96:14,17 97:14,16 98:5 99:21 100:3,9, 13,16,18 101:3,10,12,21,24 105:6 110:7,9,11,25 112:16 113:17 114:18 124:15 171:12,14 172:16,23 174:13, 21,25

**textbook** 72:11,12 73:12,13,15,17,18

**textbooks** 72:22,25

**texted** 174:21

**texts** 29:8 48:5,9,13,15,19,23 49:8,21, 22 175:4

**theme** 98:24,25 99:3,4 165:12 169:4 195:6,7,14

**thing** 8:5 36:4 52:18 57:12 151:12 167:10 175:25 192:7,19 255:10

**things** 91:9 122:4,23 212:25 213:10 215:18,22 220:24 234:14 264:12

**thinking** 61:4 105:7 108:22 109:3,5 110:14 111:8,9

**thought** 53:16 78:6,11 89:13 96:25 98:15,17,18 104:6 106:7 109:5 121:23 124:11 132:17 145:9,13 150:23 152:4, 13 153:4 158:4 169:4 187:17 206:15, 24 238:17

**thoughts** 151:20 207:12

**throat** 162:14

**throw** 66:11

**thumb** 136:11

**time** 12:2 16:2 20:21,22 24:15 29:18 30:8 31:15 34:7 35:7 41:18 63:4 87:13 114:13 119:8 120:5,7 130:10 133:3,22 150:20 165:2 170:16 187:24 189:11 192:7,18,21,25 197:17 201:8 209:22 219:7,13 225:12 231:2,10 238:9 239:10,16 245:11 251:11,12,15 252:24 253:3,4

**times** 114:12 185:13 205:5

**tips** 55:8

**Toasted** 90:9

**today** 6:8 264:2

**today's** 263:12

**told** 11:17 14:8 16:4 21:11 34:5,16 47:17 66:17 68:25 73:3,25 76:15 82:17 86:13 89:13 94:4 96:18 99:3 111:3,21,23 115:23 116:18 120:13 126:13,14,15 127:22 128:22 129:3 136:24 144:19 159:22 190:9,12 213:7 223:17,19 224:2,4,8,9,16 225:8,14,16, 18,19 226:9 228:17 231:22,23 241:8, 15,20 242:5,8,15 243:9,13 244:4,7 247:6 253:24 254:3,6 259:5,24 260:4

**top** 84:15 168:19 170:3

**topics** 74:12

**torpedoing** 264:23

**tortoises** 92:25

**Total** 120:3,4

**totaling** 217:25

**touch** 12:8,9,11 264:8

**touring** 42:20

**Town** 19:6

**towns** 19:7

**trained** 23:9 139:10

**trainers** 34:24

**training** 10:14,18 11:12,19 12:4,15, 16,19 13:16 14:18,20 15:5,13,23 16:4, 5,7,10,15 17:2,5,7,8 29:2,6 34:17,18, 23 35:3 244:8,15

**trainings** 12:6 15:8 16:11

**transcript** 113:25 197:17 263:12,14 264:19 265:2

**transcripts** 265:9

**transpired** 34:13 39:5 117:2 197:14 226:4 247:17

**travels** 71:5 77:18,21

**Treating** 14:11

**treatise** 58:14

**treatises** 29:11

**trial** 7:15

**trip** 24:7,11,16 25:11,14,18,23 26:6,14 27:4 28:22 29:16,17 35:13,20 36:6,10, 11 38:17,20 39:24 40:4,16 41:23 43:15,18 44:7,9,13 45:6,9,10,18 54:6 55:7,25 56:2 60:10,23 61:24 62:2,11 63:23 77:9,16 78:20 79:7 82:24 83:6, 18,19,20,21,22 84:10 91:5,9 102:2 105:17,25 106:3,5 107:7,10,12,13 114:17,19 123:12 133:21,22,24 135:2, 15 149:16 158:21 165:20,23,25 166:3 167:6,12,18 168:4,8,22 169:12 170:10,14,17,22 175:11 177:2 186:4 187:23 191:8,19 192:18 195:17 197:18 204:3 207:19 216:21 218:11 219:8,9 222:20 251:18 252:9,13 253:3 254:20 260:13,23

**trips** 17:8 21:13 29:19 35:8,10 36:16 38:10 114:18 133:2 135:7,8 166:23 191:21 240:11,13

**trophies** 26:16

**troublesome** 205:9

**true** 25:23 35:24 41:15 42:16 43:20 46:23 47:19 56:8 60:16 64:21 83:24 95:23 123:19 128:4 130:20 135:13 138:9 145:3 157:16 198:14 209:3 222:8 223:7 233:11,23 234:22 240:15 241:18

**turn** 60:14 70:5,23,25 216:13,15,24

**turned** 56:5 60:19 61:9,13 62:11,14 70:4 197:19

**turning** 70:8 217:3

**type** 14:11 36:5 52:22 78:18 190:13

**typical** 49:6 131:10,12

**typically** 16:14 17:6 22:12,19,22 23:4,5 26:17,21 27:11 29:21,23 33:18 36:23 57:22,25 58:19 59:8,12 60:7,15 61:21 72:11 73:16 131:7 257:7

---

**U**

**Uh-huh** 7:4 76:9

**unannounced** 251:7,8

**undergrad** 9:6 10:11

**undergraduate** 9:2

**undermine** 264:21

**understand** 14:22 31:17 45:14 122:5 135:20 138:4 154:13 227:13 229:21 242:24 257:11

**Understood** 7:6 192:10

**unit** 93:2

**universities** 9:21

**University** 9:3,4

**unknown** 100:10

**unquote** 41:22 69:17 71:9 84:21 85:21 90:13 99:24 105:7 122:13 124:15 137:24 168:17 169:7 174:14 186:18 189:17 246:18

**unrelated** 221:14,17 265:9

**upraised** 181:13,16

**upset** 225:7

**ur** 91:3 92:10 93:4 171:12 172:9,14 173:16 174:13

**urban** 73:23 74:14

**Utica** 9:2

---

**V**

**vale** 103:3

**variation** 71:16

**variations** 71:6

**varieties** 82:11 83:8 87:7,9

**variety** 71:18 72:6 86:5

**varying** 246:24

**venue** 23:13

**verbally** 6:25

**Verbatim** 13:24

**video** 10:3 53:2 158:5 196:24 213:20 222:25 234:14

**videos** 12:19 13:15 16:6 27:25 29:3 252:6

**view** 178:23

**viewed** 238:8

**violence** 15:14,15,22 137:7,11 139:11 162:2,7 163:5,9,10,11 180:8 182:6 187:25 201:20

**violent** 178:17,18

**visit** 42:25 55:18 68:16

**visited** 74:23 231:11

**visiting** 77:10

**visits** 251:5

**volume** 197:20

---

**W**

**wait** 151:12 152:18

**waiting** 53:15

**Walcott** 231:15,16,20,24 241:15,20

**Walcott's** 259:19,21

**walking** 82:9 252:18

**walls** 58:20,22

**wanted** 60:14 129:4 157:15,20 161:16 183:6 213:5 259:6

**warm** 167:15

**warthog** 97:8,11,21,23 98:10,20 117:6 188:20 189:12

**wash** 167:22

**wasting** 201:8

**watching** 68:17

**water** 95:13,19,22 96:3,13,20 98:9,20 171:8

**ways** 167:8

**wear** 168:5

**wearing** 168:15 170:9

**weather** 167:16,23

**website** 76:25

**week** 129:9,10,20,21

**week-to-week** 236:6

**weekly** 236:21

**WEISBORD** 28:9 50:22 53:5 65:10, 21 76:5,13 78:10,16 79:16 89:23 94:17 95:25 98:12,23 100:23 101:15 103:14 104:16 105:22 106:19,23 107:20 108:3,13,20,24 109:9,15 110:17,19 111:20 112:3,22 115:7,11 116:10,15 117:8,14,20 118:2 121:22 122:3 123:7 126:24 127:5 137:9,20 138:11 139:2 142:9,25 143:7,24 145:2,22 146:12,23 147:9 148:6 150:2,7,17,25 152:16 154:21 155:2,9, 12 156:3 158:2,8,25 159:6,11,18,24 160:4 161:8,19 162:3,10,16 163:2,24 164:7 168:3 169:17 171:19 172:7 173:10,18 177:23 178:3,21 179:3 180:9,15 181:2,18 182:9,14 184:20,24 185:11 187:2 188:5 190:7,17 191:9, 13,15,20,23 193:6 194:11,15 195:11 196:21 197:19 199:14 200:9,14 201:23 202:4,9,19 203:3,15 204:13 205:14 207:20 213:25 215:25 218:4 221:23,25 222:10,16 236:16 237:11 238:10,16,21 239:3 240:6,21 241:4,14 245:5 248:9,16,22 249:4,9,18,25 253:21 254:5,10,13,14 258:12,15,20, 25 260:15 264:3

**welcoming** 199:5,19

**wet** 214:25 215:2

**whatsoever** 10:15 12:4

**white** 90:4 153:2,12 160:18,24 161:6 163:22 164:4 193:2,3

**wiener** 110:20 111:5,9,25 112:2,7,20

**wiener's** 112:25

**wieners** 110:7,15 111:3 112:16 113:8,13,14 114:3,8 115:2 117:23 123:2 172:25 173:4 248:20 249:24

**wife** 225:21 250:11,12,18

**wild** 147:12

**William** 24:24

**willingly** 200:19

**wishes** 127:21

**withdraw** 44:21 90:11 146:7 219:12

**withdrawn** 22:4 24:6 28:20 42:9 47:15 55:19 73:17 77:8 79:21 107:8 129:3 134:23 176:20 218:8 229:9 230:23,24 238:6 240:8 250:4 253:2

**withstanding** 122:10

**woman** 94:8,14 96:3,20 97:23 98:9, 19 103:11 114:23 117:6 173:9,13 206:24

**women** 15:6 161:17 187:13,19 248:8, 15 249:24

**wondering** 106:10,22 107:16 126:12

**word** 14:22,25 15:3 16:12 29:25 46:24 47:4 73:16 75:17,20 85:10 110:15 111:12 112:25 113:8 114:2 125:18 142:15 154:5 155:4 164:18 182:25 221:13

**wordage** 246:19,20

**words** 36:4,6 86:4,14 90:2,3,11 112:17 149:9 169:6 170:18 172:20 174:15 184:12 190:13,18 206:12 212:21 255:7

**wore** 167:24

**work** 9:17,18 20:2 24:18 59:6 66:15 69:7 131:25 225:22 233:3,8,9,15 238:23 250:16,20,22 255:18 256:3

**worked** 244:5 250:18

**working** 24:8 81:3 253:25

**works** 250:19

**worry** 225:7

**worth** 58:25 59:18

**wrist** 154:2,3,4

**write** 41:2,4 105:3 144:3,7 266:5

**writing** 35:21,23 38:12 85:8,9,10 152:9

**writings** 56:4

**written** 58:7,8,20 69:7 78:17 235:10, 15 251:25

**wrote** 41:19 43:4,13,19 59:19,22 71:12 73:10 74:10 84:19 85:20 93:5,9 97:17,19 100:3 105:5 137:23 149:9 154:10 169:6 206:12

---

**Y**

---

**Yaphank** 19:6,8

**year** 7:24 8:11 9:13 15:8 22:7,13 27:11,17 29:18,20 33:24,25 36:14,17, 18 37:3,4 38:18 56:23 60:8,10 64:10, 14 127:8,16 128:15 131:8 132:12,20, 21,23 133:17 134:4,8,11 151:5 164:12,14 168:22,23 171:14 184:4 188:12 191:13,22 198:7 207:20 219:4 220:2 236:3,24 250:25 251:8 257:23 258:3

**year's** 37:11 130:12,13 155:20 158:21 175:11 190:19

**year-to-year** 123:20 171:22

**yearly** 15:12 235:22

**years** 9:14 11:24 17:20 21:23 22:11 24:7,13 25:10 26:23 29:15 30:6 33:12, 21 43:14 55:4 72:21 74:4,13 91:14 123:21 131:6 132:6,7,10,16 133:10,19 164:13,16 174:11 219:4,5,8,13 220:5 231:4,5 232:16,20 239:10 240:8,10 252:22 257:25 261:11 262:13 264:22

**York** 6:4 19:4 22:10 71:9 73:21 74:15 78:3 80:21 81:17 82:3 242:16

**you's** 213:2

**young** 147:6 148:19 150:10 151:5,14 152:3,12,23 153:19 155:23 178:2 182:23 184:5,13,22 185:24 186:24 187:9,12 204:15 205:25 206:16 207:5, 12 209:8,9 210:11 211:5,9,24 212:13 213:22 216:6,10 220:23 221:8,21 222:5

**youth** 106:7 169:7,10,13,15,20,23 170:5,11,13,19

---

**Z**

---

**zoo** 24:10,16,19 25:22 28:22 29:16,20 30:6 35:21 38:20 39:25 42:2,15,20,24 43:15 44:3,5,15,17 45:12 47:12,14 50:10 51:9 54:4,6,11,13 55:15 58:19, 22 63:23 66:13 68:3,4 69:10 71:4 74:16,17,20 75:3,4 76:24,25 77:5,10, 12,17 78:5 79:22 80:6 81:15,25 82:10, 19 83:22 85:2 87:8,10 95:10 102:3 106:7 133:21 135:2,7,15 137:23 161:2,16 164:5,9 165:20,21,22 166:3 168:22 169:9 174:4 178:9 179:20 188:7,10 195:16 201:2,6 207:3 209:20,22 216:8 251:19 260:13,23 261:3

**zoologists** 81:2

**zoology** 8:11 18:4 21:12,22,25 22:2, 4,6,9,20,22 23:7 24:8,14,16 29:16 30:3 41:8 47:7 61:15,21 62:17,21 63:3,19 72:23,25 105:16 131:7,13 158:13 257:20,23 258:8 261:2

**Zoom** 53:23 118:21